UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 JUN 28 A 10: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RONNIE GILES, ) | |
| Plaintiff, ) | |
| vs. ) | CAUSE NO. 3:06 CV 528-VPM |
| MASTERBRAND CABINETS, INC. ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Mark J. Romaniuk and Kelley Bertoux Creveling, of the law firm of Baker & Daniels LLP, respectfully move for leave to appear *Pro Hac Vice* on behalf of the Defendant, Masterbrand Cabinets, Inc. ("MBCI"). In support of this motion, the movants state:

1. Mark J. Romaniuk is a partner with the law firm of Baker & Daniels LLP, 300 North Meridian Street, Suite 2700, Indianapolis, IN 46204. He is admitted to practice before and is a member in good standing of the Bars of the United States Court of Appeals for the 7th Circuit (since 1995), the United States District Courts for the Northern and Southern Districts of Indiana (since 1990), and the Indiana Supreme Court (since 1990) but is not admitted to practice before this Court. He has not been and is not currently subject to any suspension or disbarment proceedings. A certificate of good standing for Mr. Romaniuk is attached hereto as Exhibit A.

2. Kelley Bertoux Creveling is a partner with the law firm of Baker & Daniels LLP, 300 North Meridian Street, Suite 2700, Indianapolis, IN 46204. She is admitted to practice before and is a member in good standing of the Bars of the United States Court of Appeals for the 7th Circuit (since 2004), the United States District courts for the Northern and Southern Districts of Indiana (since 1996), the United States District Court for the Central

BDDB01 4442674v1

District of Illinois (since 2001) and the Indiana Supreme Court (since 1996) but is not admitted to practice before this Court. She has not been and is not currently subject to any suspension or disbarment proceedings. A certificate of good standing for Ms. Creveling is attached hereto as Exhibit B.

3. Attorneys Romaniuk and Creveling have not been and are not currently subject to any suspension or disbarment proceedings in any jurisdiction.

4. MBCI has retained Baker & Daniels LLP to provide legal representation in connection with this matter. Attorneys Romaniuk and Creveling provide legal representation for the corporation on a national basis, and MBCI's rights can be litigated most effectively and efficiently if attorneys Romaniuk and Creveling are permitted to appear on its behalf.

5. The requisite filing fee for applications for admission Pro Hac Vice is being tendered to the Clerk of the Court contemporaneously with this motion.

WHEREFORE, Mark J. Romaniuk and Kelley Bertoux Creveling respectfully request that the Court grant them leave to appear *Pro Hac Vice* on behalf of the Defendant, Masterbrand Cabinets, Inc.

Respectfully submitted,

_Kelley BC C._
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
Kelley.Creveling@bakerd.com

*Attorneys for Defendant*

BDDB01 4442674v1

## CERTIFICATE OF SERVICE

I certify that on the 27th day of June, 2006, a copy of the foregoing was sent to the following counsel of record by way of First Class U.S. Mail, postage prepaid:

David R. Arendall
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama 35203

*Kelley BP C.*
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
E-mail: kelley.creveling@bakerd.com

BDDB01 4442674v1