# Exhibit A

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

MARK JAMES ROMANIUK

is a member of the bar of said Court since admission on JUNE 15th 1990, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this 26th day of JUNE, 20 06.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA