# Exhibit B

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

KELLEY BERTOUX CREVELING

is a member of the bar of said Court since admission on

NOVEMBER 4th 1996 , and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this 22nd day of JUNE , 20 06 .

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA