UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, | ) |
|       Plaintiff, | ) |
| vs. | ) CAUSE NO. 3:06 CV 528-VPM |
| MASTERBRAND CABINETS, INC. | ) |
|       Defendant. | ) |

## ORDER GRANTING
## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

This matter came before the Court on the Motion for Leave to Appear *Pro Hac Vice* filed by the Defendant, Masterbrand Cabinets, Inc.

The Court, being duly advised in the premises, hereby GRANTS the motion.

IT IS THEREFORE ORDERED that Mark J. Romaniuk and Kelley Bertoux Creveling are granted leave to appear as counsel *Pro Hac Vice* on behalf of the Defendant, Masterbrand Cabinets, Inc. in this action.

Dated: _____

_____
United States District Court
Middle District of Alabama
Eastern Division

Copies to:

Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

David R. Arendall
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama 35203

BDDB01 4442756v1