UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RONNIE GILES, )
 )
      Plaintiff, )
 )
vs. )   CAUSE NO. 3:06 CV 528-VPM
 )
MASTERBRAND CABINETS, INC. )
 )
      Defendant. )

RECEIVED 2006 JUN 28 A 10: 22

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, MasterBrand Cabinets, Inc. ("MBCI"), by counsel, hereby respectfully requests a thirty (30) day extension of time to answer Plaintiff, Ronnie Giles' Complaint or to otherwise respond. In support of this Motion, MBCI state as follows:

1. MBCI was served through its registered agent, CSC on June 19, 2006. MBCI's Answer is therefore due on July 9, 2006 and that time has not passed.

2. The request for a thirty (30) day extension is not made to delay this matter but solely for the purpose of allowing undersigned counsel to investigate, obtain the facts and formulate an answer or to otherwise respond to the Complaint.

3. The undersigned counsel contacted Plaintiff's counsel, David R. Arendall, by telephone and he has no objection to this Motion.

BDDB01 4447252v1

WHEREFORE, Defendant, MasterBrand Cabinets, Inc., respectfully requests an extension of time to and including August 8, 2006 to answer Plaintiff's Complaint or to otherwise respond.

Respectfully submitted,

*/s/ Kelley BC*

Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
Kelley.Creveling@bakerd.com

*Pro Hac Vice Admission pending*
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 27th day of June, 2006, a copy of the foregoing was sent to the following counsel of record by way of First Class U.S. Mail, postage prepaid:

David R. Arendall
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama 35203

*Kelley BPC*
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
E-mail: kelley.creveling@bakerd.com