IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  3:06CV528-VPM |
| | ) |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER ON MOTION

Upon consideration of the Motion for Leave to Appear Pro Hac Vice (Doc. #4), filed on 28 June 2006, and in view of the filing of documents which certify that MARK J. ROMANIUK, ESQ. and KELLEY BERTOUX CREVELING, ESQ., are members in good standing of the Supreme Court of the State of Indiana, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 30th day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE