IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GIles,           ) | |
| )                          | |
| Plaintiff,         ) | |
| )                          | |
| v.                              ) | CIVIL ACTION NO.  3:06CV528-VPM |
| )                          | |
| MASTERBRAND CABINETS, INC.,  ) | |
| )                          | |
| Defendant.       ) | |

## ORDER ON MOTION

Upon consideration of the Defendant's Motion for Extension of Time to Respond to Complaint (Doc. #5), filed on 28 June 2006, and for good cause, it is

ORDERED that the motion be and the same is hereby GRANTED. The defendant shall file an answer to the complaint on or before 8 August 2006.

DONE this 30th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE