# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Giles v. Masterbrand Cabinets, Inc.
Civil Action No.  3:06-cv-00528-VPM

The above-styled case has been  reassigned to  Judge W. Keith Watkins.

Please note that the case number is now 3:06cv00528-(WKW).   This new case number should be used on all future correspondence and pleadings in this action.