IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-528-WKW |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the Court on the plaintiff's Motion to Amend Complaint (Doc. # 9), filed on July 28, 2006. No responsive pleading has been filed yet by the defendant. Pursuant to Fed. R. Civ. P. 15(a), it is therefore ORDERED that the plaintiff's motion is GRANTED. The plaintiff shall file the amended complaint in its entirety with the Clerk's office.

DONE this the 3rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE