UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

MasterBrand Cabinets Inc. is not a publicly held company.  However, MasterBrand Cabinets, Inc. is a wholly-owned subsidiary of Fortune Brands Inc., which is a publicly held company.  Fortune Brands Inc.'s common stock is listed on the New York Stock Exchange.

Respectfully submitted,

s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:  (317) 237-1000
mark.romaniuk@bakerd.com
kelley.creveling@bakerd.com

*Attorneys for Defendant*

BDDB01 4442553v1

## CERTIFICATE OF SERVICE

I certify that on the 8th day of August, 2006, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203

                      s/Kelley Bertoux Creveling
                      Baker & Daniels
                      300 N. Meridian Street, Suite 2700
                      Indianapolis, IN  46204
                      Phone:  (317) 237-0300
                      Fax:  (317) 237-1000
                      E-mail:  kelley.creveling@bakerd.com