IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-528-WKW |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss In Part (Doc. # 12) filed on August 8, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on September 6, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 30, 2006.  The defendant may file a reply brief on or before September 6, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 9th day of August, 2006.

        /s/   W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE