IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-528-WKW |
| | ) |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Motion to Dismiss in Part (Doc # 12) and the plaintiff's response thereto consenting to dismissal of Count One of the Amended Complaint (Doc. # 16), it is hereby

ORDERED that the motion is GRANTED. Accordingly, Plaintiff's FMLA Interference claim alleged in Count One of the Amended Complaint (Doc. # 11) is hereby DISMISSED.

This case shall proceed only on Plaintiff's FMLA Retaliation claim alleged in Count Two of the Amended Complaint.

DONE this day 22nd of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE