UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on Monday, August 28, 2006, by telephone and was attended by:

> David R. Arendall, Counsel for Plaintiff
> Kelley Bertoux Creveling, Counsel for Defendant

2. Pre-Discovery Disclosures. The parties will exchange by September 9, 2006 the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

- Discovery will be needed on the following subjects: application of the Company's attendance policy and Plaintiff's history of absences, Plaintiff's leave under the Family and Medical Leave Act.

- All discovery commenced in time to be completed by June 11, 2007.

- Maximum of thirty-five (35) interrogatories by each party to any other party.

- Maximum of thirty (30) requests for admission by each party to any other party.

BDDB01 4502493v1

- Maximum of eight (8) depositions by each party. The parties shall confer and seek revision of this plan in the event discovery indicates that a greater number of depositions is warranted.

    - Each deposition limited to maximum of seven (7) hours unless extended by agreement of the parties.

    - Reports from retained experts under Rule 26(a)(2) due from plaintiff by February 5, 2007.

    - Reports from retained experts under Rule 26(a)(2) due from defendant by March 5, 2007.

4. Other Items.

    - The parties do not request a conference with the court before entry of the scheduling order.

    - The parties request a pretrial conference in July 2007.

    - The parties should be allowed until October 31, 2006 to join additional parties and to amend the pleadings.

    - All potentially dispositive motions should be filed by April 10, 2007.

    - The likelihood of settlement cannot be evaluated at this time. The parties may wish to revisit this issue once discovery is more substantially complete.

    - Final lists of witnesses and exhibits under Rule 26(a)(3) are due by May 1, 2007. The parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

2

- This case should be ready for trial by the August 20, 2007 civil term and at this time is expected to take approximately three (3) days.

Date:  August 28, 2006

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| s/David R. Arendall | s/Kelley Bertoux Creveling |
| David R. Arendall | Kelley Bertoux Creveling |
| Arendall & Associates | Baker & Daniels LLP |
| 2018 Morris Avenue, Suite 300 | 300 N. Meridian Street, Suite 2700 |
| Birmingham, Alabama  35203 | Indianapolis, IN 46204-1782 |
| Telephone:  205-252-1550 | Telephone:  317-237-1175 |
| Fax:  205-252-1556 | Fax:  317-237-1000 |
| e-mail:  dra@arendalllaw.com | e-mail:  kelley.creveling@bakerd.com |
| | |
| Allen D. Arnold | Mark J. Romaniuk |
| Arendall & Associates | Baker & Daniels LLP |
| 2018 Morris Avenue, Suite 300 | 300 N. Meridian Street, Suite 2700 |
| Birmingham, Alabama  35203 | Indianapolis, IN 46204-1782 |
| Telephone:  205-252-1550 | Telephone:  317-237-1135 |
| Fax:  205-252-1556 | Fax:  317-237-1000 |
| e-mail:  ada@arendalllaw.com | e-mail:  mark.romaniuk@bakerd.com |

BDDB01 4502493v1