UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Defendant, MasterBrand Cabinets Inc., by counsel, respectfully notifies the Court that it has served Plaintiff with Defendant's Initial Disclosure Statement by mailing a copy via first class U.S. mail, postage prepaid on Friday, September 8, 2006.

Respectfully submitted,

s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:  (317) 237-1000
mark.romaniuk@bakerd.com
kelley.creveling@bakerd.com

*Attorneys for Defendant*

BDDB01 4516478v1

## CERTIFICATE OF SERVICE

I certify that on September 8, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203

        s/Kelley Bertoux Creveling
        Baker & Daniels
        300 N. Meridian Street, Suite 2700
        Indianapolis, IN  46204
        Phone:  (317) 237-0300
        Fax:  (317) 237-1000
        E-mail:  kelley.creveling@bakerd.com