IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES,            )<br>                                        )<br>    Plaintiff,            )<br>                                        )<br>    v.                               )<br>                                        )<br>MASTERBRAND CABINETS, INC.,   )<br>                                        )<br>    Defendant.            ) | CASE NO. 3:06-cv-528-WKW |

## **O R D E R**

It is hereby ORDERED that the pretrial set in Opelika, Alabama for July 23, 2007 is rescheduled for July 18, 2007, in the G. W. Andrews Federal Building & U. S. Courthouse, 701 Avenue A, Opelika, Alabama.  The August 20, 2007 trial date remains the same.

Done this the 18th day of January, 2007.


                                          /s/   W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE