UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF SUMMARY JUDGMENT DEADLINE**

Defendant MasterBrand Cabinets, Inc., files its Motion for Enlargement of the Summary Judgment Deadline and in support thereof states as follows:

1. Summary Judgment Motions are currently due March 26, 2007.

2. Plaintiff's deposition is currently scheduled for March 19, 2007.

3. Defendant has insufficient time between the deposition and the current summary judgment deadline in which to prepare its brief and requests an enlargement until April 30, 2007.

4. Plaintiff's counsel was consulted regarding this Motion and does not object.

WHEREFORE, Defendant, MasterBrand Cabinets, Inc., requests that the current summary judgment deadline be enlarged to and including April 30, 2007, and for all other appropriate relief.

Respectfully submitted

BAKER & DANIELS LLP

By: /s/ *Kelley Bertoux Creveling*
   Mark J. Romaniuk, 15255-49
   Kelley Bertoux Creveling, 19309-49
   300 North Meridian Street, Suite 2700
   Indianapolis, Indiana  46204
   Phone:  (317) 237-0300
   Facsimile:  (317) 237-1000
   E-mail:  mark.romaniuk@bakerd.com
   E-mail:  kelley.creveling@bakerd.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2007 a copy of the foregoing document was delivered via first class U.S. mail, postage prepaid, upon the following counsel of record:

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203

/s/ *Kelley Bertoux Creveling*