UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF**
**SUMMARY JUDGMENT DEADLINE**

This matter is before the Court on Defendant's Motion for Enlargement of Summary Judgment deadline. Having considered the motion and being duly advised, the Court now GRANTS the Defendant's Motion.

IT IS THEREFORE ORDERED that the deadline for filing summary judgment motions is enlarged to and including April 30, 2007.


Dated:_____            _____
                                   Judge, U.S. District Court, Middle District
                                   of Alabama, Eastern Division


BDDB01 4675115v1

COPIES TO:

Mark J. Romaniuk, 15255-49
Kelley Bertoux Creveling, 19309-49
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
E-mail:  mark.romaniuk@bakerd.com
E-mail:  kelley.creveling@bakerd.com

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203