IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RONNIE GILES,                               )
                                            )
            Plaintiff,               )
                                            )
    v.                                    )        CASE NO. 3:06-cv-528-WKW
                                            )                  (WO)
MASTERBRAND CABINETS, INC.,                 )
                                            )
            Defendant.               )

## **ORDER**

Upon consideration of the unopposed Motion for Enlargement of Summary Judgment Deadline filed by Defendant on February 23, 2007 (Doc. # 23), it is hereby ORDERED that the motion is GRANTED.   The parties' deadline for filing dispositive motions is EXTENDED from March 26, 2007 to **April 19, 2007.**

Done this 14th day of March, 2007.


                /s/   W.  Keith Watkins         
UNITED STATES DISTRICT JUDGE