UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, MasterBrand Cabinets, Inc. ("Defendant"), by counsel, requests that the Court enter summary judgment in its favor because there are no genuine issues of material fact and the law is with the Defendant.  Filed contemporaneously herewith are the following:

1. Defendant's Brief in Support of its Motion For Summary Judgment; and

2. Evidence in Support of Defendant's Motion For Summary Judgment.

Respectfully submitted

BAKER & DANIELS LLP

By: s/Kelley Bertoux Creveling
    Mark J. Romaniuk, 15255-49
    Kelley Bertoux Creveling, 19309-49
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204
    Phone:  (317) 237-0300
    Facsimile:  (317) 237-1000
    E-mail:  mark.romaniuk@bakerd.com
    E-mail:  kelley.creveling@bakerd.com

Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I certify that on April 19, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203

                                                  s/Kelley Bertoux Creveling