UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MASTERBRAND CABINETS, INC. )<br>)<br>Defendant. ) | CAUSE NO. 3:06 CV 528-WKW |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendant's Motion for Summary Judgment. The Court, after reviewing the evidence and being duly advised, finds that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that judgment be entered in favor of Defendant and against Plaintiff.

Dated:_____                             _____
                                                                            Judge, U.S. District Court, Middle District
                                                                            of Alabama, Eastern Division

COPIES TO:

Mark J. Romaniuk
Kelley Bertoux Creveling
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203