UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MASTERBRAND CABINETS, INC. )<br>)<br>Defendant. ) | CAUSE NO. 3:06 CV 528-WKW |

### DEFENDANT'S DESIGNATION OF EVIDENCE

In support of Defendant's Motion for Summary Judgment filed contemporaneously herewith, Defendant, MasterBrand Cabinets, Inc., by counsel submits the following evidence:

1. Plaintiff's Deposition, with exhibits;

2. Attendance policy with Associate Receipt;

3. P. Ezell Affidavit;

4. Vacation policy with employee Handbook receipt;

5. Request for Leave Form;

6. Points Detail;

7. Punch Detail;

8. Termination letter.

BDDB01 4724980v1

Respectfully submitted

BAKER & DANIELS LLP

By: s/Kelley Bertoux Creveling
   Mark J. Romaniuk, 15255-49
   Kelley Bertoux Creveling, 19309-49
   300 North Meridian Street, Suite 2700
   Indianapolis, Indiana  46204
   Phone:  (317) 237-0300
   Facsimile:  (317) 237-1000
   E-mail:  mark.romaniuk@bakerd.com
   E-mail:  kelley.creveling@bakerd.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on April 19, 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203

    s/Kelley Bertoux Creveling

BDDB01 4724980v1