APR-04-2007 17:27    Baker & Daniels LLP    31723T1002    P.011

COUCH 8:13

CLK100P
PAGE: 5

iSeries Timekeeper — Schrock - Auburn
PUNCH DETAIL HISTORY
1/01/05 THRU 6/01/06

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHED IN | SCHED OUT | PAY CODE | HOURS | AP | LABOR LVLS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WED | 9/14/05 | 5:00 | 15:30 | 11 | A | 4:55 | 15:30 | 5:00 | 13:30 | | 10.00 | 1 | 01.5436 | 1593.70 |
| THU | 9/15/05 | 5:00 | 16:00 | 11 | A | 4:55 | 16:00 | 5:00 | 13:30 | | 10.50 | 1 | 01.5436 | 1604.20 |
| FRI | 9/16/05 | 4:42 | 13:30 | 11 | A | 4:40 | 13:31 | 5:00 | 13:30 | | 8.30 | 1 | 01.5436 | 1612.50 |
| MON | 9/19/05 | 5:00 | 14:00 | 11 | A | 4:53 | 14:00 | 5:00 | 13:30 | | 8.50 | 1 | 01.5436 | 1621.00 |
| TUE | 9/20/05 | 5:00 | 14:18 | 11 | A | 5:00 | 14:18 | 5:00 | 13:30 | | 8.80 | 1 | 01.5436 | 1629.80 |
| WED | 9/21/05 | 5:00 | 15:00 | 11 | Y | 5:00 | 15:00 | 5:00 | 13:30 | | 9.50 | 1 | 01.5436 | 1639.30 |
| THU | 9/22/05 | | TRANS | 11 | A | 0:00 | 0:00 | 5:00 | 11:00 | PT | 2.00 | 1 | 01.5436 | 1641.30 |
| THU | 9/22/05 | 5:00 | 11:00 | 11 | A | 4:53 | 11:04 | 5:00 | 13:30 | | 6.00 | 1 | 01.5436 | 1647.30 |
| FRI | 9/23/05 | 5:00 | 15:30 | 11 | A | 4:52 | 15:30 | 5:00 | 13:30 | | 10.00 | 1 | 01.5436 | 1657.30 |
| MON | 9/26/05 | 5:00 | 13:30 | 11 | A | 4:47 | 13:30 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1665.30 |
| TUE | 9/27/05 | 5:00 | 13:30 | 11 | A | 4:49 | 13:31 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1673.30 |
| WED | 9/28/05 | 5:00 | 14:00 | 11 | A | 4:54 | 14:00 | 5:00 | 13:30 | | 8.50 | 1 | 01.5436 | 1681.80 |
| THU | 9/29/05 | 5:00 | 13:30 | 11 | A | 4:53 | 13:33 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1689.80 |
| FRI | 9/30/05 | 5:00 | 13:30 | 11 | A | 4:55 | 14:14 | 5:00 | 13:30 | | 8.70 | 1 | 01.5436 | 1698.50 |
| MON | 10/03/05 | 5:00 | 14:30 | 11 | A | 4:55 | 14:35 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1706.50 |
| TUE | 10/04/05 | 5:00 | 14:30 | 11 | A | 4:47 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1715.50 |
| WED | 10/05/05 | 5:00 | 13:42 | 11 | A | 4:46 | 13:42 | 5:00 | 13:30 | | 8.40 | 1 | 01.5436 | 1723.90 |
| THU | 10/06/05 | 5:00 | TRANS | 11 | A | 4:49 | 14:24 | 5:00 | 13:30 | | 8.20 | 1 | 01.5436 | 1732.10 |
| FRI | 10/07/05 | 5:00 | 14:24 | 11 | A | 4:46 | 14:24 | 5:00 | 13:30 | | 9.30 | 1 | 01.5436 | 1741.40 |
| MON | 10/10/05 | 5:00 | 15:48 | 11 | A | 4:49 | 15:50 | 5:00 | 13:30 | | 9.90 | 1 | 01.5436 | 1751.30 |
| TUE | 10/11/05 | 5:00 | 15:00 | 11 | A | 4:53 | 15:00 | 5:00 | 13:30 | | 9.50 | 1 | 01.5436 | 1760.80 |
| WED | 10/12/05 | 5:00 | 15:00 | 11 | A | 4:53 | 15:00 | 5:00 | 13:30 | | 9.50 | 1 | 01.5436 | 1770.30 |
| THU | 10/13/05 | 5:00 | 14:48 | 11 | A | 4:48 | 14:51 | 5:00 | 13:30 | | 9.30 | 1 | 01.5436 | 1779.60 |
| FRI | 10/14/05 | 5:00 | 14:30 | 11 | A | 4:51 | 14:31 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1788.60 |
| MON | 10/17/05 | 5:00 | 14:30 | 11 | A | 4:52 | 14:48 | 5:00 | 13:30 | | 9.30 | 1 | 01.5436 | 1797.90 |
