```
COUCHK                           iSeries Attendance: Schrock - Auburn              PAGE: CLK464
12/27/05 18:55                             ATTENDANCE                                      6
                                    TOTAL POINTS SUMMARY
                                   7/11/05 THRU 12/24/05

SUPERVISOR: JOL

EMPLOYEE                                                  TOTAL
NUMBER    EMPLOYEE NAME                      DATE         POINTS
---------------------------------------------------------------
60846     Ronnie Giles [REDACTED]           12/24/05      5.50

                                [REDACTED]
```

```
COUCHK                                       iSeries Timekeeper: Schrock - Auburn                                            CLK100P
6/21/06  8:13                                     PUNCH DETAIL HISTORY                                                        PAGE:  1
                                                  1/01/05 THRU  6/01/06

                    ---ROUNDED----   ---ACTUAL---   --SCHEDULED--  PAY
DAY   DATE          IN      OUT      IN      OUT    IN      OUT    CODE   HOURS  AP  LABOR LVLS   TOTAL
                                                                                                   HOURS
                                                                         HOURLY 1ST SHIFT
EMPLOYEE: 60846  Ronnie Giles                        PAY PERIOD RULE: 11
MON  1/03/05              TRANS                     0:00   0:00    HO      8.00  1   01.5436         8.00
TUE  1/04/05    5:00     12:00                      4:55  12:00             7.00  1   01.5436        15.00
TUE  1/04/05   12:30     13:36            M        12:18  13:41                1.10  1   01.5436     16.10
WED  1/05/05    6:00     14:54     A               5:50  14:55             8.40  1   01.5436        24.50
THU  1/06/05    6:00     14:30     A               5:54  14:30             8.00  1   01.5436        32.50
FRI  1/07/05    6:00     16:00     A               5:56  16:00             9.50  1   01.5436        42.00
MON  1/10/05              TRANS    L               0:00   0:00    VA       4.00  1   01.5436        46.00
MON  1/10/05              TRANS                    0:00   0:00    EL        .30  1   01.5436        46.30
TUE  1/11/05    5:00      8:42     E               4:55   8:43            3.70  1   01.5436        50.00
TUE  1/11/05    6:00     15:30     L               5:58  15:32   14:30    9.00  1   01.5436        59.00
WED  1/12/05    6:00     12:00     A               5:45  12:00   14:30    6.00  1   01.5436        65.00
WED  1/12/05   12:30     16:30     M              12:18  16:34   15:30    4.00  1   01.5436        69.00
THU  1/13/05    6:00     15:30     A               5:54  15:30   14:30    9.00  1   01.5436        78.00
FRI  1/14/05    6:00     14:30     A               5:56  14:33   14:30    8.00  1   01.5436        86.00
MON  1/17/05    6:00     15:30     L               5:55  15:30   14:30    9.00  1   01.5436        95.00
TUE  1/18/05    6:00     14:30     L               5:56  14:31   14:30    8.00  1   01.5436       103.00
WED  1/19/05    6:00     17:00                     5:56  17:00   14:30   10.50  1   01.5436       113.50
THU  1/20/05              TRANS    A               0:00   0:00    VA     8.00  1   01.5436       121.50
FRI  1/21/05    6:00     16:00     L               5:53  16:03   14:30    9.50  1   01.5436       131.00
MON  1/24/05    6:00     15:30     A               5:55  15:32   14:30    9.00  1   01.5436       140.00
TUE  1/25/05    6:00     14:30     A               5:54  14:34   14:30    8.00  1   01.5436       148.00
WED  1/26/05    6:00     14:00     A               5:57  14:03   14:30    7.50  1   01.5436       155.50
THU  1/27/05    6:00     16:00     A               5:52  16:05   14:30    9.50  1   01.5436       165.00
FRI  1/28/05    6:00     14:30     A               5:56  14:30   14:30    8.00  1   01.5436       173.00
SAT  1/29/05    6:00     10:12     W               5:56  10:15            4.20  1   01.5436       177.20
MON  1/31/05    6:00     14:30     A               5:56  14:31   14:30    8.00  1   01.5436       185.20
TUE  2/01/05              TRANS                    0:00   0:00    EDR      .30  1   01.5436       185.50
TUE  2/01/05    6:00     14:12     A               5:57  14:16   14:30    7.70  1   01.5436       193.20
WED  2/02/05   11:00     19:54     E              10:53  19:57   21:30    8.40  1   01.5436       201.60
THU  2/03/05    5:00     14:30     E               4:49  14:36   14:30    9.00  1   01.5436       210.60
MON  2/07/05    6:00     14:30     A               5:52  14:34   14:30    8.00  1   01.5436       218.60
TUE  2/08/05              TRANS                    0:00   0:00    EL      2.50  1   01.5436       221.10
TUE  2/08/05    6:00     12:00     E               5:57  12:04   14:30    5.50  1   01.5436       226.60
WED  2/09/05    6:00     13:30     E               5:56  13:30   14:30    7.00  1   01.5436       233.60
WED  2/09/05   18:06     19:30                    18:01  19:33             1.40  1   01.5436       235.00
THU  2/10/05    6:00     14:30     U               5:48  14:30   14:30    8.00  1   01.5436       243.00
THU  2/10/05   18:06     20:24                    18:01  20:24             2.30  1   01.5436       245.30
FRI  2/11/05    6:00     14:30     U               5:54  14:30   14:30    8.00  1   01.5436       253.30
MON  2/14/05    5:00     15:30                     4:56  15:30   14:30   10.00  1   01.5436       263.30
TUE  2/15/05    5:00     15:30     A               4:55  15:31   14:30   10.00  1   01.5436       273.30
WED  2/16/05              TRANS    A               0:00   0:00    VA     4.00  1   01.5436       277.30
WED  2/16/05    9:00      9:00     L               13:28  9:04            4.00  1   01.5436       281.30
THU  2/17/05   13:30     16:30     E              13:28 16:32   14:30    3.00  1   01.5436       284.30
FRI  2/18/05    5:00     14:30     A               4:56  14:32   14:30    9.00  1   01.5436       293.30
MON  2/21/05    5:00     15:30     A               4:58  15:30   14:30   10.00  1   01.5436       303.30
TUE  2/22/05    5:00     14:00     E               4:55  14:02   14:30    8.50  1   01.5436       311.80
WED  2/23/05    5:00     11:48     A               4:55  11:49   14:30    6.30  1   01.5436       318.10
THU  2/24/05    5:00     15:30     L               4:56  15:30   14:30   10.00  1   01.5436       328.10
