# EXHIBIT 4

## VACATION

Following is the vacation policy for SCC- AUBURN:

**Eligibility:**

1. **Base Year**
   The vacation base year is the twelve- (12) month period from January 1st through December 31st.

2. **Vacation Time**
   Associates must work 6 months in order to be eligible for vacation and will receive vacation time off with pay as set below:

   | Employment | Vacation Time |
   |---|---|
   | 6 months -----1 year | 5 days |
   | 1 year---------10 years | 10 days |
   | 10 years and above | 15 days |

**Vacation Pay:**
A. The vacation rate of pay will be an associate's normal base rate.
B. Associates will need to ensure that vacation taken is indicated in their time records. Payment for vacation will be included in the next regular paycheck upon returning from vacation.
C. Associates with more than two (2) weeks of vacation may decide to use only two weeks. Unused vacation will be paid out the following January. For example, an associate with three (3) weeks of vacation uses one (1) week for a trip, one (1) week for a holiday shutdown in December, and decides not to use the other week. In this case, the third week would be paid out at the beginning of the next vacation base year.

**Scheduling:**
A break from the usual day-to-day routine is beneficial for all associates. Vacation must be used for scheduled plant shutdowns. Vacation days may also be used for periodic shutdowns due to business needs, such as one-day shutdowns due to material availability or lack of customer orders. Vacations taken other than at these times should be scheduled as far in advance as possible. If scheduled by February 28th, the associate with the most continuous service (plant seniority) will be given preference for the time off. If scheduled after this date, it will be a first-come, first-served basis, based upon business need and individual consideration. Each team leader will determine the maximum number of associates who may be on vacation from the department during the same week. Vacation may be taken in increments of half or full days.

**Policies and Definitions:**
A. For purposes of vacation, "continuous employment" is defined as employment with SCC uninterrupted by absence due to discharge (unless reinstated within thirty (30) days), voluntary severance of employment, or retirement.
B. Associates leaving employment will receive any unused vacation.



**Human Resources Memo**

December 19, 2005

To: All MBCI – Auburn Associates

From: Perry Ezell, Manager – Human Resources

Re: Vacation Policy Revision (Effective 1/1/2006)

The purpose of this memo is to provide notice of a revision to our current vacation policy and administration for all MBCI – Auburn Hourly Non-Exempt Associates.

Effective January 1, 2006 the policy will be as follows:

During an associate's first year of employment vacation time is granted on a pro-rated basis as set forth below. An employee is eligible to take vacation time after three months of employment. All vacation time must be used in the same calendar year it is granted.

| Month Hired | Vacation Time |
|---|---|
| Jan – Feb | 40 hrs (5 Days) |
| Mar – Apr | 32 hrs (4 days) |
| May – Jun | 24 hrs (3 days) |
| Jul – Aug | 16 hrs (2 days) |
| Sep – Dec | N/A |

At the onset of the second (2nd) calendar year of employment vacation is granted as follows:

| Years of Employment (Calendar Yrs.) | Vacation Time |
|---|---|
| 2 – 6 | 80 hrs (10 Days) |
| 7 – 9 | 100 hrs (12.5 Days) |
| 10 + | 120 hrs (15 Days) |

I acknowledge that I have received a copy of MasterBrand Cabinets, Inc.'s employee handbook. The employee handbook contains comprehensive information about terms and conditions of my employment with MBCI. In particular, the employee handbook contains two sections entitled Standards of Business Conduct and Employment Policies and Procedures that have been brought to my attention. I have been advised to read these sections carefully and bring any questions I have about the content or meaning of the information contained in these sections to the attention of Human Resources. By signing this acknowledgement and receipt, I am hereby certifying that I have carefully read and understand the information contained in these tabs and that all questions or issues I may have had about this information have been answered to my satisfaction. I further acknowledge that if I have any questions or concerns in the future regarding these sections, I should raise these issues with Human Resources.

I understand that this handbook and the policies and procedures contained within it are not intended to create a contract of employment between MBCI and any of its employees. I understand that unless I am presented with a document entitled "Employment Agreement," I am an at-will employee of MBCI. Finally, I understand that MBCI, for business-related reasons, reserves the right to change the policies and procedures described in this handbook and that such changes will be communicated to employees for insertion into the employee handbook.

With regard to the Standards of Business Conduct, I acknowledge that an effective compliance program requires active participation and involvement and that I have a duty to report activities which, in good faith, I believe are or may be potential violations of the Standards of Business Conduct. Any violation, failure to report a violation or retaliation against another employee for his/her action in reporting a violation or potential violation will subject me to disciplinary action which may include the termination of my employment relationship with MBCI.

Dated: 10-26-_

Signature: Ronnie Giles

Printed Name: Ronnie Giles