# EXHIBIT 5

# REQUEST FOR LEAVE OF ABSENCE

Name: **Ronnie Giles**  Shift: **1st**  Department: **WH**

Social Security #: _____  Date of Hire: **7-19-99**  Clock #: **106846**

Was the injury/illness work related? (circle one)   YES   (NO)

Reason for leave request: (Please check one)   Date of Request: **12-19-05**

- [x] Due to your own injury or illness (may be covered by FMLA)
- [ ] Due to medical condition of your spouse, parent, son, or daughter (may be covered by FMLA)
- [ ] Due to birth and/or care for a child, placement for adoption or foster care (may be covered by FMLA)
- [ ] Military Leave
- [ ] Funeral Leave
- [ ] Jury or Witness Duty
- [ ] Personal Leave of Absence

*FMLA papers given 12-21-05. Return within 15 days by 1-5-06.*

*Ronnie Giles* (signature)

Date requested leave to begin: **12-19-05**   Anticipated return date: **Jan 3, 2006**

Description (REQUIRED): In order to properly process your request, you need to provide a general description of the circumstances giving rise to your need – including an indication as to when you first realized you would need a leave of absence.

*On 12-15-05 when laying down in bed on Right Shoulder was to painful to lay on. Had sharp pains in shoulder on Friday 16th at work and more sharp pains in foot.*

Employee Signature: *Ronnie Giles*   Date: **12-19-05 / 12-21-05**

(APPROVED) circled   NOT APPROVED   Approval Date: **1-6-06**

Business Unit Manager   Human Resources Manager   General Manager
Date: _____   Date: **1-6-06**   Date: _____

Completion of this form only represents a request for a leave of absence. A leave is approved only if all three signatures appear above. This form does not absolve you of your responsibility for compliance with any attendance policy provision.

---

**For Human Resources Use Only**

Leave Starting Date: **12-19-05**   Last Date Worked: **12-16-05**   Return To Work Date: **1-3-06**

Paid Leave: (YES)  NO   Number Of Days Paid: _____

PTO/Vacation Deduction: **0**   STD Benefit Level: _____   Workers Comp Benefit Level: _____