# EXHIBIT 6

```
COUCHK                                                                                         CLK464
12/27/05 18:55                                                                              PAGE:   15
                        iSeries Attendance: Schrock - Auburn
                                    ATTENDANCE
                              TOTAL POINTS DETAIL
                            7/11/05 THRU 12/24/05

SUPERVISOR: JOL

EMPLOYEE                                                                        TOTAL
 NUMBER    EMPLOYEE NAME         DATE      CODE                       POINTS    POINTS

60846 Ronnie Giles            8/24/05    T1  TARDY - <=2HRS             .50       .50
                              9/01/05    AB  ABSENCE                   2.00      2.50
                              9/08/05    T1  TARDY - <=2HRS             .50      3.00
                             12/08/05    AB  ABSENCE                   2.00      5.00
```



```
COUCHK                    iSeries Attendance: Schrock - Auburn                        CLK464
12/27/05 18:55                         ATTENDANCE                                    PAGE:  16
                                   TOTAL POINTS DETAIL
                                  7/11/05 THRU 12/24/05
SUPERVISOR: JOL
EMPLOYEE                                                                    TOTAL
 NUMBER    EMPLOYEE NAME         DATE     CODE                   POINTS    POINTS
                                 12/16/05  L1  EARLY DEPARTURE - <=2HRS      .50    5.50
```

REDACTED

```
COUCHK                              iSeries Attendance: Schrock - Auburn                    CLK464
12/27/05 18:55                              ATTENDANCE                                      PAGE: 6
                                       TOTAL POINTS SUMMARY
                                      7/11/05 THRU 12/24/05
SUPERVISOR: JOL

EMPLOYEE                                                       TOTAL
NUMBER    EMPLOYEE NAME                     DATE               POINTS

60846     Ronnie Giles                      12/24/05           5.50
```

REDACTED

REDACTED