# EXHIBIT 7

```
COUCHK                                iSeries Timekeeper: Schrock - Auburn                            CLK100P
6/21/06  8:13                              PUNCH DETAIL HISTORY                                       PAGE:  1
                                          1/01/05 THRU 6/01/06
```

| DAY | DATE | ---ROUNDED--- IN | OUT | DAILY NOTES | ---ACTUAL--- IN | OUT | ---SCHEDULED--- IN | OUT | PAY CODE | HOURS | AP | LABOR LVLS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: | 60846 | Ronnie Giles | | | | PAY PERIOD RULE: | 11 | | HOURLY 1ST SHIFT | | | | |
| MON | 1/03/05 | | TRANS | | 0:00 | 0:00 | 0:00 | 0:00 | HO | 8.00 | 1 | 01.5436 | 8.00 |
| TUE | 1/04/05 | 5:00 | 12:00 | | 4:55 | 12:00 | 5:00 | 14:30 | | 7.00 | 1 | 01.5436 | 15.00 |
| TUE | 1/04/05 | 12:30 | 13:36 | | 12:18 | 13:41 | | | | 1.10 | 1 | 01.5436 | 16.10 |
| WED | 1/05/05 | 6:00 | 14:54 | E | 5:50 | 14:55 | 6:00 | 14:30 | | 8.40 | 1 | 01.5436 | 24.50 |
| THU | 1/06/05 | 6:00 | 14:30 | A | 5:54 | 14:30 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 32.50 |
| FRI | 1/07/05 | 6:00 | 16:00 | A | 5:56 | 16:00 | 6:00 | 14:30 | | 9.50 | 1 | 01.5436 | 42.00 |
| MON | 1/10/05 | | TRANS | L | 0:00 | 0:00 | 0:00 | 0:00 | VA | 4.00 | 1 | 01.5436 | 46.00 |
| MON | 1/10/05 | | TRANS | | | | | | EL | .30 | 1 | 01.5436 | 46.30 |
| TUE | 1/11/05 | 5:00 | 8:42 | E | 4:55 | 8:43 | 5:00 | 14:30 | | 3.70 | 1 | 01.5436 | 50.00 |
| TUE | 1/11/05 | 6:00 | 15:30 | L | 5:58 | 15:32 | 6:00 | 14:30 | | 9.00 | 1 | 01.5436 | 59.00 |
| WED | 1/12/05 | 6:00 | 12:00 | A | 5:45 | 12:00 | 6:00 | 14:30 | | 6.00 | 1 | 01.5436 | 65.00 |
| WED | 1/12/05 | 12:30 | 16:30 | M | 12:18 | 16:34 | 12:30 | 15:30 | | 4.00 | 1 | 01.5436 | 69.00 |
| THU | 1/13/05 | 6:00 | 15:30 | A | 5:54 | 15:30 | 6:00 | 14:30 | | 9.00 | 1 | 01.5436 | 78.00 |
| FRI | 1/14/05 | 6:00 | 14:30 | A | 5:56 | 14:33 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 86.00 |
| MON | 1/17/05 | 6:00 | 15:30 | L | 5:56 | 15:31 | 6:00 | 14:30 | | 9.00 | 1 | 01.5436 | 95.00 |
| TUE | 1/18/05 | 6:00 | 14:30 | A | 5:56 | 14:31 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 103.00 |
| WED | 1/19/05 | 6:00 | 17:00 | L | 5:56 | 17:00 | 6:00 | 14:30 | | 10.50 | 1 | 01.5436 | 113.50 |
| THU | 1/20/05 | | TRANS | | 0:00 | 0:00 | 0:00 | 0:00 | VA | 8.00 | 1 | 01.5436 | 121.50 |
| FRI | 1/21/05 | 6:00 | 16:00 | A | 5:53 | 16:03 | 6:00 | 14:30 | | 9.50 | 1 | 01.5436 | 131.00 |
| MON | 1/24/05 | 6:00 | 15:30 | L | 5:55 | 15:32 | 6:00 | 14:30 | | 9.00 | 1 | 01.5436 | 140.00 |
| TUE | 1/25/05 | 6:00 | 14:30 | A | 5:54 | 14:34 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 148.00 |
| WED | 1/26/05 | 6:00 | 14:00 | A | 5:57 | 14:03 | 6:00 | 14:30 | | 7.50 | 1 | 01.5436 | 155.50 |
| THU | 1/27/05 | 6:00 | 16:00 | E | 5:52 | 16:05 | 6:00 | 14:30 | | 9.50 | 1 | 01.5436 | 165.00 |
| FRI | 1/28/05 | 6:00 | 14:30 | A | 5:55 | 14:30 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 173.00 |
| SAT | 1/29/05 | 6:00 | 10:12 | U | 5:56 | 10:15 | | | | 4.20 | 1 | 01.5436 | 177.20 |
| MON | 1/31/05 | 6:00 | 14:30 | A | 5:56 | 14:31 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 185.20 |
| TUE | 2/01/05 | | TRANS | | 0:00 | 0:00 | 0:00 | 0:00 | EDR | .30 | 1 | 01.5436 | 185.50 |
| TUE | 2/01/05 | 6:00 | 14:12 | A | 5:57 | 14:16 | 6:00 | 14:30 | | 7.70 | 1 | 01.5436 | 193.20 |
| WED | 2/02/05 | 11:00 | 19:54 | E | 10:53 | 19:57 | 11:00 | 21:30 | | 8.40 | 1 | 01.5436 | 201.60 |
| THU | 2/03/05 | 5:00 | 14:30 | A | 4:49 | 14:36 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 210.60 |
| MON | 2/07/05 | 6:00 | 14:30 | A | 5:52 | 14:34 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 218.60 |
| TUE | 2/08/05 | | TRANS | | 0:00 | 0:00 | 0:00 | 0:00 | EL | 2.50 | 1 | 01.5436 | 221.10 |
| TUE | 2/08/05 | 6:00 | 12:00 | A | 5:57 | 12:04 | 6:00 | 14:30 | | 5.50 | 1 | 01.5436 | 226.60 |
| WED | 2/09/05 | 6:00 | 13:30 | A | 5:56 | 13:30 | 6:00 | 14:30 | | 7.00 | 1 | 01.5436 | 233.60 |
| WED | 2/09/05 | 18:06 | 19:30 | U | 18:01 | 19:33 | | | | 1.40 | 1 | 01.5436 | 235.00 |
| THU | 2/10/05 | 6:00 | 14:30 | A | 5:48 | 14:30 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 243.00 |
| THU | 2/10/05 | 18:06 | 20:24 | U | 18:01 | 20:24 | | | | 2.30 | 1 | 01.5436 | 245.30 |
| FRI | 2/11/05 | 6:00 | 14:30 | A | 5:54 | 14:30 | 6:00 | 14:30 | | 8.00 | 1 | 01.5436 | 253.30 |
| MON | 2/14/05 | 5:00 | 14:54 | L | 4:54 | 14:54 | 5:00 | 14:30 | | 10.00 | 1 | 01.5436 | 263.30 |
| TUE | 2/15/05 | 5:00 | 15:30 | L | 4:56 | 15:31 | 5:00 | 14:30 | | 10.00 | 1 | 01.5436 | 273.30 |
| WED | 2/16/05 | | TRANS | | 0:00 | 0:00 | 0:00 | 0:00 | VA | 4.00 | 1 | 01.5436 | 277.30 |
