IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RONNIE GILES,

    PLAINTIFF,

V.                    CIVIL ACTION NO: 3:06-cv-00528-WKW-WC

MASTERBRAND CABINETS, INC.,

DEFENDANT.

## PLAINTIFF'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff submits the following evidentiary submissions in support of his response to Defendant's Motion for Summary Judgment:

| Number | Description |
| --- | --- |
| 1 | Defendant's Response to Plaintiff's First Request for Admissions |
| 2 | Defendant's Answers to Plaintiff's First Set of Interrogatories |
| 3 | MasterBrand Attendance Policy |
| 4 | Time records – January 1, 2005 through June 1, 2006 |

                          Respectfully submitted,

                          /s/ Allen D. Arnold

                          Allen D. Arnold

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on April 20, 2007:

    Mark J. Romaniuk
    Kelley Bertoux Creveling

                                      /s/ Allen D. Arnold
                                      Of Counsel