| TUE | 10/18/05 | 5:00 | 14:30 | 11 | A | 4:46 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1806.90 |
| WED | 10/19/05 | 5:00 | TRANS | 11 | A | 5:00 | 14:54 | 5:00 | 13:30 | | 9.40 | 1 | 01.5436 | 1816.30 |
| THU | 10/20/05 | 5:00 | TRANS | 11 | A | 6:00 | 15:10 | 5:00 | 13:30 | *MULT | 10.17 | 1 | 01.5436 | 1826.47 |
| FRI | 10/21/05 | 5:00 | TRANS | 11 | A | 4:52 | 11:23 | 5:00 | 13:30 | MULT | 5.30 | 1 | 01.5436 | 1831.77 |
| MON | 10/24/05 | 5:00 | 14:30 | 11 | A | 4:51 | 14:34 | 5:00 | 13:30 | PI | 9.00 | 1 | 01.5436 | 1840.77 |
| TUE | 10/25/05 | 5:00 | 14:30 | 11 | A | 4:47 | 14:34 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1849.77 |
| WED | 10/26/05 | 5:00 | 13:30 | 11 | A | 4:51 | 13:30 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1857.77 |
| THU | 10/27/05 | 5:00 | 13:30 | 11 | A | 4:47 | 13:30 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1865.77 |
| FRI | 10/28/05 | 5:00 | 13:42 | 11 | A | 4:47 | 13:43 | 5:00 | 13:30 | | 8.20 | 1 | 01.5436 | 1873.97 |
| MON | 10/31/05 | 5:00 | 13:30 | 11 | A | 4:51 | 13:41 | 5:00 | 13:30 | | 8.10 | 1 | 01.5436 | 1882.07 |
| TUE | 11/01/05 | 5:00 | 13:30 | 11 | A | 4:51 | 13:35 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1890.07 |
| WED | 11/02/05 | 5:00 | 14:00 | 11 | A | 4:51 | 13:36 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1898.07 |
| THU | 11/03/05 | 5:00 | TRANS | 11 | A | 0:00 | 14:05 | 5:00 | 13:30 | | 8.50 | 1 | 01.5436 | 1906.57 |
| FRI | 11/04/05 | 5:00 | 9:24 | 11 | A | 4:53 | 9:25 | 5:00 | 9:00 | PT | 4.00 | 1 | 01.5436 | 1910.57 |
| FRI | 11/04/05 | 5:00 | 14:30 | 11 | A | 4:47 | 14:30 | 5:00 | 13:30 | | 4.40 | 1 | 01.5436 | 1914.97 |
| MON | 11/07/05 | 5:00 | 14:30 | 11 | A | 4:53 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1923.97 |
| TUE | 11/08/05 | 5:00 | 14:30 | 11 | A | 4:49 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1932.97 |
| WED | 11/09/05 | 5:00 | 14:30 | 11 | A | 5:00 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1941.97 |
| THU | 11/10/05 | 5:00 | 14:42 | 11 | A | 5:02 | 14:43 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1950.97 |
| FRI | 11/11/05 | 5:00 | 14:36 | 11 | A | 4:52 | 14:41 | 5:00 | 13:30 | | 8.20 | 5 | 01.5436 | 1959.17 |
| MON | 11/14/05 | 5:00 | 15:18 | 11 | A | 4:54 | 15:21 | 5:00 | 13:30 | | 10.00 | 5 | 01.5436 | 1969.17 |
| TUE | 11/15/05 | 5:00 | 13:30 | 11 | A | 4:53 | 13:58 | 5:00 | 13:30 | | 9.00 | 5 | 01.5436 | 1978.17 |
| WED | 11/16/05 | 5:00 | 13:54 | 11 | A | 5:00 | 13:50 | 5:00 | 13:30 | | 9.90 | 5 | 01.5436 | 1988.07 |
| THU | 11/17/05 | 5:00 | 15:00 | 11 | A | 5:00 | 15:00 | 5:00 | 13:30 | | 8.00 | 5 | 01.5436 | 1996.07 |
| FRI | 11/18/05 | 4:42 | 15:00 | 11 | A | 4:41 | 15:00 | 5:00 | 13:30 | | 8.40 | 5 | 01.5436 | 2004.47 |
| MON | 11/21/05 | 5:00 | 13:30 | 11 | A | 4:46 | 13:30 | 5:00 | 13:30 | | 8.00 | 5 | 01.5436 | 2012.47 |
| TUE | 11/22/05 | 5:00 | 13:30 | 11 | A | 4:46 | 13:30 | 5:00 | 13:30 | | 9.80 | 5 | 01.5436 | 2022.27 |
| WED | 11/23/05 | 5:00 | 13:30 | 11 | A | 4:46 | 13:30 | 5:00 | 13:30 | | 8.00 | 5 | 01.5436 | 2030.27 |