FRI  2/25/05    5:00     TRANS     A               0:00   0:00    VA     4.00  1   01.5436       342.10
           SUPERVISOR FORGOT TO ENTER VACATION
FRI  2/25/05    5:00     11:00     E  C    11     4:55  11:01    5:00  14:30    5.50  1   01.5436  347.60
```

```
COUCHK                              iSeries Timekeeper: Schrock - Auburn                          CLK100P
6/21/06  8:13                            PUNCH DETAIL HISTORY                                     PAGE:  2
                                        1/01/05 THRU  6/01/06

                  ----ROUNDED----             ---ACTUAL---   --SCHEDULED--  PAY
DAY  DATE         IN       OUT     DAILY NOTES  IN     OUT    IN     OUT   CODE  HOURS  AP  LABOR LVLS  TOTAL HOURS
---  -------      ------   ------  ----- -----  -----  -----  -----  ----- ----  -----  --  ----------  -----------
SAT  2/26/05      5:00     12:06    11   U A    4:55   12:10  0:00   0:00         6.60   1  01.5436      354.20
MON  2/28/05               TRANS    11                        5:00   14:30  VA    4.00   1  01.5436      358.20
TUE  3/01/05      5:00     13:42    11 E A      4:55   13:42  5:00   14:30        8.20   1  01.5436      366.40
WED  3/02/05      5:00     14:00    11 E A      4:57   14:04  5:00   14:30        8.50   1  01.5436      374.90
THU  3/03/05      5:00     13:30    11 E A      4:55   13:35  5:00   14:30        8.00   1  01.5436      382.90
FRI  3/04/05      5:00     14:00    11 E A      4:53   14:00  5:00   14:30        8.50   1  01.5436      390.90
MON  3/07/05      5:00     13:48    11 E A      4:56   13:49  5:00   14:30        8.30   1  01.5436      399.40
TUE  3/08/05      5:00     13:30    11 E A      4:55   13:30  5:00   14:30        8.00   1  01.5436      407.70
WED  3/09/05      5:00     13:30    11 E A      4:55   13:35  5:00   14:30        8.00   1  01.5436      415.70
THU  3/10/05      5:00     13:30    11 E A      4:54   13:30  5:00   14:30        8.00   1  01.5436      423.70
FRI  3/11/05      5:00     12:00    11 E A      4:58   12:00  5:00   14:30        6.50   1  01.5436      431.70
MON  3/14/05               TRANS    11          0:00   0:00   5:00   14:30  EL    1.50   1  01.5436      438.20
TUE  3/15/05      5:00     14:00    11 E A      4:53   14:00  5:00   14:30        8.50   1  01.5436      439.70
WED  3/15/05               TRANS    11          0:00   0:00   0:00   0:00   VA    8.00   1  01.5436      448.20
WED  3/16/05      5:00     9:30     11 E A      4:55   9:32   5:00   14:30        4.00   1  01.5436      452.20
THU  3/17/05      5:00     15:06    11 L A      4:54   15:11  5:00   14:30        9.60   1  01.5436      456.70
FRI  3/18/05      5:00     14:30    11          4:54   14:30  5:00   14:30        9.00   1  01.5436      466.30
SAT  3/19/05               TRANS    11          0:00   0:00   0:00   0:00         3.80   1  01.5436      475.30
MON  3/21/05      5:00     9:12     11 E A      4:51   9:17   5:00   14:30  EL    4.20   1  01.5436      479.10
TUE  3/22/05      5:00     14:30    11 A        4:53   14:30  5:00   14:30        9.50   1  01.5436      483.30
WED  3/23/05      5:00     15:00    11 L        4:55   15:00  5:00   14:30  VA    9.00   1  01.5436      492.30
THU  3/24/05               TRANS    11          0:00   0:00   0:00   0:00         4.00   1  01.5436      501.80
FRI  3/25/05      5:00     9:00     11 E A      4:56   9:02   5:00   14:30        4.00   1  01.5436      505.80
MON  3/28/05      5:00     14:30    11          4:53   14:36  5:00   14:30  HONP  8.00   1  01.5436      509.80
MON  3/28/05               TRANS    11          0:00   0:00   5:00   14:30  TA    .10    1  01.5436      518.80
MON  3/28/05               TRANS    11          0:00   0:00   0:00   0:00   AB    7.10   1  01.5436      526.80
TUE  3/29/05      5:06     7:00     11 L        5:01   7:00   5:00   14:30        1.90   1  01.5436      534.00
WED  3/30/05      5:00     14:30    11 A        4:54   14:35  5:00   14:30        9.00   1  01.5436      535.90
THU  3/31/05      5:00     14:30    11 A        4:54   14:31  5:00   14:30        9.00   1  01.5436      544.90
FRI  4/01/05      5:00     14:42    11 E A      4:51   14:46  5:00   14:30        9.20   1  01.5436      553.90
SAT  4/02/05      5:00     14:42    11 E A      4:48   14:47  5:00   14:30        9.20   1  01.5436      563.10
MON  4/04/05      5:00     13:30    11 E A      4:52   13:30  5:00   14:30        8.50   1  01.5436      572.30
TUE  4/05/05      5:00     15:00    11 L        4:53   15:00  5:00   14:30        9.50   1  01.5436      580.80
WED  4/06/05      5:00     13:30    11 E A      4:55   13:30  5:00   14:30        8.30   1  01.5436      590.30
THU  4/07/05      5:00     14:30    11 A        4:54   14:30  5:00   14:30        9.00   1  01.5436      598.30
FRI  4/08/05      5:00     14:24    11 E A      4:54   14:32  5:00   14:30        8.30   1  01.5436      607.30
MON  4/11/05      5:00     14:48    11 L        4:55   14:27  5:00   14:30        9.00   1  01.5436      616.30
TUE  4/12/05      5:00     15:12    11 L        4:54   15:15  5:00   14:30        8.90   1  01.5436      625.20
WED  4/13/05      5:00     14:30    11 A        4:54   14:32  5:00   14:30        9.70   1  01.5436      634.50
THU  4/14/05      5:00     14:30    11 E A      4:54   14:38  5:00   14:30        9.00   1  01.5436      644.20
FRI  4/15/05      5:00     14:00    11 E A      4:55   14:03  5:00   14:30        8.50   1  01.5436      653.20
SAT  4/16/05      5:00     13:00    11 E A      4:49   13:00  5:00   14:30        8.00   1  01.5436      662.20
MON  4/18/05      5:00     13:30    11 E A      4:56   13:30  5:00   14:30        8.50   1  01.5436      670.70
TUE  4/19/05      6:00     14:30    11 E A      5:55   14:31  5:00   14:30        8.00   1  01.5436      678.20
WED  4/20/05      5:00     13:00    11 E A      4:56   13:01  5:00   14:30        7.50   1  01.5436      686.20
THU  4/21/05               TRANS    11          0:00   0:00   5:00   14:30        7.50   1  01.5436      694.20
FRI  4/22/05      5:00     9:00     11 E A      4:55   9:05   5:00   14:30  VA    4.00   1  01.5436      701.70
MON  4/25/05      5:00     14:48    11 E A      4:55   14:50  5:00   14:30        9.30   1  01.5436      709.20
MON  4/25/05                                                                                             713.20
TUE  4/26/05      5:00     14:30    11 L        4:52   14:31  5:00   14:30        9.00   1  01.5436      726.50
                                                                                                         735.50