| WED | 2/16/05 | 5:00 | 9:00 | E | 4:55 | 9:04 | 5:00 | 14:30 | | 4.00 | 1 | 01.5436 | 281.30 |
| THU | 2/17/05 | 13:30 | 16:30 | L | 13:28 | 16:30 | 5:00 | 14:30 | | 3.00 | 1 | 01.5436 | 284.30 |
| FRI | 2/18/05 | 5:00 | 14:30 | A | 4:56 | 14:32 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 293.30 |
| MON | 2/21/05 | 5:00 | 15:30 | E | 4:58 | 15:30 | 5:00 | 14:30 | | 10.00 | 1 | 01.5436 | 303.30 |
| TUE | 2/22/05 | 5:00 | 14:00 | A | 4:56 | 14:02 | 5:00 | 14:30 | | 8.50 | 1 | 01.5436 | 311.80 |
| WED | 2/23/05 | 5:00 | 11:48 | E | 4:55 | 11:49 | 5:00 | 14:30 | | 6.30 | 1 | 01.5436 | 318.10 |
| THU | 2/24/05 | 5:00 | 15:30 | L | 4:56 | 15:30 | 5:00 | 14:30 | | 10.00 | 1 | 01.5436 | 328.10 |
| FRI | 2/25/05 | 5:00 | 15:30 | | 4:55 | 15:30 | 5:00 | 14:30 | | 10.00 | 1 | 01.5436 | 338.10 |
| FRI | 2/25/05 | | TRANS | C | 0:00 | 0:00 | 0:00 | 0:00 | VA | 4.00 | 0 | 01.5436 | 342.10 |
| SUPERVISOR FORGOT TO ENTER VACATION |
| FRI | 2/25/05 | 5:00 | 11:00 | E | 4:55 | 11:01 | 5:00 | 14:30 | | 5.50 | 1 | 01.5436 | 347.60 |

```
COUCHK                              iSeries Timekeeper: Schrock - Auburn                         CLK100P
6/21/06  8:13                          PUNCH DETAIL HISTORY                                      PAGE:  2
                                       1/01/05 THRU 6/01/06

                  ---ROUNDED----              ---ACTUAL---    --SCHEDULED--    PAY                              TOTAL
DAY  DATE          IN      OUT    DAILY NOTES   IN     OUT      IN      OUT    CODE  HOURS  AP  LABOR LVLS     HOURS
SAT  2/26/05      5:00    12:06    11    A    4:55   12:10    0:00              VA    6.60   1  01.5436        354.20
MON  2/28/05              TRANS  U 11         0:00    0:00    5:00   14:30            4.00   1  01.5436        358.20
TUE  3/01/05      5:00    13:42    11    A    4:55   13:42    5:00   14:30            8.50   1  01.5436        366.40
WED  3/02/05      5:00    14:00    11    A    4:55   14:04    5:00   14:30            8.00   1  01.5436        374.90
THU  3/03/05      5:00    13:30    11    A    4:57   13:35    5:00   14:30            8.00   1  01.5436        382.90
FRI  3/04/05      5:00    14:00    11    A    4:55   13:30    5:00   14:30            8.00   1  01.5436        390.90
MON  3/07/05      5:00    13:48    11    A    4:53   13:49    5:00   14:30            8.30   1  01.5436        399.40
TUE  3/08/05      5:00    13:30    11    A    4:55   13:30    5:00   14:30            8.00   1  01.5436        407.70
WED  3/09/05      5:00    13:30    11    A    4:55   13:35    5:00   14:30            8.00   1  01.5436        415.70
THU  3/10/05      5:00    13:30    11    A    4:54   13:30    5:00   14:30            8.00   1  01.5436        423.70
FRI  3/11/05      5:00    12:00    11    A    4:58   12:00    5:00   14:30            6.50   1  01.5436        431.70
MON  3/14/05              TRANS     11         0:00    0:00    0:00   14:30    EL     1.50   1  01.5436        438.20
TUE  3/15/05      5:00    14:00  E  11    A    4:53   14:00    5:00   14:30            8.50   1  01.5436        439.70
WED  3/15/05                        11         0:00    0:00    5:00   14:30    VA     4.00   1  01.5436        448.20
WED  3/16/05      5:00     9:30    11    A    4:55    9:32    5:00   14:30            4.50   1  01.5436        452.20
THU  3/17/05      5:00    15:06  L  11    A    4:54   15:11    5:00   14:30            9.60   1  01.5436        456.70
FRI  3/18/05      5:00    14:30    11    A    4:54   14:30    5:00   14:30            9.00   1  01.5436        466.30
SAT  3/19/05                        11         0:00    0:00    0:00                    5.30   1  01.5436        475.30
MON  3/21/05      5:00     9:12  E  11    A    4:51    9:17    5:00   14:30            3.80   1  01.5436        479.10
TUE  3/22/05      5:00    14:30    11    A    4:53   14:30    5:00   14:30            4.20   1  01.5436        483.30
WED  3/22/05      5:00    15:00  L  11    A    4:55   15:00    5:00   14:30    EL     9.50   1  01.5436        492.30
WED  3/23/05                        11         0:00    0:00    0:00                    4.00   1  01.5436        501.80
THU  3/23/05      5:00     9:00  E  11    A    4:56    9:02    5:00   14:30    VA     5.80   1  01.5436        505.80
THU  3/24/05      5:00    14:30    11    A    4:53   14:36    0:00                    9.00   1  01.5436        509.80
FRI  3/25/05              TRANS     11         0:00    0:00    0:00    0:00    HONP   8.10   1  01.5436        518.80
MON  3/28/05              TRANS     11         0:00    0:00    5:00   14:30    TA     8.80   1  01.5436        526.80