iSeries Timekeeping   Schrock - Auburn
PUNCH DETAIL HISTORY
1/01/05 THRU 6/01/06

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | SCHEDULED IN | SCHEDULED OUT | ACTUAL IN | ACTUAL OUT | PAY CODE | HOURS | AP | LABOR LVLS | TOTAL HOURS |
|-----|------|-----------|-------------|-------|-------|--------------|---------------|-----------|------------|----------|-------|----|-----------|-------------|
| THU | 11/24/05 | | TRANS | 11 | | 0:00 | 1:00 | 0:00 | 0:00 | HO | 8.00 | | | 2038.27 |
| FRI | 11/25/05 | | TRANS | 11 | | 0:00 | 1:00 | 0:00 | 0:00 | HO | 8.00 | | | 2046.27 |
| MON | 11/28/05 | 5:00 | 13:30 | 11 | A | 5:00 | 13:30 | 4:48 | 13:33 | | 8.00 | 5 | 01.5436 | 2054.27 |
| TUE | 11/29/05 | 5:00 | 13:30 | 11 | A | 5:00 | 13:30 | 4:50 | 13:34 | | 8.00 | 5 | 01.5436 | 2062.27 |
| WED | 11/30/05 | 5:00 | 12:54 | 11 | A | 5:00 | 12:57 | 4:51 | 12:57 | | 7.90 | 5 | 01.5436 | 2070.17 |
| THU | 12/01/05 | 5:00 | 14:30 | 11 | A | 5:00 | 13:30 | 4:52 | 14:32 | | 9.00 | 5 | 01.5436 | 2079.17 |
| FRI | 12/02/05 | 5:00 | 14:30 | 11 | A | 5:00 | 13:30 | 4:51 | 14:33 | | 9.00 | 5 | 01.5436 | 2088.17 |
| SAT | 12/03/05 | | TRANS | 11 | | 6:00 | 12:00 | 6:00 | 12:00 | PPR | 6.00 | 5 | 01.5436 | 2094.17 |
| MON | 12/05/05 | 5:00 | 14:48 | 11 | A | 5:00 | 13:30 | 4:52 | 14:53 | | 9.30 | 5 | 01.5436 | 2103.47 |
| TUE | 12/06/05 | 5:00 | 14:30 | 11 | A | 5:00 | 13:30 | 4:52 | 14:33 | | 9.00 | 5 | 01.5436 | 2112.47 |
| WED | 12/07/05 | 5:00 | 17:24 | 11 | A | 5:00 | 13:30 | 4:51 | 17:27 | | 11.90 | 5 | 01.5436 | 2124.37 |
| THU | 12/08/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | AB | 8.00 | 5 | 01.5436 | 2132.37 |
| FRI | 12/09/05 | 5:00 | 14:48 | 11 | A | 5:00 | 13:30 | 4:45 | 14:48 | | 9.30 | 5 | 01.5436 | 2141.67 |
| MON | 12/12/05 | 5:00 | 14:00 | 11 | A | 5:00 | 13:30 | 4:48 | 14:05 | | 8.50 | 5 | 01.5436 | 2150.17 |
| TUE | 12/13/05 | 5:00 | 14:54 | 11 | A | 5:00 | 13:30 | 4:46 | 14:54 | | 9.40 | 5 | 01.5436 | 2159.57 |
| WED | 12/14/05 | | TRANS | 11 | A | 12:30 | 12:30 | | | PT | 2.00 | 5 | 01.5436 | 2161.57 |
| WED | 12/14/05 | 5:00 | 12:30 | 11 | | 5:00 | 12:30 | 4:55 | 12:30 | | 7.00 | 5 | 01.5436 | 2168.57 |
| THU | 12/15/05 | | TRANS | 11 | | 5:00 | 13:30 | 5:00 | 15:31 | *MULT | 10.00 | 5 | 01.5436 | 2178.57 |
| FRI | 12/16/05 | | TRANS | 11 | | | | | | L1 | 1.00 | 5 | 01.5436 | 2179.57 |
| FRI | 12/16/05 | 5:00 | 12:30 | 11 | A | 13:30 | 13:30 | 12:30 | 12:30 | | 7.00 | 5 | 01.5436 | 2186.57 |
| MON | 12/19/05 | | TRANS | 11 | | 13:30 | 13:30 | 13:34 | | | 5.10 | 5 | 01.5436 | 2191.67 |
| MON | 12/19/05 | 5:00 | 7:54 | 11 | C | 5:00 | 7:54 | 4:54 | 7:57 | FM | 2.90 | 5 | 01.5436 | 2194.57 |