```

```
COUCHK                          iSeries Timekeeper: Schrock - Auburn                              CLK100P
6/21/06  8:13                        PUNCH DETAIL HISTORY                                         PAGE:  3
                                      1/01/05 THRU 6/01/06

              ---ROUNDED----              ---ACTUAL---    --SCHEDULED-- PAY
DAY  DATE     IN      OUT    DAILY NOTES   IN      OUT    IN      OUT  CODE  HOURS  AP  LABOR LVLS  TOTAL HOURS
---  -------  -----   -----  ----- -----  -----   -----   -----  -----  ----  -----  --  ----------  -----------
WED  4/27/05  5:00    14:00    11   E   A  4:55   14:04   5:00   14:30         8.50   1  01.5436        744.00
THU  4/28/05  5:00    14:18    11   E   A  4:56   14:18   5:00   14:30         8.80   1  01.5436        752.80
FRI  4/29/05  5:00    14:48    11   L   A  4:55   14:49   5:00   14:30         9.30   1  01.5436        762.10
MON  5/02/05  5:00    13:30    11       A  4:55   13:32   5:00   14:30         8.00   1  01.5436        770.10
TUE  5/03/05  5:00    14:30    11   E   A  4:55   14:30   5:00   14:30         9.00   1  01.5436        779.10
WED  5/04/05  5:00    14:30    11       A  4:51   14:41   5:00   14:30         9.00   1  01.5436        788.10
THU  5/05/05  5:00    14:30    11       A  4:54   14:34   5:00   14:30         9.00   1  01.5436        797.10
FRI  5/06/05  5:00    14:30    11       A  4:55   14:34   5:00   14:30         9.00   1  01.5436        806.10
MON  5/09/05  5:00    14:30    11       A  4:51   14:31   5:00   14:30         9.00   1  01.5436        815.10
TUE  5/10/05  5:00    14:48    11       A  4:51   14:33   5:00   14:30         9.30   1  01.5436        824.10
WED  5/11/05  5:00    14:12    11       A  4:53   14:52   5:00   14:30         9.30   1  01.5436        833.40
THU  5/12/05  5:00    13:30    11       A  4:52   14:14   5:00   14:30         8.70   1  01.5436        842.10
FRI  5/13/05  5:00    13:00    11       A  4:54   13:30   5:00   14:30         8.00   1  01.5436        850.10
SAT  5/14/05  5:00    14:06    11       A  4:52   13:05   5:00   14:30         7.50   1  01.5436        857.60
MON  5/16/05  5:00    14:30    11       A  4:54   14:07   5:00   14:30         8.60   1  01.5436        866.20
TUE  5/17/05  5:00    13:30    11       A  4:57   14:35   5:00   14:30         9.00   1  01.5436        875.20
WED  5/18/05  5:00    13:30    11       A  4:52   13:34   5:00   14:30         8.00   1  01.5436        883.20
THU  5/19/05  5:00    13:30    11       A  4:52   13:31   5:00   14:30         8.00   1  01.5436        891.20
FRI  5/20/05  5:00    TRANS    11       A  0:00    0:00   0:00   14:30  EL     2.90   1  01.5436        894.10
MON  5/23/05  5:00    10:06    11       A  4:54   10:06   5:00   14:30         5.10   1  01.5436        899.20
TUE  5/24/05  5:00    13:48    11       A  4:51   13:51   5:00   14:30         8.30   1  01.5436        907.50
WED  5/25/05  5:00    14:54    11       A  4:53   14:54   5:00   14:30         9.40   1  01.5436        916.90
THU  5/26/05  5:00    13:30    11   E   A  4:55   13:30   5:00   14:30         8.00   1  01.5436        924.90
FRI  5/27/05  5:00    14:00    11       A  4:55   14:00   5:00   14:30         8.50   1  01.5436        933.40
MON  5/30/05  5:00    13:18    11       A  4:55   13:21   0:00   14:30  HO     7.80   1  01.5436        941.20
TUE  5/31/05  5:00    TRANS    11       A  0:00    0:00   5:00   14:30         8.00   1  01.5436        949.20
WED  6/01/05  5:00    14:30    11       A  4:53   14:31   5:00   14:30         9.00   1  01.5436        958.20
THU  6/02/05  5:00    14:30    11       A  4:57   14:37   5:00   14:30         9.00   1  01.5436        967.20
FRI  6/03/05  5:00    13:48    11       A  4:53   13:50   5:00   14:30         8.30   1  01.5436        975.50
MON  6/06/05  5:00    14:18    11       A  4:52   14:19   5:00   14:30         8.80   1  01.5436        984.30
TUE  6/07/05  5:00    13:42    11       A  4:53   13:43   5:00   14:30         8.20   1  01.5436        992.50
WED  6/08/05  5:00    13:30    11       A  4:55   13:32   5:00   14:30         8.00   1  01.5436       1000.50
THU  6/09/05  5:00    13:30    11       A  4:56   13:30   5:00   14:30         8.00   1  01.5436       1008.50
FRI  6/10/05  5:00    13:30    11       A  4:55   13:30   5:00   14:30         8.00   1  01.5436       1016.50
MON  6/13/05  5:00    13:30    11       A  4:56   13:33   5:00   14:30         8.00   1  01.5436       1024.50
TUE  6/14/05  5:00    13:30    11       A  4:57   13:30   5:00   14:30         8.00   1  01.5436       1032.50
WED  6/15/05  5:00    13:30    11       A  4:55   13:31   5:00   14:30         8.00   1  01.5436       1040.50
THU  6/16/05  5:00    13:30    11       A  4:51   13:34   5:00   14:30         8.00   1  01.5436       1048.50
FRI  6/17/05  5:00    13:30    11       A  4:56   13:30   5:00   14:30         8.00   1  01.5436       1056.50
MON  6/20/05  5:00    13:42    11       A  4:52   13:43   5:00   14:30         8.20   1  01.5436       1064.70
TUE  6/21/05  5:00    13:30    11       A  4:58   13:32   5:00   14:30         8.00   1  01.5436       1072.70
WED  6/22/05  5:00    13:30    11       A  4:57   13:30   5:00   14:30         8.00   1  01.5436       1080.70
THU  6/23/05  5:00    13:30    11       A  4:55   13:33   5:00   14:30         8.00   1  01.5436       1088.70
FRI  6/24/05  5:00    13:30    11       A  4:53   13:30   5:00   14:30         8.00   1  01.5436       1096.70
MON  6/27/05  5:00    13:30    11       A  4:55   13:32   5:00   14:30         8.00   1  01.5436       1104.70
TUE  6/28/05  5:00    13:30    11       A  4:54   13:30   5:00   14:30         8.00   1  01.5436       1112.70
WED  6/29/05  5:00    13:30    11       A  4:55   13:35   5:00   14:30         8.00   1  01.5436       1120.70
THU  6/30/05  5:00    13:30    11       A  4:57   13:33   5:00   14:30         8.00   1  01.5436       1128.70
FRI  7/01/05  5:00    TRANS    11       A  0:00    0:00   0:00   14:30  HO     8.00   1  01.5436       1136.70
MON  7/04/05  5:00    13:30    11   E   A  4:54   13:33   5:00   14:30         8.00   1  01.5436       1144.70
TUE  7/05/05  5:00    13:30    11       A  4:56   13:34   5:00   14:30         8.00   1  01.5436       1152.70
WED  7/06/05                                                                                           1160.70
                                                                                                       1168.70
```