MON  3/28/05              TRANS     11         0:00    0:00    5:00   14:30    AB     7.10   1  01.5436        534.00
TUE  3/28/05      5:06     7:00  L  11    A    5:01    7:00    5:00   14:30            1.90   1  01.5436        535.90
TUE  3/29/05      5:00    14:30    11    A    4:55   14:35    5:00   14:30            9.00   1  01.5436        544.90
WED  3/30/05      5:00    14:30    11    A    4:54   14:30    5:00   14:30            9.00   1  01.5436        553.90
THU  3/31/05      5:00    14:42    11    A    4:54   14:46    5:00   14:30            9.20   1  01.5436        563.10
FRI  4/01/05      5:00    14:42    11  Y  A    4:51   14:47    5:00   14:30            9.50   1  01.5436        572.30
SAT  4/02/05      5:00    13:30    11    A    4:48   13:30    5:00   14:30            8.50   1  01.5436        580.80
MON  4/04/05      5:00    15:00    11    A    4:52   15:00    5:00   14:30            9.50   1  01.5436        590.30
TUE  4/05/05      5:00    13:30    11    A    4:53   13:30    5:00   14:30            8.00   1  01.5436        598.30
WED  4/06/05      5:00    14:30    11    A    4:55   14:30    5:00   14:30            9.00   1  01.5436        607.30
THU  4/07/05      5:00    14:24    11    A    4:54   14:32    5:00   14:30            9.00   1  01.5436        616.30
FRI  4/08/05      5:00    14:30  E  11    A    4:54   14:27    5:00   14:30            8.90   1  01.5436        625.20
MON  4/11/05      5:00    14:48  L  11    A    4:54   14:48    5:00   14:30            9.30   1  01.5436        634.50
TUE  4/12/05      5:00    15:12    11    A    4:55   15:15    5:00   14:30            9.70   1  01.5436        644.20
WED  4/13/05      5:00    14:30    11    A    4:54   14:32    5:00   14:30            9.00   1  01.5436        653.20
THU  4/14/05      5:00    14:30  E  11    A    4:54   14:38    5:00   14:30            8.50   1  01.5436        662.20
FRI  4/15/05      5:00    14:00    11    A    4:53   14:03    5:00   14:30            9.00   1  01.5436        670.70
SAT  4/16/05      5:00    14:30    11    A    4:49   13:30    5:00   14:30            8.50   1  01.5436        678.20
MON  4/18/05      5:00    14:30    11    A    4:56   13:30    5:00   14:30            7.50   1  01.5436        686.20
TUE  4/19/05      6:00    13:00  L  11    A    5:55   14:31    5:00   14:30            8.00   1  01.5436        694.20
WED  4/20/05      5:00    13:00    11    A    4:56   13:01    5:00   14:30            7.50   1  01.5436        701.70
THU  4/21/05              TRANS     11         0:00    0:00    5:00   14:30    VA     4.00   1  01.5436        709.20
FRI  4/22/05      5:00     9:00  E  11    A    4:55    9:05    5:00   14:30            4.00   1  01.5436        713.20
FRI  4/25/05      5:00    14:48    11    A    4:55   14:50    5:00   14:30            9.30   1  01.5436        717.20
MON  4/26/05      5:00    14:30  L  11    A    4:52   14:31    5:00   14:30            9.00   1  01.5436        726.50
TUE                                                                                                              735.50
```

```
COUCHK                                iSeries Timekeeper: Schrock - Auburn                                    CLK100P
6/21/06  8:13                         PUNCH DETAIL HISTORY                                                    PAGE:  3
                                      1/01/05 THRU 6/01/06

                ----ROUNDED----              ---ACTUAL---  --SCHEDULED--  PAY                                  TOTAL
DAY  DATE       IN      OUT       DAILY NOTES   IN    OUT     IN    OUT  CODE  HOURS  AP  LABOR LVLS           HOURS
---  --------   ------  ------  - ----- -----   ----- -----  ----- -----  ----  -----  --  -----------         ------
WED  4/27/05    5:00    14:00   E   11    A    4:55  14:04  5:00  14:30         8.50   1  01.5436             744.00
THU  4/28/05    5:00    14:18   E   11    A    4:56  14:18  5:00  14:30         8.80   1  01.5436             752.80
FRI  4/29/05    5:00    14:48   L   11    A    4:55  14:49  5:00  14:30         9.30   1  01.5436             762.10
MON  5/02/05    5:00    13:30   E   11    A    4:55  13:32  5:00  14:30         8.00   1  01.5436             770.10
TUE  5/03/05    5:00    14:30       11    A    4:55  14:30  5:00  14:30         9.00   1  01.5436             779.10
WED  5/04/05    5:00    14:30       11    A    4:51  14:41  5:00  14:30         9.00   1  01.5436             788.10
THU  5/05/05    5:00    14:30       11    A    4:55  14:34  5:00  14:30         9.00   1  01.5436             797.10
FRI  5/06/05    5:00    14:30       11    A    4:54  14:31  5:00  14:30         9.00   1  01.5436             806.10