FMLA EXCUSS

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | SCHEDULED IN | SCHEDULED OUT | ACTUAL IN | ACTUAL OUT | PAY CODE | HOURS | AP | LABOR LVLS | TOTAL HOURS |
|-----|------|-----------|-------------|-------|-------|--------------|---------------|-----------|------------|----------|-------|----|-----------|-------------|
| TUE | 12/20/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | FH | 8.00 | 5 | 01.5436 | 2202.57 |
| WED | 12/21/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | FH | 8.00 | 5 | 01.5436 | 2210.57 |
| THU | 12/22/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | FH | 8.00 | 5 | 01.5436 | 2218.57 |
| FRI | 12/23/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | HONP | 8.00 | 5 | 01.5436 | 2226.57 |
| MON | 12/26/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | FM | 8.00 | 5 | 01.5436 | 2234.57 |
| TUE | 12/27/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | FH | 8.00 | 5 | 01.5436 | 2242.57 |
| WED | 12/28/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | FH | 8.00 | 5 | 01.5436 | 2250.57 |
| THU | 12/29/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | HONP | 8.00 | 5 | 01.5436 | 2258.57 |
| FRI | 12/30/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | HONP | 8.00 | 5 | 01.5436 | 2266.57 |
| MON | 1/02/06 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | L2 | 8.00 | 5 | 01.5436 | 2274.57 |
| TUE | 1/03/06 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | | 8.00 | 5 | 01.5436 | 2282.57 |
| WED | 1/04/06 | 5:00 | 13:30 | 11 | A | 0:00 | 0:00 | 4:55 | 13:34 | | 7.90 | 5 | 01.5436 | 2290.47 |
| WED | 1/04/06 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | AB | 2.10 | 5 | 01.5436 | 2292.57 |
| THU | 1/05/06 | | TRANS | 11 | | 13:30 | 13:30 | 13:34 | | | 10.00 | 5 | 01.5436 | 2302.57 |
| FRI | 1/06/06 | 5:00 | 7:06 | 11 | E | 5:00 | 7:54 | 7:10 | 7:10 | AB | 10.00 | 5 | 01.5436 | 2312.57 |

TOT HRS: 2312.57

HOURS BY PAY CODE:

| | NON-WORKED | | PAID 1982.67 | NON-PAID 300.80 | ADJUST 180.80 | |
|---|---|---|---|---|---|---|
| WORKED 2165.94 | | | | | | |
| REGULAR 2165.94 | HOLIDAY PAY 40.00 | | | | VACATION 154.07 | $.00 |
| | EARLY LEAVE 11.00 | | EXCUSED DOCTOR | OT0.5 .30 | TARDY 48.00 | 80.00 |
| | ABSENT 43.10 | | PHYSICAL INVEN 21.20 | HOLIDAY NO PAY 21.20 | PLANT SHUTDOWN .30 | .00 |
| | PERSONAL TIME 8.00 | | TRAINING 2.00 | TARDY <= 2HRS 2.00 | EARLY LEAVE <= 6.00 | 8.00 |
| | FAMILY MEDICAL 53.10 | | EARLY LEAVE >2 7.90 | PLT PROD RATIO 7.90 | | 1.00 |