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | HOURS | AP | LABOR LVLS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THU | 7/07/05 | 5:00 | 13:30 | 11 | A E | 4:56 | 13:30 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 1176.70 |
| FRI | 7/08/05 | 5:00 | 13:30 | 11 | A E | 4:56 | 13:33 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 1184.70 |
| MON | 7/11/05 | 5:00 | 13:30 | 11 | A E | 4:53 | 13:33 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 1192.70 |
| TUE | 7/12/05 | 5:00 | 13:30 | 11 | A E | 4:54 | 13:30 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 1200.70 |
| WED | 7/13/05 | 5:00 | 14:00 | 11 | A E | 4:55 | 14:00 | 5:00 | 14:30 | | 8.50 | 1 | 01.5436 | 1208.70 |
| THU | 7/14/05 | 5:00 | 13:48 | 11 | A E | 4:51 | 13:51 | 5:00 | 14:30 | | 8.30 | 1 | 01.5436 | 1217.20 |
| FRI | 7/15/05 | 5:00 | 14:00 | 11 | A L | 4:57 | 14:05 | 5:00 | 14:30 | | 8.50 | 1 | 01.5436 | 1225.50 |
| MON | 7/18/05 | 5:00 | 15:24 | 11 | A | 4:55 | 15:27 | 5:00 | 13:30 | | 9.90 | 1 | 01.5436 | 1234.00 |
| TUE | 7/19/05 | 5:00 | 13:30 | 11 | A | 4:55 | 13:31 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1243.90 |
| WED | 7/20/05 | 5:00 | 12:30 | 11 | | 4:56 | 12:30 | 5:00 | 13:30 | | 7.00 | 1 | 01.5436 | 1251.90 |
| THU | 7/21/05 | | TRANS | 11 | | 12:30 | 14:12 | 0:00 | 0:00 | PI | 1.70 | 1 | 01.5436 | 1258.90 |
| FRI | 7/22/05 | | TRANS | 11 | | 5:53 | 12:36 | 0:00 | 0:00 | PI | 6.20 | 1 | 01.5436 | 1260.60 |
| MON | 7/25/05 | | TRANS | 11 | | 0:00 | | 0:00 | 0:00 | VA | 8.00 | 1 | 01.5436 | 1266.80 |
| TUE | 7/26/05 | | TRANS | 11 | | 0:00 | | 0:00 | 0:00 | VA | 8.00 | 1 | 01.5436 | 1274.80 |
| WED | 7/27/05 | | TRANS | 11 | | 0:00 | | 0:00 | 0:00 | VA | 8.00 | 1 | 01.5436 | 1282.80 |
| THU | 7/28/05 | | TRANS | 11 | | 0:00 | | 0:00 | 0:00 | VA | 8.00 | 1 | 01.5436 | 1290.80 |
| FRI | 7/29/05 | 5:00 | 13:30 | 11 | A | 4:51 | 13:30 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1298.80 |
| MON | 8/01/05 | 5:00 | 13:48 | 11 | A | 4:53 | 13:53 | 5:00 | 13:30 | | 8.30 | 1 | 01.5436 | 1306.80 |
| TUE | 8/02/05 | 5:00 | 13:30 | 11 | A | 4:56 | 13:32 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1314.80 |
| WED | 8/03/05 | 5:00 | 13:30 | 11 | A | 4:54 | 13:32 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1323.10 |
| THU | 8/04/05 | 5:00 | 13:30 | 11 | A L | 4:55 | 13:35 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1331.10 |
| FRI | 8/05/05 | 5:00 | 13:30 | 11 | A | 4:54 | 13:35 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1339.10 |
| MON | 8/08/05 | | TRANS | 11 | | 0:00 | | 0:00 | 0:00 | VA | 8.00 | 1 | 01.5436 | 1347.10 |
| TUE | 8/09/05 | 5:00 | 9:00 | 11 | A | 4:55 | 9:00 | 5:00 | 9:00 | | 4.00 | 1 | 01.5436 | 1355.10 |
| WED | 8/10/05 | 5:00 | 13:48 | 11 | A L | 4:56 | 13:49 | 5:00 | 13:30 | | 4.00 | 1 | 01.5436 | 1363.10 |
| THU | 8/11/05 | 5:00 | 13:30 | 11 | A | 4:57 | 13:30 | 5:00 | 13:30 | | 8.30 | 1 | 01.5436 | 1367.10 |
| FRI | 8/12/05 | 5:00 | 13:54 | 11 | A L | 4:56 | 13:55 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1371.10 |
| MON | 8/15/05 | 5:00 | 14:12 | 11 | A | 4:46 | 14:17 | 5:00 | 13:30 | | 8.40 | 1 | 01.5436 | 1379.40 |
| TUE | 8/16/05 | 5:00 | 13:30 | 11 | A L | 4:54 | 13:30 | 5:00 | 13:30 | | 8.70 | 1 | 01.5436 | 1387.40 |
| WED | 8/17/05 | 5:00 | 13:42 | 11 | A L | 4:48 | 13:42 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1395.80 |
| THU | 8/18/05 | 5:00 | 13:30 | 11 | A L | 4:54 | 13:32 | 5:00 | 13:30 | | 8.20 | 1 | 01.5436 | 1403.80 |
| FRI | 8/19/05 | 5:00 | 15:54 | 11 | A | 4:53 | 15:57 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1412.50 |
| MON | 8/22/05 | | TRANS | 11 | | 0:00 | | 0:00 | 9:00 | VA | 10.40 | 1 | 01.5436 | 1420.50 |
| TUE | 8/23/05 | 5:12 | 15:42 | 11 | A L | 5:10 | 15:46 | 5:00 | 13:30 | | 0.20 | 1 | 01.5436 | 1428.70 |
| WED | 8/24/05 | 5:00 | 16:18 | 11 | A | 4:56 | 16:18 | 5:00 | 13:30 | | 10.80 | 1 | 01.5436 | 1436.70 |
| THU | 8/25/05 | 5:00 | 17:24 | 11 | A L | 4:47 | 17:25 | 5:00 | 13:30 | | 11.90 | 1 | 01.5436 | 1447.10 |
| FRI | 8/26/05 | 5:00 | 15:00 | 11 | A L | 4:53 | 15:00 | 5:00 | 13:30 | | 9.50 | 1 | 01.5436 | 1447.30 |
| MON | 8/29/05 | 5:00 | 14:42 | 11 | A L | 4:55 | 14:43 | 5:00 | 13:30 | | 9.20 | 1 | 01.5436 | 1457.30 |
| TUE | 8/30/05 | 5:00 | 13:30 | 11 | A | 4:54 | 13:31 | 5:00 | 13:30 | T1 | 8.00 | 1 | 01.5436 | 1468.00 |
| WED | 8/31/05 | | TRANS | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | AB | 8.00 | 0 | 01.5436 | 1489.50 |
| THU | 9/01/05 | | TRANS | 11 | | 0:00 | 14:14 | 5:00 | 13:30 | PS | 8.70 | 1 | 01.5436 | 1498.70 |
| FRI | 9/02/05 | | TRANS | 11 | | 4:48 | 13:36 | 5:00 | 13:30 | HONP | 8.00 | 1 | 01.5436 | 1506.70 |