MON  5/09/05    5:00    14:30       11    A    4:51  14:33  5:00  14:30         9.00   1  01.5436             815.10
TUE  5/10/05    5:00    14:48   L   11    A    4:53  14:52  5:00  14:30         9.30   1  01.5436             824.10
WED  5/11/05    5:00    14:12       11    A    4:52  14:14  5:00  14:30         8.70   1  01.5436             833.40
THU  5/12/05    5:00    13:30       11    A    4:54  13:30  5:00  14:30         8.00   1  01.5436             842.10
FRI  5/13/05    5:00    13:00       11    A    4:52  13:05  5:00  14:30         7.50   1  01.5436             850.10
SAT  5/14/05    5:00    14:06       11    A    4:54  14:07  5:00  14:30         8.60   1  01.5436             857.60
MON  5/16/05    5:00    14:30       11    A    4:55  14:33  5:00  14:30         9.00   1  01.5436             866.20
TUE  5/17/05    5:00    13:30       11    A    4:57  13:34  5:00  14:30         8.00   1  01.5436             875.20
WED  5/18/05    5:00    13:30       11    A    4:52  13:31  5:00  14:30         8.00   1  01.5436             883.20
THU  5/19/05    5:00    TRANS       11         0:00   0:00  0:00   0:00  EL     2.90   1  01.5436             891.20
FRI  5/20/05    5:00    10:06   E   11    A    4:54  10:06  5:00  14:30         5.10   1  01.5436             894.10
MON  5/23/05    5:00    13:48   E   11    A    4:51  13:51  5:00  14:30         8.30   1  01.5436             899.20
TUE  5/24/05    5:00    14:54   L   11    A    4:54  14:54  5:00  14:30         9.40   1  01.5436             907.50
WED  5/25/05    5:00    13:30       11    A    4:53  13:30  5:00  14:30         8.00   1  01.5436             916.90
THU  5/26/05    5:00    14:00   E   11    A    4:55  14:00  5:00  14:30         8.50   1  01.5436             924.90
FRI  5/27/05    5:00    13:18       11    A    4:55  13:21  5:00  14:30         7.80   1  01.5436             933.40
MON  5/30/05            TRANS       11         0:00   0:00  0:00   0:00  HO     8.00   1  01.5436             941.20
TUE  5/31/05    5:00    14:30       11    A    4:53  14:31  5:00  14:30         9.00   1  01.5436             949.20
WED  6/01/05    5:00    14:30       11    A    4:57  14:37  5:00  14:30         8.00   1  01.5436             958.20
THU  6/02/05    5:00    13:48       11    A    4:53  13:50  5:00  14:30         8.30   1  01.5436             967.20
FRI  6/03/05    5:00    14:18       11    A    4:53  14:19  5:00  14:30         8.80   1  01.5436             975.50
MON  6/06/05    5:00    13:42       11    A    4:53  13:43  5:00  14:30         8.20   1  01.5436             984.30
TUE  6/07/05    5:00    13:30       11    A    4:55  13:32  5:00  14:30         8.00   1  01.5436             992.50
WED  6/08/05    5:00    14:00       11    A    4:55  13:30  5:00  14:30         8.50   1  01.5436            1000.50
THU  6/09/05    5:00    13:30       11    A    4:56  13:30  5:00  14:30         8.00   1  01.5436            1008.50
FRI  6/10/05    5:00    13:30       11    A    4:53  13:33  5:00  14:30         8.00   1  01.5436            1016.50
MON  6/13/05    5:00    13:30       11    A    4:57  13:30  5:00  14:30         8.00   1  01.5436            1024.50
TUE  6/14/05    5:00    13:30       11    A    4:55  13:31  5:00  14:30         8.00   1  01.5436            1032.50
WED  6/15/05    5:00    13:30       11    A    4:57  13:34  5:00  14:30         8.00   1  01.5436            1040.50
THU  6/16/05    5:00    13:30       11    A    4:51  13:30  5:00  14:30         8.00   1  01.5436            1048.50
FRI  6/17/05    5:00    13:30       11    A    4:56  13:43  5:00  14:30         8.00   1  01.5436            1056.50
MON  6/20/05    5:00    13:42       11    A    4:52  13:32  5:00  14:30         8.20   1  01.5436            1064.50
TUE  6/21/05    5:00    13:30       11    A    4:58  13:30  5:00  14:30         8.00   1  01.5436            1072.70
WED  6/22/05    5:00    13:30       11    A    4:57  13:33  5:00  14:30         8.00   1  01.5436            1080.70
THU  6/23/05    5:00    13:30       11    A    4:55  13:30  5:00  14:30         8.00   1  01.5436            1088.70
FRI  6/24/05    5:00    13:30       11    A    4:53  13:30  5:00  14:30         8.00   1  01.5436            1096.70
MON  6/27/05    5:00    13:30       11    A    4:55  13:32  5:00  14:30         8.00   1  01.5436            1104.70
TUE  6/28/05    5:00    13:30       11    A    4:54  13:35  5:00  14:30         8.00   1  01.5436            1112.70
WED  6/29/05    5:00    13:30       11    A    4:55  13:33  5:00  14:30         8.00   1  01.5436            1120.70
THU  6/30/05    5:00    13:30       11    A    4:57  13:30  5:00  14:30         8.00   1  01.5436            1128.70