** FINAL TOTALS
TOT HRS: 2312.57

HOURS BY PAY CODE:

| | NON-WORKED | | PAID 1982.67 | NON-PAID 300.80 | ADJUST 180.80 | |
|---|---|---|---|---|---|---|
| WORKED 2165.94 | | | | | | |
| REGULAR 2165.94 | HOLIDAY PAY 40.00 | | | | VACATION 154.07 | $.00 |
| | EARLY LEAVE 11.00 | | EXCUSED DOCTOR | OT0.5 .30 | TARDY 48.00 | 80.00 |
| | ABSENT 43.10 | | PHYSICAL INVEN 21.20 | HOLIDAY NO PAY 21.20 | PLANT SHUTDOWN .30 | .00 |
| | PERSONAL TIME 8.00 | | TRAINING 2.00 | TARDY <= 2HRS 2.00 | EARLY LEAVE <= 6.00 | 8.00 |
| | FAMILY MEDICAL 53.10 | | EARLY LEAVE >2 7.90 | PLT PROD RATIO 7.90 | | 1.00 |

COUCHK 6/21/... 8:13
APR-04-2007 17:27   Baker & Daniels LLP   31723710002   P.012

# EXHIBIT 3

COUDHK
12/27/05 18:55

iSeries Attendance: Schrock - Auburn
ATTENDANCE
TOTAL POINTS DETAIL
7/11/05 THRU 12/24/05

SUPERVISOR: JOL

| EMPLOYEE NUMBER | EMPLOYEE NAME | DATE | CODE | | POINTS | TOTAL POINTS |
|---|---|---|---|---|---|---|
| 60846 | Ronnie Giles | 8/24/05 | T1 | TARDY - <=2HRS | .50 | |
| | | 9/01/05 | AB | ABSENCE | 2.00 | |
| | | 9/08/05 | T1 | TARDY - <=2HRS | .50 | |
| | | 12/08/05 | AB | ABSENCE | 2.00 | |
| | | | | | .50 | .50 |
| | | | | | 2.00 | 2.50 |
| | | | | | .50 | 3.00 |
| | | | | | 2.00 | 5.00 |



REDACTED

CLK464
PAGE: 15

DEFENDANT'S EXHIBIT
3

COUCHK
12/27/05 18:55

SUPERVISOR: JOL

iSeries Attendance: Schrock - Auburn
ATTENDANCE
TOTAL POINTS DETAIL
7/11/05 THRU 12/24/05

| EMPLOYEE NUMBER | EMPLOYEE NAME | DATE | CODE | | POINTS | TOTAL POINTS |
|---|---|---|---|---|---|---|
| | | 12/16/05 | L1 | EARLY DEPARTURE - <=2HRS | .50 | 5.50 |

REDACTED

CLK464
PAGE: 16

# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

RONNIE GILES,

PLAINTIFF,                          CIVIL ACTION NO. 3:06-CV-528-WKW

V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

### PLAINTIFF'S RESPONSES TO DEFENDANT'S
### REQUEST FOR ADMISSIONS

Comes now the Plaintiff, Ronnie Giles, and responds to the Defendant's Request

for Admissions as follows:

1.    Admit that you were tardy on August 24, 2005, as reflected on Exhibit A.

**RESPONSE:**    Admitted that the document labeled Exhibit A reflects a

Tardy for 8/24/05.  Plaintiff cannot admit or deny he was tardy on August 24, 2005.

2.    Admit that as a result of being tardy on August 24, 2005, you incurred

one-half (.5) point in accordance with the Attendance Policy attached as Exhibit B.

**RESPONSE:**    Admitted that the document labeled as Exhibit B cites on

page 2 that a one-half (.5) point penalty results from an early departure or break in

workday which is 2 hours or less and requires supervisor approval.

3.    Admit that you were absent on September 1, 2005, as reflected on Exhibit

1

DEFENDANT'S
EXHIBIT

4

A.

**RESPONSE:**    Admitted that the document labeled Exhibit A reflects an Absence for 9/1/05. Plaintiff cannot admit or deny that he was absent on September 1, 2005.