| MON | 9/05/05 | 5:00 | 14:12 | 11 | A | 4:54 | | 5:00 | 13:30 | | .00 | 0 | 01.5436 | 1514.70 |
| TUE | 9/06/05 | 5:00 | 13:30 | 11 | A | | | | | | | | | 1522.70 |
| WED | 9/07/05 | | | | | | | | | | | | | 1530.70 |
| THU | 9/08/05 | 5:06 | 15:00 | 11 | A | 5:02 | 15:00 | 5:00 | 13:30 | T1 | 9.40 | 1 | 01.5436 | 1539.40 |
| FRI | 9/09/05 | 5:00 | 14:00 | 11 | A | 4:54 | 14:00 | 5:00 | 13:30 | | 8.50 | 1 | 01.5436 | 1547.40 |
| MON | 9/12/05 | 5:00 | 13:54 | 11 | A | 4:55 | 13:55 | 5:00 | 13:30 | | 8.40 | 1 | 01.5436 | 1556.80 |
| TUE | 9/13/05 | 5:00 | 15:30 | 11 | A | 4:52 | 15:31 | 5:00 | 13:30 | | 10.00 | 1 | 01.5436 | 1565.30 |

```
COUCHK                          iSeries Timekeeper: Schrock - Auburn                              CLK100P
6/21/06  8:13                        PUNCH DETAIL HISTORY                                         PAGE:  5
                                    1/01/05 THRU 6/01/06

                ----ROUNDED----               ---ACTUAL---   --SCHEDULED--
DAY  DATE       IN      OUT    DAILY  NOTES   IN     OUT     IN     OUT    PAY CODE  HOURS  AP  LABOR LVLS  TOTAL HOURS
---  --------   -----   -----  -----  -----   -----  -----   -----  -----  --------  -----  --  ----------  -----------
WED  9/14/05    5:00    15:30    11 L    A    4:55   15:30   5:00   13:30            10.00  1   01.5436     1593.70
THU  9/15/05    5:00    16:00    11 L    A    4:55   16:00   5:00   13:30            10.50  1   01.5436     1604.20
FRI  9/16/05    4:42    13:30    11 L    A    4:40   13:31   5:00   13:30             8.30  1   01.5436     1612.50
MON  9/19/05    5:00    14:00    11 L    A    4:53   14:00   5:00   13:30             8.50  1   01.5436     1621.00
TUE  9/20/05    5:00    14:18    11 L    A    4:53   14:18   5:00   13:30             8.80  1   01.5436     1629.80
WED  9/21/05    5:00    15:00    11 L    A    5:00   15:00   5:00   13:30             9.50  1   01.5436     1639.30
THU  9/22/05            TRANS    11      Y    0:00   0:00    0:00            PT       2.00  1   01.5436     1641.30
THU  9/22/05    5:00    11:00    11      A    4:53   11:04   5:00   11:00             6.00  1   01.5436     1647.30
FRI  9/23/05    5:00    15:30    11 L    A    4:52   15:30   5:00   13:30            10.00  1   01.5436     1657.30
MON  9/26/05    5:00    13:30    11      A    4:52   13:32   5:00   13:30             8.00  1   01.5436     1665.30
TUE  9/27/05    5:00    13:30    11      A    4:47   13:31   5:00   13:30             8.00  1   01.5436     1673.30
WED  9/28/05    5:00    14:00    11 L    A    4:49   14:00   5:00   13:30             8.50  1   01.5436     1681.80
THU  9/29/05    5:00    13:30    11      A    4:54   13:33   5:00   13:30             8.00  1   01.5436     1689.80
FRI  9/30/05    5:00    14:12    11 L    A    4:53   14:14   5:00   13:30             8.70  1   01.5436     1698.50
MON  10/03/05   5:00    13:30    11      A    4:55   13:34   5:00   13:30             8.00  1   01.5436     1706.50
TUE  10/04/05   5:00    13:54    11 L    A    4:53   13:55   5:00   13:30             8.50  1   01.5436     1715.50
WED  10/05/05   5:00    13:42    11      A    4:47   13:42   5:00   13:30             8.40  1   01.5436     1723.90
THU  10/06/05   5:00    14:24    11      A    4:51   14:24   5:00   13:30             8.20  1   01.5436     1732.10
FRI  10/07/05   5:00    15:48    11 L    A    4:46   15:50   5:00   13:30             8.90  1   01.5436     1741.00
MON  10/10/05   5:00    15:00    11 L    A    4:49   15:00   5:00   13:30            10.30  1   01.5436     1751.30
TUE  10/11/05   5:00    14:48    11 L    A    4:53   14:53   5:00   13:30             9.50  1   01.5436     1760.80
WED  10/12/05   5:00    14:30    11      A    4:48   14:31   5:00   13:30             9.50  1   01.5436     1770.30
THU  10/13/05   5:00    14:48    11 L    A    4:51   14:48   5:00   13:30             9.30  1   01.5436     1779.60
FRI  10/14/05   5:00    14:30    11      A    4:52   14:30   5:00   13:30             9.00  1   01.5436     1788.60
MON  10/17/05   5:00    14:30    11 L    A    4:46   14:54   5:00   13:30             9.30  1   01.5436     1797.90
TUE  10/18/05           TRANS    11 L         5:00   15:10   5:00   13:30    *MULT    9.00  1   01.5436     1806.90
WED  10/19/05           TRANS    11           5:00   11:23   5:00   13:30    *MULT    9.40  1   01.5436     1816.30
THU  10/20/05           TRANS    11           6:00   14:34   5:00   13:30    PI      10.17  1   01.5436     1826.47
FRI  10/21/05   5:00    14:30    11 L    A    4:52   14:34   5:00   13:30             5.30  1   01.5436     1831.77
MON  10/24/05   5:00    14:30    11      A    4:47   14:30   5:00   13:30             9.00  1   01.5436     1840.77