FRI  7/01/05            TRANS       11         0:00   0:00  0:00   0:00  HO     8.00   1  01.5436            1136.70
MON  7/04/05            TRANS       11         0:00   0:00  0:00   0:00  HO     8.00   1  01.5436            1144.70
TUE  7/05/05    5:00    13:30   E   11    A    4:54  13:33  5:00  14:30         8.00   1  01.5436            1152.70
WED  7/06/05    5:00    13:30   E   11    A    4:56  13:34  5:00  14:30         8.00   1  01.5436            1160.70
                                                                                                             1168.70
```

```
COUCHK                          iSeries Timekeeper: Schrock - Auburn                              CLK100P
6/21/06  8:13                       PUNCH DETAIL HISTORY                                          PAGE:  4
                                    1/01/05 THRU 6/01/06
```

| DAY | DATE | ROUNDED IN | OUT | DAILY | NOTES | ACTUAL IN | OUT | SCHEDULED IN | OUT | PAY CODE | HOURS | AP | LABOR LVLS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THU | 7/07/05 | 5:00 | 13:30 | E 11 |   | 4:56 | 13:30 | 5:00 | 14:30 |      | 8.00 | 1 | 01.5436 | 1176.70 |
| FRI | 7/08/05 | 5:00 | 13:30 | E 11 | A | 4:56 | 13:33 | 5:00 | 14:30 |      | 8.00 | 1 | 01.5436 | 1184.70 |
| MON | 7/11/05 | 5:00 | 13:30 | E 11 | A | 4:53 | 13:33 | 5:00 | 14:30 |      | 8.00 | 1 | 01.5436 | 1192.70 |
| TUE | 7/12/05 | 5:00 | 13:30 | E 11 | A | 4:54 | 13:30 | 5:00 | 14:30 |      | 8.00 | 1 | 01.5436 | 1200.70 |
| WED | 7/13/05 | 5:00 | 13:30 | E 11 | A | 4:55 | 13:30 | 5:00 | 14:30 |      | 8.00 | 1 | 01.5436 | 1208.70 |
| THU | 7/14/05 | 5:00 | 14:00 |   11 | A | 4:51 | 14:00 | 5:00 | 14:30 |      | 8.50 | 1 | 01.5436 | 1217.20 |
| FRI | 7/15/05 | 5:00 | 13:48 |   11 | A | 4:57 | 13:51 | 5:00 | 14:30 |      | 8.50 | 1 | 01.5436 | 1225.50 |
| MON | 7/18/05 | 5:00 | 14:00 |   11 | A | 4:55 | 14:05 | 5:00 | 14:30 |      | 8.30 | 1 | 01.5436 | 1234.00 |
| TUE | 7/19/05 | 5:00 | 15:24 |   11 | A | 4:55 | 15:27 | 5:00 | 13:30 |      | 9.90 | 1 | 01.5436 | 1243.90 |
| WED | 7/20/05 | 5:00 | 13:30 |   11 | A | 4:56 | 13:30 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1251.90 |
| THU | 7/21/05 | 5:00 | 12:30 |   11 | A | 4:56 | 12:30 | 5:00 | 13:30 |      | 7.00 | 1 | 01.5436 | 1258.90 |
| FRI | 7/22/05 |      | TRANS |   11 |   | 12:30 | 14:12 | 0:00 |      | PI   | 1.70 | 1 | 01.5436 | 1260.60 |
| MON | 7/25/05 |      | TRANS |   11 |   | 5:53 | 12:36 | 0:00 |      | PI   | 6.20 | 1 | 01.5436 | 1266.80 |
| TUE | 7/26/05 |      | TRANS |   11 |   | 0:00 | 0:00 | 5:00 | 13:30 | VA   | 8.00 | 1 | 01.5436 | 1274.80 |
| WED | 7/27/05 |      | TRANS |   11 |   | 0:00 | 0:00 | 5:00 | 13:30 | VA   | 8.00 | 1 | 01.5436 | 1282.80 |
| THU | 7/28/05 |      | TRANS |   11 |   | 0:00 | 0:00 | 0:00 |      | VA   | 8.00 | 1 | 01.5436 | 1290.80 |
| FRI | 7/29/05 |      | TRANS |   11 |   | 0:00 | 0:00 | 0:00 |      | VA   | 8.00 | 1 | 01.5436 | 1298.80 |
| MON | 8/01/05 | 5:00 | 13:30 |   11 | A | 4:51 | 13:30 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1306.80 |
| TUE | 8/02/05 | 5:00 | 13:48 |   11 | A | 4:53 | 13:53 | 5:00 | 13:30 |      | 8.30 | 1 | 01.5436 | 1314.80 |
| WED | 8/03/05 | 5:00 | 13:30 |   11 | A | 4:56 | 13:32 | 5:00 | 13:30 |      | 8.30 | 1 | 01.5436 | 1323.10 |
| THU | 8/04/05 | 5:00 | 13:30 | L 11 | A | 4:56 | 13:32 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1331.10 |
| FRI | 8/05/05 | 5:00 | 13:30 |   11 | A | 4:55 | 13:43 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1339.10 |
| MON | 8/08/05 | 5:00 | 13:30 |   11 | A | 4:54 | 13:35 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1347.10 |
| TUE | 8/09/05 |      | TRANS |   11 |   | 0:00 | 0:00 | 0:00 |      | VA   | 8.00 | 1 | 01.5436 | 1355.10 |
| WED | 8/10/05 |      | 9:00  | L 11 |   | 4:51 | 9:00 | 5:00 | 9:00 |       | 4.00 | 1 | 01.5436 | 1363.10 |
| THU | 8/11/05 | 5:00 | 13:48 |   11 | A | 4:55 | 13:49 | 5:00 | 13:30 |      | 8.30 | 1 | 01.5436 | 1371.10 |
| FRI | 8/12/05 | 5:00 | 13:30 |   11 | A | 4:57 | 13:30 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1379.40 |
| MON | 8/15/05 | 5:00 | 13:54 | L 11 | A | 4:56 | 13:55 | 5:00 | 13:30 |      | 8.40 | 1 | 01.5436 | 1387.40 |
| TUE | 8/16/05 | 5:00 | 13:30 |   11 | A | 4:46 | 13:32 | 5:00 | 13:30 |      | 8.70 | 1 | 01.5436 | 1395.80 |
| WED | 8/17/05 | 5:00 | 14:12 | L 11 | A | 4:54 | 14:17 | 5:00 | 13:30 |      | 8.70 | 1 | 01.5436 | 1403.80 |
| THU | 8/18/05 | 5:00 | 13:30 | L 11 | A | 4:48 | 13:30 | 5:00 | 13:30 |      | 8.70 | 1 | 01.5436 | 1412.50 |
| FRI | 8/19/05 | 5:00 | 13:42 | L 11 | A | 4:54 | 13:42 | 5:00 | 13:30 |      | 8.20 | 1 | 01.5436 | 1420.50 |