4.    Admit that as a result of your absence on September 1, 2005, you incurred two (2) points in accordance with the Attendance Policy attached as Exhibit B.

**RESPONSE:**    Admitted that the document labeled as Exhibit B, on page 2, cites that a two (2) point penalty results from an absence of a schedule shift.

5.    Admit that you were tardy on September 8, 2005, as reflected on Exhibit A.

**RESPONSE:**    Admitted that the document labeled Exhibit A reflects a tardy for 9/8/05. Plaintiff cannot admit or deny that he was tardy on September 8, 2005.

6.    Admit that as a result of being tardy on September 8, 2005, you incurred one-half (.5) point in accordance with the Attendance Policy attached as Exhibit B.

**RESPONSE:**    Admitted that the document labeled as Exhibit B cites on page 2 that a one-half (.5) point penalty results from an early departure or break in workday which is 2 hours or less and requires supervisor approval.

7.    Admit that you were absent on December 8, 2005, as reflected on Exhibit A.

2

**RESPONSE:**    Admitted that the document labeled Exhibit A reflects an Absence for 12/08/05. Plaintiff cannot admit or deny that he was absent on December 8, 2005.

8.    Admit that as a result of your absence on December 8, 2005, you incurred two (2) points in accordance with the Attendance Policy attached as Exhibit B.

**RESPONSE:**    Admitted that the document labeled as Exhibit B, on page 2, cites that a two (2) point penalty results from an absence of a schedule shift.

9.    Admit that you left work early on December 16, 2005, as reflected on Exhibit A.

**RESPONSE:**    Admitted that the document labeled Exhibit A reflects a Tardy for 12/16/05. Plaintiff cannot admit or deny he left work early on December 16, 2005.

10.    Admit that as a result of your leaving work early on December 16, 2005, you incurred one-half (.5) point in accordance with the Attendance Policy attached as Exhibit B.

**RESPONSE:**    Admitted that the document labeled as Exhibit B cites on page 2 that a one-half (.5) point penalty results from an early departure or break in workday which is 2 hours or less and requires supervisor approval.

11.    Admit that on January 4, 2006, you worked 2.1 hours as reflected on

3

Exhibit A.

**RESPONSE:**     Admitted that the document labeled Exhibit A reflects rounded paid time of 2.1 hours for 1/04/06.

12.     Admit that as a result of leaving work early on January 4, 2006, you incurred one (1) pointing accordance with the Attendance Policy attached as Exhibit B.

**RESPONSE:**     Admitted that the document labeled as Exhibit B cites on page 2 that a one point (1.0) point penalty results from an early departure or break in workday which is 2 hours or more and requires supervisor approval.

13.     Admit that you were absent from work on January 5, 2006, as reflected on Exhibit A.

**RESPONSE:**     Admitted that the document labeled Exhibit A reflects an absence for 1/05/06 and that Plaintiff was absent on January 5, 2006 due to a serious health condition.

14.     Admit that you incurred two (2) points as a result of your absence on January 5, 2006, in accordance with the Attendance Policy attached as Exhibit B.

**RESPONSE:**     Admitted that the document labeled as Exhibit B cites on page 2 that a one point (2.0) point penalty results from an early departure or break in workday which is 2 hours or more and requires supervisor approval.  Denied that Plaintiff's absence of January 5, 2006 resulted in a point penalty under the policy.

4

15.    Admit that you were absent from work on January 6, 2006, as reflected on Exhibit A.

**RESPONSE:**    Admitted that the document labeled Exhibit A reflects an absence for 1/06/06 and that Plaintiff was absent on January 6, 2006 due to a serious health condition.

16.    Admit that you incurred one (1) point as a result of your absence on January 6, 2006, in accordance with the Attendance Policy attached as Exhibit B.

**RESPONSE:**    Admitted that the document labeled as Exhibit B cites on page 2 that a one point (1.0) point penalty.  Denied that Plaintiff's absence of January 6, 2006 resulted in a point penalty under the policy.

17.    Admit that through and including your absence on January 6, 2006, you had incurred a total of 9.5 points in accordance with the Attendance Policy.

**RESPONSE:**    Denied.

18.    Admit that your signature appears on the Associate Receipt attached as Exhibit C.

**RESPONSE:**    Admitted.

19.    Admit that you received a copy of the Attendance Policy attached as Exhibit B.

**RESPONSE:**    Admitted.

5

20.    Admit that you received a verbal warning on November 2, 2005, regarding your accumulation of points under the Attendance Policy.