TUE  10/25/05   5:00    13:30    11 L    A    4:50   13:30   5:00   13:30             9.00  1   01.5436     1849.77
WED  10/26/05   5:00    13:42    11      A    4:49   13:43   5:00   13:30             8.00  1   01.5436     1857.77
THU  10/27/05   5:00    13:30    11      A    5:00   13:41   5:00   13:30             8.20  1   01.5436     1865.77
FRI  10/28/05   5:00    13:36    11 L    A    4:47   13:35   5:00   13:30             8.10  1   01.5436     1873.97
MON  10/31/05   5:00    14:42    11 L    A    4:52   14:43   5:00   13:30             8.10  1   01.5436     1882.07
TUE  11/01/05   5:00    14:36    11      A    4:53   14:41   5:00   13:30             8.00  1   01.5436     1890.07
WED  11/02/05   5:00    15:18    11      A    4:54   15:21   5:00   13:30             8.50  1   01.5436     1898.07
THU  11/03/05   5:00    13:30    11      A    4:51   13:30   5:00   13:30             8.50  1   01.5436     1906.57
FRI  11/04/05           TRANS    11           0:00   9:25    0:00   9:00     PT       4.00  1   01.5436     1910.57
FRI  11/04/05   5:00    9:24     11 L    A    4:53   13:58   5:00   13:30             4.40  1   01.5436     1914.97
MON  11/07/05   5:00    14:30    11 L    A    4:47   14:30   5:00   13:30             9.00  1   01.5436     1923.97
TUE  11/08/05   5:00    14:30    11      A    4:53   14:30   5:00   13:30             9.00  1   01.5436     1932.97
WED  11/09/05   5:00    14:30    11      A    4:49   14:30   5:00   13:30             9.00  1   01.5436     1941.97
THU  11/10/05   5:00    14:30    11      A    5:00   14:30   5:00   13:30             9.00  1   01.5436     1950.97
FRI  11/11/05   5:00    14:42    11      A    4:52   14:43   5:00   13:30             9.20  1   01.5436     1959.97
MON  11/14/05   5:00    14:36    11      A    4:53   14:41   5:00   13:30             9.10  1   01.5436     1969.17
TUE  11/15/05   5:00    15:18    11      A    4:54   15:21   5:00   13:30             9.80  1   01.5436     1978.27
WED  11/16/05   5:00    13:30    11 L    A    4:51   13:30   5:00   13:30             8.00  5   01.5436     1988.07
THU  11/17/05   5:00    14:00    11      A    5:00   14:05   5:00   13:30             8.50  5   01.5436     1996.07
FRI  11/18/05   5:00    13:54    11 L    A    4:53   13:58   5:00   13:30             8.40  5   01.5436     2004.47
MON  11/21/05   5:00    13:30    11      A    4:53   13:30   5:00   13:30             8.00  5   01.5436     2012.47
TUE  11/22/05   4:42    15:00    11      A    4:41   15:00   5:00   13:30             9.80  5   01.5436     2022.27
WED  11/23/05   5:00    13:30    11 L    A    4:46   13:30   5:00   13:30             8.00  5   01.5436     2030.27
```

```
COUCHK                              iSeries Timekeeper: Schrock - Auburn                                    CLK100P
6/21/06  8:13                              PUNCH DETAIL HISTORY                                             PAGE:  6
                                           1/01/05 THRU 6/01/06

              ----ROUNDED----                    ---ACTUAL---    --SCHEDULED--  PAY
DAY  DATE      IN      OUT    DAILY  NOTES       IN      OUT     IN      OUT    CODE   HOURS  AP  LABOR LVLS   TOTAL HOURS
THU  11/24/05          TRANS    11                0:00    0:00   0:00    1:00   HO      8.00   5  01.5436       2038.27
FRI  11/25/05          TRANS    11                0:00    0:00   0:00    1:00   HO      8.00   5  01.5436       2046.27
MON  11/28/05  5:00    13:30    11                4:48   13:33   5:00   13:30            8.00   5  01.5436       2054.27
TUE  11/29/05  5:00    13:30    11    A           4:50   13:34   5:00   13:30            8.00   5  01.5436       2062.27
WED  11/30/05  5:00    12:54    11    Y           4:51   12:57   5:00   12:54            7.90   5  01.5436       2070.17
THU  12/01/05  5:00    14:30    11    A           4:52   14:33   5:00   13:30            9.00   5  01.5436       2079.17
FRI  12/02/05  5:00    14:30    11    A           4:52   14:32   5:00   13:30            9.00   5  01.5436       2088.17
SAT  12/03/05          TRANS    11                6:00   12:00   6:00   12:00   PPR      6.00   5  01.5436       2094.17
MON  12/05/05  5:00    14:48    11    A     L     4:52   14:53   5:00   13:30            9.30   5  01.5436       2103.47
TUE  12/06/05  5:00    14:30    11          L     4:52   14:33   5:00   13:30            9.00   5  01.5436       2112.47
WED  12/07/05  5:00    17:24    11    A     L     4:51   17:27   5:00   13:30           11.90   5  01.5436       2124.37
THU  12/08/05          TRANS    11                0:00    0:00   0:00    0:00   AB       8.00   5  01.5436       2132.37