| MON | 8/22/05 | 5:00 | 13:30 |   11 | A | 4:53 | 13:32 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1428.70 |
| TUE | 8/23/05 | 5:00 | 15:54 | L 11 | A | 4:56 | 15:57 | 5:00 | 13:30 |      | 10.40 | 1 | 01.5436 | 1436.70 |
| WED | 8/24/05 |      | 9:00  |   11 |   | 0:00 | 9:00 | 0:00 | 9:00 |       | 10.20 | 1 | 01.5436 | 1447.10 |
| THU | 8/25/05 | 5:12 | 15:42 |   11 | A | 5:10 | 15:46 | 5:00 | 13:30 |      | 10.20 | 1 | 01.5436 | 1447.30 |
| FRI | 8/26/05 | 5:00 | 16:18 |   11 | A | 4:54 | 16:18 | 5:00 | 13:30 |      | 10.80 | 1 | 01.5436 | 1457.30 |
| MON | 8/29/05 | 5:00 | 17:24 |   11 | A | 4:47 | 17:25 | 5:00 | 13:30 | T1   | 11.90 | 1 | 01.5436 | 1468.10 |
| TUE | 8/30/05 | 5:00 | 15:00 |   11 | A | 4:53 | 15:00 | 5:00 | 13:30 |      | 9.50 | 1 | 01.5436 | 1480.00 |
| WED | 8/31/05 | 5:00 | 14:42 |   11 | A | 4:55 | 14:43 | 5:00 | 13:30 |      | 9.20 | 1 | 01.5436 | 1489.50 |
| THU | 9/01/05 | 5:00 | 13:30 |   11 | A | 4:54 | 13:31 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1498.70 |
| FRI | 9/02/05 |      | TRANS |   11 |   | 0:00 | 0:00 | 0:00 |      | AB   | 8.00 | 0 | 01.5436 | 1506.70 |
| MON | 9/05/05 |      | TRANS |   11 |   | 0:00 | 0:00 | 0:00 |      | PS   | 8.00 | 1 | 01.5436 | 1514.70 |
| TUE | 9/06/05 | 5:00 | 14:12 |   11 | A | 4:48 | 14:14 | 5:00 | 13:30 | HONP | 8.70 | 1 | 01.5436 | 1522.70 |
| WED | 9/07/05 | 5:00 | 13:30 |   11 | A | 4:54 | 13:36 | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1530.70 |
| THU | 9/08/05 |      | TRANS |   11 |   |      |      | 5:00 | 13:30 |      | 8.00 | 1 | 01.5436 | 1539.40 |
| FRI | 9/09/05 | 5:06 | 15:00 | L 11 | A | 5:02 | 15:00 | 5:00 | 13:30 | T1   | 9.40 | 1 | 01.5436 | 1547.40 |
| MON | 9/12/05 | 5:00 | 14:00 | L 11 | A | 4:54 | 14:00 | 5:00 | 13:30 |      | 8.50 | 1 | 01.5436 | 1556.80 |
| TUE | 9/13/05 | 5:00 | 13:54 | L 11 | A | 4:55 | 13:55 | 5:00 | 13:30 |      | 8.40 | 1 | 01.5436 | 1565.30 |
|     |         | 5:00 | 15:30 |   11 | A | 4:52 | 15:31 | 5:00 | 13:30 |      | 10.00 | 1 | 01.5436 | 1573.70 |
|     |         |      |       |      |   |      |      |      |      |       |       |   |         | 1583.70 |

```
COUCHK                               iSeries Timekeeper: Schrock - Auburn                          CLK100P
6/21/06  8:13                        PUNCH DETAIL HISTORY                                          PAGE:  5
                                     1/01/05 THRU  6/01/06
```

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | HOURS | AP | LABOR LVLS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WED | 9/14/05 | 5:00 | 15:30 | L | 11 A | 4:55 | 15:30 | 5:00 | 13:30 | | 10.00 | 1 | 01.5436 | 1593.70 |
| THU | 9/15/05 | 5:00 | 16:00 | L | 11 A | 4:55 | 16:00 | 5:00 | 13:30 | | 10.50 | 1 | 01.5436 | 1604.20 |
| FRI | 9/16/05 | 4:42 | 13:30 | L | 11 A | 4:40 | 13:31 | 5:00 | 13:30 | | 8.30 | 1 | 01.5436 | 1612.50 |
| MON | 9/19/05 | 5:00 | 14:00 | L | 11 A | 4:53 | 14:00 | 5:00 | 13:30 | | 8.80 | 1 | 01.5436 | 1621.00 |
| TUE | 9/20/05 | 5:00 | 14:18 | L | 11 A | 5:00 | 14:18 | 5:00 | 13:30 | | 8.80 | 1 | 01.5436 | 1629.80 |
| WED | 9/21/05 | 5:00 | 15:00 | L | 11 A | 5:00 | 15:00 | 5:00 | 13:30 | | 9.50 | 1 | 01.5436 | 1639.30 |
| THU | 9/22/05 | | TRANS | | 11 | 0:00 | 0:00 | 0:00 | 11:00 | PT | 2.00 | 1 | 01.5436 | 1641.30 |
| FRI | 9/23/05 | 5:00 | 11:00 | L | 11 Y | 4:53 | 11:04 | 5:00 | 13:30 | | 6.00 | 1 | 01.5436 | 1647.30 |
| MON | 9/26/05 | 5:00 | 15:30 | L | 11 A | 4:52 | 15:30 | 5:00 | 13:30 | | 10.00 | 1 | 01.5436 | 1657.30 |
| TUE | 9/27/05 | 5:00 | 13:30 | L | 11 A | 4:52 | 13:32 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1665.30 |
| WED | 9/28/05 | 5:00 | 13:30 | | 11 A | 4:47 | 13:31 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1673.30 |
| THU | 9/29/05 | 5:00 | 14:00 | L | 11 A | 4:49 | 14:00 | 5:00 | 13:30 | | 8.50 | 1 | 01.5436 | 1681.80 |
| FRI | 9/30/05 | 5:00 | 13:30 | L | 11 A | 4:54 | 13:33 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1689.80 |
| MON | 10/03/05 | 5:00 | 14:12 | L | 11 A | 4:53 | 14:14 | 5:00 | 13:30 | | 8.70 | 1 | 01.5436 | 1698.50 |
| TUE | 10/04/05 | 5:00 | 13:30 | L | 11 A | 4:55 | 13:34 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1706.50 |
| WED | 10/05/05 | 5:00 | 14:30 | L | 11 A | 4:53 | 14:35 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1715.50 |
| THU | 10/06/05 | 5:00 | 13:54 | L | 11 A | 4:47 | 13:55 | 5:00 | 13:30 | | 8.40 | 1 | 01.5436 | 1723.90 |
| FRI | 10/07/05 | 5:00 | 13:42 | L | 11 A | 4:51 | 13:42 | 5:00 | 13:30 | | 8.20 | 1 | 01.5436 | 1732.10 |
| MON | 10/10/05 | 5:00 | 14:24 | L | 11 A | 4:46 | 14:24 | 5:00 | 13:30 | | 8.90 | 1 | 01.5436 | 1741.00 |