**RESPONSE:**        Denied.

21.    Admit that you received the employee written warning notice attached hereto as Exhibit D.

**RESPONSE:**        Denied.

22.    Admit that MBCI calculated appropriately your points under the Attendance Policy.

**RESPONSE:**        Denied.


_____
David R. Arendall
Allen D. Arnold
Attorneys for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on _November 9, 2006_ I have served a copy of the foregoing on the below listed counsel in this proceeding by forwarding a copy of same by U. S. Mail, properly addressed and postage prepaid upon:

Kelly Bertoux Creveling, Esq.
Baker & Daniels, LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204

_____
OF COUNSEL

7

# EXHIBIT 5

| | | |
|---|---|---|
| tardy | 8/24/05 | .5 |
| AB | 9/1/05 | 2.0 |
| tardy | 9/8/05 | .5 |
| AB | 12/8/05 | 2.0 |
| LE | 12/16/05 | .5 |

5.5

| LE | 1/4/06 | 1.0 |

6.5

5.0   as of 12/8/05

DEFENDANT'S
EXHIBIT

5

# EXHIBIT 6

 **H**UGHSTON

DR JAMES LYLE, MD

12/16/2005    02:30 PM
Auburn - Hughston Clinic
379538    **RONNIE GILES**    SSN: 421922060
DOB / AGE: 03/29/1959 / 46 YR
NEW PATIENT

nployer_____

ate of visit_____

_____

## FOLLOW-UP:

_____ Return for follow-up on _____ at _____ am/pm.
_____ Return to company nurse for follow-up.
_____ Discharged. No further treatment anticipated at this time.
_____ Scheduled for following test:_____ on_____ at_____.

## WORK STATUS:

_____ **Return to regular duty (today unless noted different).**

_____ Unable to work because:
  _____ Unable to be up > 4 hours continuously.
  _____ Needs complete bed rest.
  _____ Severe pain or medication effect.
  _____ Other (specify)_____
_____ Unable to work until:
  _____ (   ) days (see restrictions below for work return)
  _____ Next clinic visit

__✓__ **Return to modified duty with the following restrictions (today unless noted different, restrictions are good through next appointment):**

__✗__ No lifting > than _18_ lbs.
__✗__ No pushing or pulling > _10_ lbs.
_____ May increase lifting/pushing/
  pulling as pain decreases
_____ Alternate standing & sitting to
  decrease pain
_____ Sitting job only
_____ No standing/walking > _____
  minutes per hour
__✗__ No outstretched reaching or
  work above shoulder level  (R) arm
_____ No truck driving
_____ Elevate affected area as needed

_____ No use of right/left _____
_____ No excessive bending at waist
_____ No excessive kneeling/crawling/
  squatting on knees.
_____ Limit shifts to 8/4 hours per 24
_____ Must wear brace/splint at work
_____ Use crutches/cane for walking
_____ No ladder or repetitive stair climbing
_____ No repetitive wrist movement or
  forceful finger grasping

_____ Must keep affected area/cast
  clean and dry

COMMENTS:

Examiner_____

Time in:_____
Time out:_____

Auburn Office
161 E. University Drive ▪ Auburn, Alabama ▪ 36832-6725
334/826-2090 ▪ Nationwide WATS: 1-800-331-2910 ▪ FAX: 334/821-3191 ▪ http://www.hughston.cc

DEFENDANT'S
EXHIBIT
6

# EXHIBIT 7

# REQUEST FOR LEAVE OF ABSENCE

Name: _Ronnie Giles_____    Shift: _1st_    Department: _WH_

Social Security #: _____    Date of Hire: _7-19-99_    Clock #: _106846_

Was the injury/illness work related? (circle one)    YES    (NO)

Reason for leave request: (Please check one)    Date of Request: _12-19-05_

_✓_ Due to your own injury or illness (may be covered by FMLA)

_____ Due to medical condition of your spouse, parent, son, or daughter (may be covered by FMLA)

_____ Due to birth and/or care for a child, placement for adoption or foster care (may be covered by FMLA)

_____ Military Leave

_____ Funeral Leave

_____ Jury or Witness Duty

_____ Personal Leave of Absence

*FMLA papers given 12-21-05*
*Return within 15 days by ____*

*Ronnie Giles*

Date requested leave to begin: _12-19-05_    Anticipated return date: _Jan 3, 2006_

Description (REQUIRED): In order to properly process your request, you need to provide a general description of the circumstances giving rise to your need – including an indication as to when you first realized you would need a leave of absence.