FRI  12/09/05  5:00    14:48    11    A     L     4:45   14:48   5:00   13:30            9.30   5  01.5436       2141.67
MON  12/12/05  5:00    14:00    11    A     L     4:48   14:03   5:00   13:30            8.50   5  01.5436       2150.17
TUE  12/13/05  5:00    14:54    11          L     4:46   14:54   5:00   13:30            9.40   5  01.5436       2159.57
WED  12/14/05          TRANS    11                0:00    0:00   0:00    0:00   PT       2.00   5  01.5436       2161.57
THU  12/15/05  5:00    12:30    11    A           4:53   12:30   5:00   12:30            7.00   5  01.5436       2168.57
FRI  12/16/05          TRANS    11                5:00   15:31   5:00   13:30   *MULT   10.00   5  01.5436       2178.57
FRI  12/16/05          TRANS    11                0:00    0:00   0:00    0:00   L1       1.00   5  01.5436       2179.57
MON  12/19/05  5:00    12:30    11    A           4:52   12:30   5:00   13:30            7.00   5  01.5436       2186.57
MON  12/19/05          TRANS    11                0:00    0:00   0:00    0:00   FM       5.10   5  01.5436       2191.67
FMLA EXCEUSS                          C           4:54    7:57   5:00    7:54            2.90   5  01.5436       2194.57
TUE  12/20/05          TRANS    11                0:00    0:00   0:00    0:00   FM       8.00   5  01.5436       2202.57
WED  12/21/05          TRANS    11                0:00    0:00   0:00    0:00   FM       8.00   5  01.5436       2210.57
THU  12/22/05          TRANS    11                0:00    0:00   0:00    0:00   FM       8.00   5  01.5436       2218.57
FRI  12/23/05          TRANS    11                0:00    0:00   0:00    0:00   HONP     8.00   5  01.5436       2226.57
MON  12/26/05          TRANS    11                0:00    0:00   0:00    0:00   HONP     8.00   5  01.5436       2234.57
TUE  12/27/05          TRANS    11                0:00    0:00   0:00    0:00   FM       8.00   5  01.5436       2242.57
WED  12/28/05          TRANS    11                0:00    0:00   0:00    0:00   FM       8.00   5  01.5436       2250.57
THU  12/29/05          TRANS    11                0:00    0:00   0:00    0:00   FM       8.00   5  01.5436       2258.57
FRI  12/30/05          TRANS    11                0:00    0:00   0:00    0:00   HONP     8.00   5  01.5436       2266.57
MON  1/02/06           TRANS    11                0:00    0:00   0:00    0:00   HONP     8.00   5  01.5436       2274.57
TUE  1/03/06   5:00    13:30    11    A           4:53   13:34   5:00   13:30            8.00   5  01.5436       2282.57
WED  1/04/06   5:00     7:06    11    E           4:56    7:10   5:00   13:30   L2       7.90   5  01.5436       2290.47
WED  1/04/06           TRANS    11                0:00    0:00   0:00    0:00            2.10   5  01.5436       2292.57
THU  1/05/06           TRANS    11                0:00    0:00   0:00    0:00   AB      10.00   5  01.5436       2302.57
FRI  1/06/06           TRANS    11                0:00    0:00   0:00    0:00   AB      10.00   5  01.5436       2312.57
-------------------------------------------------------------------------------------------------------------
TOT HRS:  2312.57          WORKED         2165.94  NON-WORKED    40.00   PAID   1982.67   NON-PAID    300.80
HOURS BY PAY CODE          HOLIDAY PAY               REGULAR        OT0.5                180.80 ADJUST              $0.00
HOURS BY PAY CODE          EARLY LEAVE    11.00     EXCUSED DOCTOR   .30                 154.07 VACATION           80.00
HOURS BY PAY CODE          ABSENT         43.10     PHYSICAL INVEN 21.20                  48.00 TARDY               .10
HOURS BY PAY CODE          PERSONAL TIME   8.00     TRAINING        2.00                    .30 PLANT SHUTDOWN     8.00
HOURS BY PAY CODE          FAMILY MEDICAL 53.10     EARLY LEAVE >2  7.90                   6.00 EARLY LEAVE <=     1.00
-------------------------------------------------------------------------------------------------------------
** FINAL TOTALS
TOT HRS:  2312.57          WORKED         2165.94  NON-WORKED    40.00   PAID   1982.67   NON-PAID    300.80
HOURS BY PAY CODE          HOLIDAY PAY               REGULAR        OT0.5                180.80 ADJUST              $0.00
HOURS BY PAY CODE          EARLY LEAVE    11.00     EXCUSED DOCTOR   .30                 154.07 VACATION           80.00
HOURS BY PAY CODE          ABSENT         43.10     PHYSICAL INVEN 21.20                  48.00 TARDY               .10
HOURS BY PAY CODE          PERSONAL TIME   8.00     TRAINING        2.00                    .30 PLANT SHUTDOWN     8.00
HOURS BY PAY CODE          FAMILY MEDICAL 53.10     EARLY LEAVE >2  7.90                   6.00 EARLY LEAVE <=     1.00
```