| TUE | 10/11/05 | 5:00 | 15:48 | L | 11 A | 4:49 | 15:50 | 5:00 | 13:30 | | 10.30 | 1 | 01.5436 | 1751.30 |
| WED | 10/12/05 | 5:00 | 15:00 | L | 11 A | 4:53 | 15:00 | 5:00 | 13:30 | | 9.50 | 1 | 01.5436 | 1760.80 |
| THU | 10/13/05 | 5:00 | 14:48 | L | 11 A | 4:48 | 14:53 | 5:00 | 13:30 | | 9.50 | 1 | 01.5436 | 1770.30 |
| FRI | 10/14/05 | 5:00 | 14:30 | L | 11 A | 4:51 | 14:31 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1779.30 |
| MON | 10/17/05 | 5:00 | 14:48 | L | 11 A | 4:52 | 14:48 | 5:00 | 13:30 | | 9.30 | 1 | 01.5436 | 1788.60 |
| TUE | 10/18/05 | 5:00 | 14:30 | L | 11 A | 4:46 | 14:30 | 5:00 | 13:30 | | 9.30 | 1 | 01.5436 | 1797.90 |
| WED | 10/19/05 | 5:00 | TRANS | | 11 A | 5:00 | 14:54 | 5:00 | 13:30 | *MULT | 9.00 | 1 | 01.5436 | 1806.90 |
| THU | 10/20/05 | | TRANS | | 11 | 5:00 | 15:10 | 5:00 | 13:30 | *MULT | 9.40 | 1 | 01.5436 | 1816.30 |
| FRI | 10/21/05 | | TRANS | | 11 | 6:00 | 11:23 | 5:00 | 13:30 | PI | 10.17 | 1 | 01.5436 | 1826.47 |
| MON | 10/24/05 | 5:00 | 14:30 | L | 11 A | 4:52 | 14:34 | 5:00 | 13:30 | | 5.30 | 1 | 01.5436 | 1831.77 |
| TUE | 10/25/05 | 5:00 | 14:30 | | 11 A | 4:51 | 14:34 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1840.77 |
| WED | 10/26/05 | 5:00 | 13:30 | L | 11 A | 4:47 | 13:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1849.77 |
| THU | 10/27/05 | 5:00 | 13:42 | | 11 A | 4:50 | 13:43 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1857.77 |
| FRI | 10/28/05 | 5:00 | 13:36 | L | 11 A | 4:49 | 13:41 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1865.77 |
| MON | 10/31/05 | 5:00 | 13:30 | L | 11 A | 4:47 | 13:35 | 5:00 | 13:30 | | 8.20 | 1 | 01.5436 | 1873.97 |
| TUE | 11/01/05 | 5:00 | 13:30 | L | 11 A | 4:52 | 13:36 | 5:00 | 13:30 | | 8.10 | 1 | 01.5436 | 1882.07 |
| WED | 11/02/05 | 5:00 | 13:30 | | 11 A | 4:51 | 13:30 | 5:00 | 13:30 | | 8.00 | 1 | 01.5436 | 1890.07 |
| THU | 11/03/05 | 5:00 | 14:00 | L | 11 A | 4:51 | 14:05 | 5:00 | 13:30 | | 8.50 | 1 | 01.5436 | 1898.57 |
| FRI | 11/04/05 | | TRANS | | 11 | 0:00 | 0:00 | 0:00 | 9:00 | PT | 4.00 | 1 | 01.5436 | 1906.57 |
| MON | 11/07/05 | 5:00 | 9:24 | L | 11 A | 4:53 | 9:25 | 5:00 | 13:30 | | 4.40 | 1 | 01.5436 | 1910.57 |
| TUE | 11/08/05 | 5:00 | 14:30 | | 11 A | 4:47 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1914.97 |
| WED | 11/09/05 | 5:00 | 14:30 | L | 11 A | 4:53 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1923.97 |
| THU | 11/10/05 | 5:00 | 14:30 | | 11 A | 4:49 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1932.97 |
| FRI | 11/11/05 | 5:00 | 14:30 | L | 11 A | 5:00 | 14:30 | 5:00 | 13:30 | | 9.00 | 1 | 01.5436 | 1941.97 |
| MON | 11/14/05 | 5:00 | 14:42 | L | 11 A | 4:52 | 14:43 | 5:00 | 13:30 | | 9.00 | 5 | 01.5436 | 1950.97 |
| TUE | 11/15/05 | 5:00 | 14:36 | L | 11 A | 4:53 | 14:41 | 5:00 | 13:30 | | 9.20 | 5 | 01.5436 | 1959.97 |
| WED | 11/16/05 | 5:00 | 15:18 | L | 11 A | 4:54 | 15:21 | 5:00 | 13:30 | | 9.10 | 5 | 01.5436 | 1969.17 |
| THU | 11/17/05 | 5:00 | 13:30 | L | 11 A | 5:00 | 13:30 | 5:00 | 13:30 | | 9.80 | 5 | 01.5436 | 1978.27 |
| FRI | 11/18/05 | 5:00 | 13:54 | | 11 A | 4:53 | 13:58 | 5:00 | 13:30 | | 8.00 | 5 | 01.5436 | 1986.07 |
| MON | 11/21/05 | 5:00 | 15:00 | L | 11 A | 5:00 | 15:00 | 5:00 | 13:30 | | 8.40 | 5 | 01.5436 | 1996.07 |
| TUE | 11/22/05 | 4:42 | 15:00 | | 11 A | 4:41 | 15:00 | 5:00 | 13:30 | | 9.80 | 5 | 01.5436 | 2004.47 |
| WED | 11/23/05 | 5:00 | 13:30 | | 11 A | 4:46 | 13:30 | 5:00 | 13:30 | | 8.00 | 5 | 01.5436 | 2012.47 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 2022.27 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 2030.27 |

```
COUCHK                            iSeries Timekeeper: Schrock - Auburn                        CLK100P
6/21/06  8:13                         PUNCH DETAIL HISTORY                                     PAGE:  6
                                     1/01/05 THRU 6/01/06

         ----ROUNDED----           --ACTUAL---   --SCHEDULED-- PAY                              TOTAL
DAY DATE    IN      OUT   DAILY NOTES IN    OUT     IN    OUT  CODE HOURS AP LABOR LVLS         HOURS
THU 11/24/05         TRANS  11      0:00  0:00    0:00  1:00   HO    8.00  5 01.5436           2038.27
FRI 11/25/05         TRANS  11      0:00  0:00    0:00  1:00   HO    8.00  5 01.5436           2046.27
MON 11/28/05  5:00   13:30  11    4:48  13:33    5:00 13:30          8.00  5 01.5436           2054.27
TUE 11/29/05  5:00   13:30  11    4:50  13:34    5:00 13:30          8.00  5 01.5436           2062.27
WED 11/30/05  5:00   12:54  11 A  4:51  12:57    5:00 12:54          7.90  5 01.5436           2070.17