_On 12-15-05 when laying down in bed on RIGHT SHOULDER WAS to painful to lay on. Had sharp pains in shoulder on friday 16th at work and more sharp pains in foot._

Employee Signature: _Ronnie Giles_    Date: _12-19-05_  _12-21-05_

(APPROVED)    NOT APPROVED    Approval Date: _1-6-06_

_____    _____    _____
Business Unit Manager    Human Resources Manager    General Manager

Date: _____    Date: _1-6-06_    Date: _____

**Completion of this form only represents a request for a leave of absence. A leave is approved only if all three signatures appear above. This form does not absolve you of your responsibility for compliance with any attendance policy provision.**

**For Human Resources Use Only**

Leave Starting Date: _12-19-05_    Last Date Worked: _12-16-05_    Return To Work Date: _1-3-06_

Paid Leave: (YES)  NO    Number Of Days Paid: _____

PTO/Vacation Deduction: _0_    STD Benefit Level: _____    Workers Comp Benefit Level: _____

DEFENDANT'S EXHIBIT

7

# EXHIBIT 8

## EMPLOYEE ACKNOWLEDGEMENT AND RECEIPT

I acknowledge that I have received a copy of MasterBrand Cabinets, Inc.'s employee handbook. The employee handbook contains comprehensive information about terms and conditions of my employment with MBCI. In particular, the employee handbook contains two sections entitled Standards of Business Conduct and Employment Policies and Procedures that have been brought to my attention. I have been advised to read these sections carefully and bring any questions I have about the content or meaning of the information contained in these sections to the attention of Human Resources. By signing this acknowledgement and receipt, I am hereby certifying that I have carefully read and understand the information contained in these tabs and that all questions or issues I may have had about this information have been answered to my satisfaction. I further acknowledge that if I have any questions or concerns in the future regarding these sections, I should raise these issues with Human Resources.

I understand that this handbook and the policies and procedures contained within it are not intended to create a contract of employment between MBCI and any of its employees. I understand that unless I am presented with a document entitled "Employment Agreement," I am an at-will employee of MBCI. Finally, I understand that MBCI, for business-related reasons, reserves the right to change policies and procedures described in this handbook and that such changes will be communicated to employees for insertion into the employee handbook.

With regard to the Standards of Business Conduct, I acknowledge that an effective compliance program requires active participation and involvement and that I have a duty to report activities which, in good faith, I believe are or may be potential violations of the Standards of Business Conduct. Any violation, failure to report a violation or retaliation against another employee for his/her action in reporting a violation or potential violation will subject me to disciplinary action which may include the termination of my employment relationship with MBCI.

Dated: _10 - 26 - Y_

_____
Signature

_____
Printed Name

DEFENDANT'S
EXHIBIT

9

# EXHIBIT 9



**Via Certified Mail**

Monday, January 09, 2006

Ronnie Giles
3006 Pheasant Ave
Opelika, AL 36801

Ronnie:

This letter will confirm our discussion on Monday, January 9, 2006 at which I notified you of the company's decision to terminate your employment with MBCI effective January 7, 2006.

Maintenance of good attendance is a condition of employment. On July 15, 2005 you were issued a copy of the plant's attendance policy. You were informed at that time your employment would be terminated if you incurred a total of nine points as outlined by the attendance policy.

As of January 3, 2006 you had accumulated 5.5 points, subsequent to that you left early on January 4, 2006 which resulted in another point being assessed. You were then absent on January 5 and again on January 6 which resulted in your being assessed another three (3) points. This brought your point total to 9.5 points.

Therefore we have no choice but to terminate your employment effective January 9, 2006. With the termination of your employment, you are no longer authorized to return to MBCI's property.

You will be receiving information concerning continued health coverage under the Consolidated Omnibus Budget Reconciliation Act ("COBRA") and other benefits you were receiving in a separate letter. Any pay due you will be paid during the next pay period.

Any questions regarding these issues please call me at (334) 887-5600.

Sincerely,

Perry Ezell, PHR
Human Resources Manager
cc: Personnel File

DEFENDANT'S
EXHIBIT

9