# Exhibit D



# MasterBrand
Cabinets, Inc.

## ATTENDANCE POLICY
## EFFECTIVE JULY 18, 2005

## ASSOCIATE RECEIPT

I have received my personal copy of the MBCI Attendance Policy and my transition "hours to points" sheet. I understand that it is my responsibility to become familiar with the contents of this material and to ask for clarification on any policy.

I understand that neither this document, nor any other Company document, constitutes a contract or agreement of any kind. This handbook does not constitute a contract of employment, should not be construed as one and employment at MBCI is "at will." From time to time, employees may be informed orally or in writing of changes in Company rules, including additions and deletions. The Company reserves the right to change policies at any time with or without notice.

_____  _____
Associate signature                                                      Date
*Ronni [signature]*                                                        *7-15-05*

_____
Print Name
*Ronnie Biles*

# Exhibit E

I acknowledge that I have received a copy of MasterBrand Cabinets, Inc.'s employee handbook. The employee handbook contains comprehensive information about terms and conditions of my employment with MBCI. In particular, the employee handbook contains two sections entitled Standards of Business Conduct and Employment Policies and Procedures that have been brought to my attention. I have been advised to read these sections carefully and bring any questions I have about the content or meaning of the information contained in these sections to the attention of Human Resources. By signing this acknowledgement and receipt, I am hereby certifying that I have carefully read and understand the information contained in these tabs and that all questions or issues I may have had about this information have been answered to my satisfaction. I further acknowledge that if I have any questions or concerns in the future regarding these sections, I should raise these issues with Human Resources.

I understand that this handbook and the policies and procedures contained within it are not intended to create a contract of employment between MBCI and any of its employees. I understand that unless I am presented with a document entitled "Employment Agreement," I am an at-will employee of MBCI. Finally, I understand that MBCI, for business-related reasons, reserves the right to change policies and procedures described in this handbook and that such changes will be communicated to employees for insertion into the employee handbook.

With regard to the Standards of Business Conduct, I acknowledge that an effective compliance program requires active participation and involvement and that I have a duty to report activities which, in good faith, I believe are or may be potential violations of the Standards of Business Conduct. Any violation, failure to report a violation or retaliation against another employee for his/her actions in reporting a violation or potential violation will subject me to disciplinary action which may include the termination of my employment relationship with MBCI.

Dated: 10-26-_

Signature: [signature]

Printed Name: Ronnie G/6/05

# Exhibit F

# VACATION

Following is the vacation policy for SCC- AUBURN:

**Eligibility:**

1. **Base Year**
The vacation base year is the twelve- (12) month period from January 1st through December 31st.

2. **Vacation Time**
Associates must work 6 months in order to be eligible for vacation and will receive vacation time off with pay as set below:

| Employment | Vacation Time |
|---|---|
| 6 months -----1 year | 5 days |
| 1 year---------10 years | 10 days |
| 10 years and above | 15 days |

**Vacation Pay:**
A. The vacation rate of pay will be an associate's normal base rate.
B. Associates will need to ensure that vacation taken is indicated in their time records. Payment for vacation will be included in the next regular paycheck upon returning from vacation.
C. Associates with more than two (2) weeks of vacation may decide to use only two weeks. Unused vacation will be paid out the following January. For example, an associate with three (3) weeks of vacation uses one (1) week for a trip, one (1) week for a holiday shutdown in December, and decides not to use the other week. In this case, the third week would be paid out at the beginning of the next vacation base year.

**Scheduling:**
A break from the usual day-to-day routine is beneficial for all associates. Vacation must be used for scheduled plant shutdowns. Vacation days may also be used for periodic shutdowns due to business needs, such as one-day shutdowns due to material availability or lack of customer orders. Vacations taken other than at these times should be scheduled as far in advance as possible. If scheduled by February 28th, the associate with the most continuous service (plant seniority) will be given preference for the time off. If scheduled after this date, it will be a first-come, first-served basis, based upon business need and individual consideration. Each team leader will determine the maximum number of associates who may be on vacation from the department during the same week. Vacation may be taken in increments of half or full days.

**Policies and Definitions:**
A. For purposes of vacation, "continuous employment" is defined as employment with SCC uninterrupted by absence due to discharge (unless reinstated within thirty (30) days), voluntary severance of employment, or retirement.
B. Associates leaving employment will receive any unused vacation.

# MasterBrand Cabinets, Inc.

## Human Resources Memo

December 19, 2005

To: All MBCI – Auburn Associates

From: Perry Ezell, Manager – Human Resources

Re: Vacation Policy Revision (Effective 1/1/2006)

The purpose of this memo is to provide notice of a revision to our current vacation policy and administration for all MBCI – Auburn Hourly Non-Exempt Associates.

Effective January 1, 2006 the policy will be as follows:

During an associate's first year of employment vacation time is granted on a pro-rated basis as set forth below. An employee is eligible to take vacation time after three months of employment. All vacation time must be used in the same calendar year it is granted.

| Month Hired | Vacation Time |
| --- | --- |
| Jan – Feb | 40 hrs (5 Days) |
| Mar – Apr | 32 hrs (4 days) |
| May – Jun | 24 hrs (3 days) |
| Jul – Aug | 16 hrs (2 days) |
| Sep – Dec | N/A |

At the onset of the second (2nd) calendar year of employment vacation is granted as follows:

| Years of Employment (Calendar Yrs.) | Vacation Time |
| --- | --- |
| 2 – 6 | 80 hrs (10 Days) |
| 7 – 9 | 100 hrs (12.5 Days) |
| 10 + | 120 hrs (15 Days) |