THU 12/01/05  5:00   14:30  11 A  4:52  14:33    5:00 13:30          9.00  5 01.5436           2079.17
FRI 12/02/05  5:00   14:30  11 A  4:52  14:32    5:00 13:30          9.00  5 01.5436           2088.17
SAT 12/03/05         TRANS  11    6:00  12:00    6:00 12:00   PPR    6.00  5 01.5436           2094.17
MON 12/05/05       L 14:48  11 L  4:52  14:53    5:00 13:30          9.30  5 01.5436           2103.47
TUE 12/06/05  5:00 L 14:30  11 L  4:52  14:33    5:00 13:30          9.00  5 01.5436           2112.47
WED 12/07/05       L 17:24  11 L  4:51  17:27    5:00 13:30         11.90  5 01.5436           2124.37
THU 12/08/05         TRANS  11    0:00   0:00    5:00 13:30   AB     8.00  5 01.5436           2132.37
FRI 12/09/05  5:00 L 14:48  11 L  4:45  14:48    5:00 13:30          9.30  5 01.5436           2141.67
MON 12/12/05  5:00 L 14:00  11 L  4:48  14:03    5:00 13:30          8.50  5 01.5436           2150.17
TUE 12/13/05  5:00 L 14:54  11 L  4:46  14:54    5:00 13:30          9.40  5 01.5436           2159.57
WED 12/14/05         TRANS  11    0:00   0:00    0:00  0:00   PT     2.00  5 01.5436           2161.57
WED 12/14/05  5:00   12:30  11 A  4:53  12:30    5:00 12:30          7.00  5 01.5436           2168.57
THU 12/15/05         TRANS  11    5:00  15:31    5:00 13:30  *MULT  10.00  5 01.5436           2178.57
FRI 12/16/05         TRANS  11    0:00   0:00    0:00  0:00   L1     1.00  5 01.5436           2179.57
FRI 12/16/05  5:00   12:30  11 A  4:52  12:30    5:00 13:30          7.00  5 01.5436           2186.57
MON 12/19/05         TRANS  11 E  0:00   0:00    0:00  0:00   FM     5.10  5 01.5436           2191.67
MON 12/19/05         7:54   11    4:54   7:57    5:00  7:54          2.90  5 01.5436           2194.57
   FMLA EXCEUSS                      C
TUE 12/20/05         TRANS  11    0:00   0:00    0:00  0:00   FM     8.00  5 01.5436           2202.57
WED 12/21/05         TRANS  11    0:00   0:00    0:00  0:00   FM     8.00  5 01.5436           2210.57
THU 12/22/05         TRANS  11    0:00   0:00    0:00  0:00   FM     8.00  5 01.5436           2218.57
FRI 12/23/05         TRANS  11    0:00   0:00    0:00  0:00   FM     8.00  5 01.5436           2226.57
MON 12/26/05         TRANS  11    0:00   0:00    0:00  0:00   HONP   8.00  5 01.5436           2234.57
TUE 12/27/05         TRANS  11    0:00   0:00    0:00  0:00   HONP   8.00  5 01.5436           2242.57
WED 12/28/05         TRANS  11    0:00   0:00    0:00  0:00   FM     8.00  5 01.5436           2250.57
THU 12/29/05         TRANS  11    0:00   0:00    0:00  0:00   FM     8.00  5 01.5436           2258.57
FRI 12/30/05         TRANS  11    0:00   0:00    0:00  0:00   FM     8.00  5 01.5436           2266.57
MON 1/02/06          TRANS  11    0:00   0:00    0:00  0:00   HONP   8.00  5 01.5436           2274.57
TUE 1/03/06   5:00   13:30  11 A  4:53  13:34    5:00 13:30          8.00  5 01.5436           2282.57
WED 1/04/06          TRANS  11    0:00   0:00    0:00  0:00   HONP   7.90  5 01.5436           2290.47
THU 1/05/06   5:00   7:06   11 E  4:56   7:10    5:00 13:30   L2     2.10  5 01.5436           2292.57
THU 1/05/06          TRANS  11    0:00   0:00    0:00  0:00   AB    10.00  5 01.5436           2302.57
FRI 1/06/06          TRANS  11    0:00   0:00    0:00  0:00   AB    10.00  5 01.5436           2312.57
TOT HRS:     2312.57  WORKED           NON-WORKED              PAID            NON-PAID
HOURS BY PAY CODE      HOLIDAY PAY  2165.94   40.00 REGULAR 1982.67 OTO.5 2285.94 180.80 ADJUST     $.00
HOURS BY PAY CODE      EARLY LEAVE          11.00 EXCUSED DOCTOR   .30 HOLIDAY NO PAY 154.07 VACATION 80.00
HOURS BY PAY CODE      ABSENT               43.10 PHYSICAL INVEN 21.20 TARDY              48.00 TARDY   .10
HOURS BY PAY CODE      PERSONAL TIME         8.00 TRAINING        2.00 TARDY <= 2HRS        .30 PLANT SHUTDOWN 8.00
HOURS BY PAY CODE      FAMILY MEDICAL       53.10 EARLY LEAVE >2  7.90 PLT PROD RATIO      6.00 EARLY LEAVE <= 1.00

** FINAL TOTALS
TOT HRS:    2312.57  WORKED           NON-WORKED              PAID            NON-PAID
HOURS BY PAY CODE      HOLIDAY PAY  2165.94   40.00 REGULAR 1982.67 OTO.5 2285.94 180.80 ADJUST     $.00
HOURS BY PAY CODE      EARLY LEAVE          11.00 EXCUSED DOCTOR   .30 HOLIDAY NO PAY 154.07 VACATION 80.00
HOURS BY PAY CODE      ABSENT               43.10 PHYSICAL INVEN 21.20 TARDY              48.00 TARDY   .10
HOURS BY PAY CODE      PERSONAL TIME         8.00 TRAINING        2.00 TARDY <= 2HRS        .30 PLANT SHUTDOWN 8.00
HOURS BY PAY CODE      FAMILY MEDICAL       53.10 EARLY LEAVE >2  7.90 PLT PROD RATIO      6.00 EARLY LEAVE <= 1.00
```