# PLAINTIFF'S EVIDENTIARY

# SUBMISSION 4

```
COUCHK                              iSeries Timekeeper: Schrock - Auburn                              CLK100P
6/21/06  8:13                           PUNCH DETAIL HISTORY                                          PAGE:  2
                                        1/01/05 THRU 6/01/06
```

| DAY | DATE | ROUNDED IN | OUT | | DAILY | NOTES | ACTUAL IN | OUT | SCHEDULED IN | OUT | PAY CODE | HOURS | AP | LABOR LVLS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | 2/26/05 | 5:00 | 12:06 | | 11 | | 4:55 | 12:10 | 0:00 | 0:00 | | 6.60 | 1 | 01.5436 | 354.20 |
| MON | 2/28/05 | | TRANS | U | 11 | A | 0:00 | 0:00 | 0:00 | 0:00 | | 4.00 | 1 | 01.5436 | 358.20 |
| TUE | 3/01/05 | 5:00 | 13:42 | | 11 | A | 4:55 | 13:42 | 5:00 | 14:30 | | 8.20 | 1 | 01.5436 | 366.40 |
| WED | 3/02/05 | 5:00 | 14:00 | | 11 | A | 4:55 | 14:04 | 5:00 | 14:30 | | 8.50 | 1 | 01.5436 | 374.90 |
| THU | 3/03/05 | 5:00 | 13:30 | | 11 | A | 4:57 | 13:55 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 382.90 |
| FRI | 3/04/05 | 5:00 | 13:30 | | 11 | A | 4:55 | 13:30 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 390.90 |
| MON | 3/07/05 | 5:00 | 14:00 | | 11 | A | 4:53 | 14:00 | 5:00 | 14:30 | | 8.50 | 1 | 01.5436 | 399.40 |
| TUE | 3/08/05 | 5:00 | 13:48 | | 11 | A | 4:56 | 13:49 | 5:00 | 14:30 | | 8.30 | 1 | 01.5436 | 407.70 |
| WED | 3/09/05 | 5:00 | 13:30 | | 11 | A | 4:55 | 13:30 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 415.70 |
| THU | 3/10/05 | 5:00 | 13:30 | | 11 | A | 4:55 | 13:35 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 423.70 |
| FRI | 3/11/05 | 5:00 | 13:30 | | 11 | A | 4:54 | 13:30 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 431.70 |
| MON | 3/14/05 | 5:00 | 12:00 | | 21 | A | 4:58 | 12:00 | 5:00 | 14:30 | | 6.50 | 1 | 01.5436 | 438.20 |
| TUE | 3/15/05 | | TRANS | | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | VA | 1.50 | 1 | 01.5436 | 439.70 |
| TUE | 3/15/05 | 5:00 | 14:00 | | 12 | A | 4:53 | 14:00 | 5:00 | 14:30 | | 8.50 | 1 | 01.5436 | 448.20 |
| WED | 3/16/05 | | TRANS | | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | | 4.00 | 1 | 01.5436 | 452.20 |
| WED | 3/16/05 | 5:00 | 9:30 | | 11 | A | 4:54 | 9:32 | 5:00 | 14:30 | | 4.50 | 1 | 01.5436 | 456.70 |
| THU | 3/17/05 | 5:00 | 15:06 | | 11 | A | 4:54 | 15:11 | 5:00 | 14:30 | | 9.60 | 1 | 01.5436 | 466.30 |
| FRI | 3/18/05 | 5:00 | 14:30 | | 11 | A | 4:54 | 14:30 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 475.30 |
| SAT | 3/19/05 | | TRANS | | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | | 3.80 | 1 | 01.5436 | 479.10 |
| SAT | 3/19/05 | 5:00 | 9:12 | E | 11 | A | 4:51 | 9:17 | 5:00 | 14:30 | EL | 4.20 | 1 | 01.5436 | 483.30 |
| MON | 3/21/05 | 5:00 | 14:30 | | 11 | A | 4:53 | 14:30 | 5:00 | 14:30 | VA | 9.50 | 1 | 01.5436 | 492.80 |
| TUE | 3/22/05 | 5:00 | 15:00 | L | 11 | A | 4:55 | 15:00 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 501.80 |
| WED | 3/23/05 | | TRANS | | 11 | A | 0:00 | 0:00 | 0:00 | 0:00 | | 4.00 | 1 | 02.5436 | 505.80 |
| WED | 3/23/05 | 5:00 | 9:00 | E | 11 | A | 4:56 | 9:02 | 5:00 | 14:30 | EL | 4.00 | 1 | 01.5436 | 509.80 |
| THU | 3/24/05 | 5:00 | 14:30 | | 11 | A | 4:53 | 14:36 | 5:00 | 14:30 | VA | 9.00 | 1 | 01.5436 | 518.80 |
| FRI | 3/25/05 | | TRANS | | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | HONP | 8.00 | 1 | 01.5436 | 526.80 |
| MON | 3/28/05 | | TRANS | | 11 | A | 0:00 | 0:00 | 0:00 | 0:00 | TA | .10 | 1 | 01.5436 | 534.00 |
| MON | 3/28/05 | 5:06 | 7:00 | | 11 | A | 5:01 | 7:00 | 5:00 | 14:30 | AB | 7.10 | 1 | 01.5436 | 535.90 |
| TUE | 3/29/05 | 5:00 | 14:30 | | 11 | A | 4:55 | 14:35 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 544.90 |
| WED | 3/30/05 | 5:00 | 14:30 | | 11 | A | 4:54 | 14:31 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 553.90 |
| THU | 3/31/05 | 5:00 | 14:42 | | 11 | A | 4:54 | 14:46 | 5:00 | 14:30 | | 9.20 | 1 | 01.5436 | 563.10 |
| FRI | 4/01/05 | 5:00 | 13:30 | | 11 | A | 4:51 | 14:47 | 5:00 | 14:30 | | 9.30 | 1 | 01.5436 | 572.30 |
| SAT | 4/02/05 | 5:00 | 13:30 | | 11 | A | 4:48 | 13:30 | 5:00 | 14:30 | | 8.50 | 1 | 01.5436 | 580.80 |
| MON | 4/04/05 | 5:00 | 15:00 | E | 11 | A | 4:52 | 15:00 | 5:00 | 14:30 | | 9.50 | 1 | 01.5436 | 590.30 |
| TUE | 4/05/05 | 5:00 | 14:30 | | 11 | A | 4:53 | 14:30 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 598.30 |
| WED | 4/06/05 | 5:00 | 14:30 | | 11 | A | 4:54 | 14:32 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 607.30 |
| THU | 4/07/05 | 5:00 | 14:24 | | 11 | A | 4:55 | 14:27 | 5:00 | 14:30 | | 8.90 | 1 | 01.5436 | 616.30 |
| FRI | 4/08/05 | 5:00 | 14:48 | | 11 | A | 4:54 | 14:48 | 5:00 | 14:30 | | 9.30 | 1 | 01.5436 | 625.20 |
| MON | 4/11/05 | 5:20 | 15:12 | | 11 | A | 4:54 | 14:32 | 5:00 | 14:30 | | 9.70 | 1 | 01.5436 | 634.50 |
| TUE | 4/12/05 | 5:00 | 14:30 | | 11 | A | 4:54 | 14:38 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 644.20 |
| WED | 4/13/05 | 5:00 | 14:00 | | 11 | A | 4:55 | 14:03 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 653.20 |
| THU | 4/14/05 | 5:00 | 13:30 | | 11 | A | 4:56 | 13:30 | 5:00 | 14:30 | | 8.50 | 1 | 01.5436 | 662.70 |
| FRI | 4/15/05 | 6:00 | 14:31 | | 11 | A | 5:55 | 14:31 | 5:00 | 14:30 | | 8.00 | 1 | 01.5436 | 670.70 |
| MON | 4/18/05 | 5:00 | 13:01 | | 11 | A | 4:56 | 13:01 | 5:00 | 14:30 | | 7.50 | 1 | 01.5436 | 678.20 |
| TUE | 4/19/05 | 5:00 | 13:00 | | 11 | A | 4:54 | 13:01 | 5:00 | 14:30 | | 7.50 | 1 | 01.5436 | 686.20 |
| WED | 4/20/05 | | TRANS | L | 11 | | 0:00 | 0:00 | 0:00 | 0:00 | | 8.00 | 1 | 01.5436 | 694.20 |
| THU | 4/21/05 | 5:00 | 9:00 | | 11 | A | 4:55 | 9:05 | 5:00 | 14:30 | | 4.00 | 1 | 01.5436 | 698.20 |
| FRI | 4/22/05 | 5:00 | 14:48 | | 11 | A | 4:55 | 14:50 | 5:00 | 14:30 | | 9.30 | 2 | 01.5436 | 701.70 |
| MON | 4/25/05 | 5:00 | 14:30 | | 11 | A | 4:52 | 14:31 | 5:00 | 14:30 | VA | 9.30 | 1 | 01.5436 | 717.20 |
| TUE | 4/26/05 | 5:00 | 14:30 | | 11 | A | 4:52 | 14:31 | 5:00 | 14:30 | | 9.00 | 1 | 01.5436 | 735.50 |

```
COUCHK                                    iSeries Timekeeper: Schrock - Auburn                        CLK100P
6/21/06  8:13                                  PUNCH DETAIL HISTORY                                   PAGE:  3
                                               1/01/05 THRU 6/01/06

           ---ROUNDED---              ---ACTUAL---   --SCHEDULED--  PAY                               TOTAL
DAY DATE    IN    OUT    DAILY NOTES   IN    OUT      IN    OUT    CODE  HOURS  AP  LABOR LVLS        HOURS
WED 4/27/05 5:00  14:00   E   11   A  4:55  14:04    5:00  14:30          8.50   1   01.5436          744.00
THU 4/28/05 5:00  14:18   E   11   A  4:56  14:18    5:00  14:30          8.80   1   01.5436          752.80
FRI 4/29/05 5:00  14:48   E   11   A  4:55  14:49    5:00  14:30          9.30   1   01.5436          762.10
MON 5/02/05 5:00  13:30       11   A  4:55  13:32    5:00  14:30          8.00   1   01.5436          770.10
TUE 5/03/05 5:00  14:30   E   11   A  4:55  14:30    5:00  14:30          9.00   1   01.5436          779.10
WED 5/04/05 5:00  14:30       11   A  4:51  14:41    5:00  14:30          9.00   1   01.5436          788.10
THU 5/05/05 5:00  14:30       11   A  4:54  14:34    5:00  14:30          9.00   1   01.5436          797.10
FRI 5/06/05 5:00  14:30       11   A  4:54  14:30    5:00  14:30          9.00   1   01.5436          806.10
MON 5/09/05 5:00  14:30       11   A  4:51  14:31    5:00  14:30          9.00   1   01.5436          815.10
TUE 5/10/05 5:00  14:48       11   A  4:53  14:53    5:00  14:30          9.30   1   01.5436          824.40
WED 5/11/05 5:00  14:12       11   A  4:53  14:52    5:00  14:30          8.70   1   01.5436          833.10
THU 5/12/05 5:00  13:30       11   A  4:52  14:14    5:00  14:30          8.00   1   01.5436          842.10
FRI 5/13/05 5:00  13:00       11   A  4:54  13:50    5:00  14:30          8.00   1   01.5436          850.10
SAT 5/14/05 5:00  14:06       11   A  4:52  13:05    5:00  14:30          7.50   1   01.5436          857.60
MON 5/16/05 5:00  14:30       11   A  4:54  14:07    5:00  14:30          8.60   1   01.5436          866.20
TUE 5/17/05 5:00  13:30       11   A  4:55  14:33    5:00  14:30          9.00   1   01.5436          875.20
WED 5/18/05 5:00  13:30       11   A  4:57  13:34    5:00  14:30          8.00   1   01.5436          883.20
THU 5/19/05 5:00  TRANS       11   A  4:52  13:31    5:00  14:30          8.00   1   01.5436          891.20
FRI 5/20/05 5:00  10:06   E   11   A  0:00   0:00    0:00   0:00   EL     2.90   1   01.5436          894.10
FRI 5/20/05 5:00  13:48   E   11      4:54  10:06    5:00  14:30          5.10   1   01.5436          899.20
MON 5/23/05 5:00  14:54       11   A  4:51  13:51    5:00  14:30          8.30   1   01.5436          907.50
TUE 5/24/05 5:00  13:30       11   A  4:54  14:54    5:00  14:30          9.40   1   01.5436          916.90
WED 5/25/05 5:00  14:00       11   A  4:53  13:50    5:00  14:30          8.00   1   01.5436          924.90
THU 5/26/05 5:00  14:06       11   A  4:55  14:00    5:00  14:30          8.50   1   01.5436          933.40
FRI 5/27/05 5:00  13:18       11   A  4:55  13:21    5:00  14:30          7.80   1   01.5436          941.20
MON 5/30/05 5:00  TRANS       11      0:00   0:00    0:00   0:00   HO     8.00   1   01.5436          949.20
TUE 5/31/05 5:00  14:30   E   11   A  4:53  14:31    5:00  14:30          9.00   1   01.5436          958.20
WED 6/01/05 5:00  13:48   E   11   A  4:57  14:37    5:00  14:30          8.20   1   01.5436          967.20
THU 6/02/05 5:00  14:18   E   11   A  4:54  13:50    5:00  14:30          8.30   1   01.5436          975.50
FRI 6/03/05 5:00  13:42   E   11   A  4:52  14:19    5:00  14:30          8.30   1   01.5436          984.30
MON 6/06/05 5:00  13:30   E   11   A  4:53  13:43    5:00  14:30          8.20   1   01.5436          992.50
TUE 6/07/05 5:00  13:30       11   A  4:55  13:32    5:00  14:30          8.00   1   01.5436         1000.50
WED 6/08/05 5:00  13:30       11   A  4:55  13:30    5:00  14:30          8.00   1   01.5436         1008.50
THU 6/09/05 5:00  13:30       11   A  4:56  13:33    5:00  14:30          8.00   1   01.5436         1016.50
FRI 6/10/05 5:00  13:30       11   A  4:53  13:30    5:00  14:30          8.00   1   01.5436         1024.50
MON 6/13/05 5:00  13:30       11   A  4:56  13:31    5:00  14:30          8.00   1   01.5436         1032.50
TUE 6/14/05 5:00  13:42       11   A  4:57  13:34    5:00  14:30          8.00   1   01.5436         1040.50
WED 6/15/05 5:00  13:30       11   A  4:51  13:43    5:00  14:30          8.00   1   01.5436         1048.50
THU 6/16/05 5:00  13:30       11   A  4:52  13:32    5:00  14:30          8.20   1   01.5436         1056.50
FRI 6/17/05 5:00  13:30       11   A  4:58  13:30    5:00  14:30          8.00   1   01.5436         1064.50
MON 6/20/05 5:00  13:30       11   A  4:57  13:35    5:00  14:30          8.00   1   01.5436         1072.50
TUE 6/21/05 5:00  13:42       11   A  4:55  13:30    5:00  14:30          8.00   1   01.5436         1080.70
WED 6/22/05 5:00  13:30       11   A  4:53  13:32    5:00  14:30          8.00   1   01.5436         1088.70
THU 6/23/05 5:00  13:30       11   A  4:55  13:50    5:00  14:30          8.00   1   01.5436         1096.70
FRI 6/24/05 5:00  13:30       11   A  4:54  13:35    5:00  14:30          8.00   1   01.5436         1104.70
MON 6/27/05 5:00  13:30       11   A  4:55  13:33    5:00  14:30          8.00   1   01.5436         1112.70
TUE 6/28/05 5:00  13:30       11   A  4:54  13:30    5:00  14:30          8.00   1   01.5436         1120.70
WED 6/29/05 5:00  13:30       11   A  4:57  13:30    5:00  14:30          8.00   1   01.5436         1128.70
THU 6/30/05 5:00  15:30       11   A  4:54  13:30    5:00  14:30          8.00   1   01.5436         1136.70
FRI 7/01/05 5:00  TRANS       11      0:00   0:00    0:00   0:00   HO     8.00   1   01.5436         1144.70
MON 7/04/05 5:00  13:30       11   A  4:54  13:33    5:00  14:30          8.00   1   01.5436         1152.70
TUE 7/05/05 5:00  13:30       11   A  4:56  13:34    5:00  14:30          8.00   1   01.5436         1160.70
WED 7/05/05 5:00  13:30       11   A  4:56  13:34    5:00  14:30          8.00   1   01.5436         1168.70
```

APR-04-2007 17:27    Baker & Daniels LLP    3172371002    P.009

```
COUCHK                                iSeries Timekeeper: Schrock - Auburn                            CLK100P
6/21/06  8:13                              PUNCH DETAIL HISTORY                                       PAGE:   4
                                         1/01/05 THRU 6/01/06

                ----ROUNDED----                  ---ACTUAL---   --SCHEDULED--  PAY
DAY  DATE       IN       OUT    DAILY NOTES      IN      OUT    IN      OUT   CODE  HOURS  AP  LABOR LVLS  TOTAL HOURS
THU  7/07/05    5:00    13:30   11  E  A         4:56   13:30   5:00   14:30        8.00   1   01.5436     1176.70
FRI  7/08/05    5:00    13:30   11  E  A         4:56   13:33   5:00   14:30        8.00   1   01.5436     1184.70
MON  7/11/05    5:00    13:30   11  E  A         4:53   13:33   5:00   14:30        8.00   1   01.5436     1192.70
TUE  7/12/05    5:00    13:30   11  E  A         4:54   13:30   5:00   14:30        8.00   1   01.5436     1200.70
WED  7/13/05    5:00    13:30   11  E  A         4:54   13:30   5:00   14:30        8.00   1   01.5436     1208.70
THU  7/14/05    5:00    14:00   11  E  A         4:55   14:00   5:00   14:30        8.50   1   01.5436     1217.20
FRI  7/15/05    5:00    13:48   11  E  A         4:51   13:51   5:00   14:30        8.30   1   01.5436     1225.50
MON  7/18/05    5:00    14:00   11  L  A         4:57   14:05   5:00   14:30        8.50   1   01.5436     1234.00
TUE  7/19/05    5:00    15:24   11  L  A         4:55   15:27   5:00   13:30        9.90   1   01.5436     1243.90
WED  7/20/05    5:00    13:30   11     A         4:55   13:31   5:00   13:30        7.00   1   01.5436     1251.90
THU  7/21/05           12:30   11     A         4:56   12:30   5:00   13:30        1.70   1   01.5436     1253.80
FRI  7/22/05           TRANS   11                12:30  14:12   5:00   13:30   PI   6.20   1   01.5436     1260.60
MON  7/25/05           TRANS   11                5:53   12:56   5:00   13:30   PI   6.20   1   01.5436     1266.80
TUE  7/26/05           TRANS   11                0:00    0:00   0:00    0:00   VA   8.00   1   01.5436     1274.80
WED  7/27/05           TRANS   11                0:00    0:00   0:00    0:00   VA   8.00   1   01.5436     1282.80
THU  7/28/05           TRANS   11                0:00    0:00   0:00    0:00   VA   8.00   1   01.5436     1290.80
FRI  7/29/05           TRANS   11                0:00    0:00   0:00    0:00   VA   8.00   1   01.5436     1298.80
MON  8/01/05    5:00   13:30   11     A         4:51   13:30   5:00   13:30        8.00   1   01.5436     1306.80
TUE  8/02/05    5:00   13:48   11     A         4:53   13:53   5:00   13:30        8.30   2   01.5436     1314.80
WED  8/03/05    5:00   13:30   11     A         4:56   13:32   5:00   13:30        8.00   1   01.5436     1323.10
THU  8/04/05    5:00   13:30   11     A         4:54   13:43   5:00   13:30        8.00   1   01.5436     1331.10
FRI  8/05/05    5:00   13:30   11     A         4:54   13:35   5:00   13:30        8.00   1   01.5436     1339.10
MON  8/08/05    5:00   13:30   11     A         4:55   13:35   5:00   13:30        8.00   1   01.5436     1347.10
TUE  8/09/05    5:00   13:30   12     A         4:54   13:35   5:00   13:30        8.00   1   01.5436     1355.10
WED  8/10/05           TRANS   11                0:00    0:00   0:00    0:00   VA   8.00   1   01.5436     1363.10
THU  8/11/05    5:00    9:00   11     A         4:51    9:00   5:00    9:00        4.00   1   01.5436     1367.10
FRI  8/12/05    5:00   13:30   11     A         4:53   13:49   5:00   13:30        8.30   1   01.5436     1371.10
MON  8/15/05    5:00   13:30   12     A         4:57   13:30   5:00   13:30        8.00   1   01.5436     1379.40
TUE  8/16/05    5:00   13:54   11     A         4:56   13:55   5:00   13:30        8.40   1   01.5436     1387.40
WED  8/17/05    5:00   14:12   11     A         4:46   15:00   5:00   13:30        8.70   1   01.5436     1395.80
THU  8/18/05    5:00   14:42   21     A         4:54   14:43   5:00   13:30        9.50   1   01.5436     1403.80
FRI  8/19/05    5:00   13:30   11     A         4:48   13:31   5:00   13:30        9.20   1   01.5436     1412.50
MON  8/22/05    5:00   13:42   11     A         4:54   13:42   5:00   13:30        8.00   1   01.5436     1420.50
TUE  8/23/05    5:00   13:30   11     A         4:53   13:32   5:00   13:30        8.20   1   01.5436     1428.30
WED  8/24/05    5:00   15:54   11     A         4:56   15:57   5:00   13:30       10.40   1   01.5436     1436.70
THU  8/25/05           TRANS   11                0:00    0:00   0:00    0:00        0.20   1   01.5436     1447.10
FRI  8/26/05    5:12   15:42   11                5:10   15:46   5:00    9:00       10.00   1   01.5436     1457.30
MON  8/29/05    5:00   16:18   11     A         4:54   16:18   5:00   13:30   TI  10.80   1   01.5436     1468.10
TUE  8/30/05    5:00   17:24   11     A         4:47   17:25   5:00   13:30       11.90   1   01.5436     1480.00
WED  8/31/05    5:00   15:00   11     A         4:53   15:00   5:00   13:30        9.50   1   01.5436     1489.50
THU  9/01/05    5:00   14:42   11     A         4:55   14:43   5:00   13:30        9.20   1   01.5436     1498.70
FRI  9/02/05    5:00   13:30   11     A         4:55   13:31   5:00   13:30        8.00   1   01.5436     1506.70
MON  9/05/05           TRANS   11                0:00    0:00   0:00    0:00   AB   8.00   0   01.5436     1514.70
TUE  9/06/05           TRANS   11                0:00    0:00   0:00    0:00   PS   8.00   1   01.5436     1522.70
WED  9/07/05    5:00   14:12   11     A         4:48   14:14   5:00   13:30   HONP 8.70   1   01.5436     1530.70
THU  9/08/05    5:00   13:30   11     A         4:54   13:36   5:00   13:30        8.40   1   01.5436     1539.40
FRI  9/09/05           TRANS   11                0:00    0:00   0:00    0:00        0.00   1   01.5436     1547.40
MON  9/12/05    5:06   15:00   11     A         5:02   15:00   5:00   13:30   TI   9.40   1   01.5436     1556.80
TUE  9/12/05    5:00   14:00   11     A         4:54   14:00   5:00   13:30        8.50   1   01.5436     1565.30
WED  9/13/05    5:00   13:54   11     A         4:55   13:55   5:00   13:30        8.40   1   01.5436     1573.70
           5:00   15:30   11     A         4:52   15:31   5:00   13:30       10.00   1   01.5436     1583.70
```

```
COUCHK                          iSeries Timekeeper: Schrock - Auburn                        CLK100P
6/21/06  8:13                        PUNCH DETAIL HISTORY                                    PAGE: 5
                                    1/01/05 THRU 6/01/06

                  ----ROUNDED----              ---ACTUAL---   --SCHEDULED--   PAY                            TOTAL
DAY  DATE         IN      OUT     DAILY NOTES   IN     OUT    IN     OUT     CODE   HOURS  AP  LABOR LVLS    HOURS
WED  9/14/05      5:00   15:30      11    A    4:55   15:30  5:00   13:30           10.00   1  01,5436      1593.70
THU  9/15/05      5:00   16:00      11    A    4:55   16:00  5:00   13:30           10.50   2  01,5436      1604.20
FRI  9/16/05      4:42   13:30      11    A    4:40   13:31  5:00   13:30            8.30   1  01,5436      1612.50
MON  9/19/05      5:00   14:00      11    A    4:53   14:00  5:00   13:30            8.50   1  01,5436      1621.00
TUE  9/20/05      5:00   14:18      11    A    5:00   14:18  5:00   13:30            8.80   1  01,5436      1629.80
WED  9/21/05      5:00   15:00      11    A    5:00   15:00  5:00   13:30            9.50   1  01,5436      1639.30
THU  9/22/05             TRANS      11         0:00          0:00           PT       2.00   1  01,5436      1641.30
THU  9/22/05      5:00   11:00      11    Y    4:53   11:04  5:00   11:00            6.00   1  01,5436      1647.30
FRI  9/23/05      5:00   15:30      11    A    4:52   15:30  5:00   13:30           10.00   1  01,5436      1657.30
MON  9/26/05      5:00   13:30      11    A    4:52   13:32  5:00   13:30            8.00   1  01,5436      1665.30
TUE  9/27/05      5:00   13:30      21    A    4:47   13:31  5:00   13:30            8.00   1  01,5436      1673.30
WED  9/28/05      5:00   14:00      11    A    4:49   14:00  5:00   13:30            8.50   1  01,5436      1681.80
THU  9/29/05      5:00   13:30      11    A    4:54   13:30  5:00   13:30            8.00   1  01,5436      1689.80
FRI  9/30/05      5:00   14:12      11    A    4:53   14:14  5:00   13:30            8.70   1  01,5436      1698.50
MON 10/03/05      5:00   13:30      11    A    4:55   13:34  5:00   13:30            8.00   1  01,5436      1706.50
TUE 10/04/05      5:00   14:30      11    A    4:53   14:35  5:00   13:30            9.00   1  01,5436      1715.50
WED 10/05/05      5:00   13:54      11    A    4:47   13:55  5:00   13:30            8.40   1  01,5436      1723.90
THU 10/06/05      5:00   13:42      11    A    4:46   13:42  5:00   13:30            8.20   1  01,5436      1732.10
FRI 10/07/05      5:00   14:24      11    A    4:51   14:24  5:00   13:30            8.90   1  01,5436      1741.00
MON 10/10/05      5:00   15:48      11    A    4:46   15:50  5:00   13:30           10.30   1  01,5436      1751.30
TUE 10/11/05      5:00   15:00      11    A    4:53   15:00  5:00   13:30            9.50   1  01,5436      1760.80
WED 10/12/05      5:00   14:48      11    A    4:48   14:53  5:00   13:30            9.30   1  01,5436      1770.30
THU 10/13/05      5:00   14:30      11         4:51   14:31  5:00   13:30            9.00   1  01,5436      1779.60
FRI 10/14/05      5:00   14:48      11         4:52   14:48  5:00   13:30            9.30   1  01,5436      1788.60
MON 10/17/05      5:00   14:30      11         4:46   14:30  5:00   13:30            9.00   1  01,5436      1797.90
TUE 10/18/05             TRANS      11         5:00   14:54  5:00   13:30  *MULT     9.00   1  01,5436      1806.90
WED 10/19/05             TRANS      11         5:00   15:10  5:00   13:30  *MULT    10.17   1  01,5436      1816.07
THU 10/20/05             TRANS      12         6:00   11:23  5:00   13:30  PI        5.30   1  01,5436      1826.47
FRI 10/21/05      5:00   14:30      11    A    4:52   14:34  5:00   13:30            9.30   1  01,5436      1831.77
MON 10/24/05      5:00   14:30      11    A    4:51   14:34  5:00   13:30            9.00   1  01,5436      1841.77
TUE 10/25/05      5:00   13:30      11    A    4:47   13:30  5:00   13:30            8.00   1  01,5436      1849.77
WED 10/26/05      5:00   13:30      11    A    5:00   13:30  5:00   13:30            8.00   1  01,5436      1857.77
THU 10/27/05      5:00   13:42      11    A    4:49   13:43  5:00   13:30            8.20   1  01,5436      1865.77
FRI 10/28/05      5:00   13:36      11         5:00   13:41  5:00   13:30            8.10   1  01,5436      1873.97
MON 10/31/05      5:00   13:30      11         4:47   13:35  5:00   13:30            8.00   1  01,5436      1882.07
TUE 11/01/05      5:00   14:42      11         4:52   14:43  5:00   13:50            8.50   1  01,5436      1890.07
WED 11/02/05      5:00   14:36      11         4:53   14:41  5:00   13:30            8.50   1  01,5436      1898.07
THU 11/03/05      5:00   15:18      11         4:54   15:21  5:00   13:30            8.50   1  01,5436      1906.57
FRI 11/04/05             TRANS      11         5:00   13:36  5:00   13:30  PT        4.00   1  01,5436      1910.57
FRI 11/04/05      5:00    9:24      11         0:00    9:25  0:00    9:00            4.40   1  01,5436      1914.97
MON 11/07/05      5:00   14:30      11    A    4:53   14:30  5:00   13:30            9.00   5  01,5436      1923.97
TUE 11/08/05      5:00   14:30      11    A    4:47   14:30  5:00   13:30            9.00   5  01,5436      1932.97
WED 11/09/05      5:00   14:30      11    A    4:49   14:30  5:00   13:30            9.00   5  01,5436      1941.97
THU 11/10/05      5:00   14:30      11    A    5:00   14:30  5:00   13:30            9.00   5  01,5436      1950.97
FRI 11/11/05      5:00   14:42      11    A    5:00   14:41  5:00   13:30            9.20   5  01,5436      1959.97
MON 11/14/05      5:00   14:36      11    A    4:52   14:43  5:00   13:30            9.10   5  01,5436      1969.17
TUE 11/15/05      5:00   14:56      11    A    4:53   15:18  5:00   13:30            9.10   5  01,5436      1978.27
WED 11/16/05      5:00   15:18      11    A    4:54   15:21  5:00   13:30            9.80   5  01,5436      1988.07
THU 11/17/05      5:00   13:30      11    A    5:00   13:30  5:00   13:30            8.00   5  01,5436      1996.07
FRI 11/18/05      5:00   13:54      11    A    5:00   13:58  5:00   13:30            8.40   5  01,5436      2004.47
MON 11/21/05      5:00   13:30      11    A    5:00   15:00  5:00   13:30            8.00   5  01,5436      2012.47
TUE 11/22/05      4:42   15:00      11    A    4:41   15:00  5:00   13:30            9.80   5  01,5436      2022.27
WED 11/23/05      5:00   13:30      11    A    4:46   13:30  5:00   13:30            8.00   5  01,5436      2030.27
```

```
COUCHK                              iSeries Timekeeper: Schrock - Auburn                    CLK100P
6/21/06  8:13                             PUNCH DETAIL HISTORY                              PAGE:  6
                                       1/01/05 THRU  6/01/06

        -----ROUNDED-----            ---ACTUAL---  --SCHEDULED-- PAY                                    TOTAL
DAY   DATE      IN    OUT    DAILY NOTES  IN    OUT    IN    OUT  CODE  HOURS  AP  LABOR LVLS           HOURS
THU  11/24/05         TRANS    11          0:00   0:00  0:00  1:00  HO    8.00  5  01.5436             2038.27
FRI  11/25/05         TRANS    11          0:00   0:00  0:00  1:00  HO    8.00  5  01.5436             2046.27
MON  11/28/05  5:00   13:30    11         4:48  13:33  5:00 13:30         8.00  5  01.5436             2054.27
TUE  11/29/05  5:00   13:30    11      A  4:50  13:34  5:00 13:30         8.00  5  01.5436             2062.27
WED  11/30/05  5:00   12:54    11      A  4:51  12:57  5:00 13:30         7.90  5  01.5436             2070.17
THU  12/01/05  5:00   14:30    11      A  4:52  14:33  5:00 13:30         9.00  5  01.5436             2079.17
FRI  12/02/05  5:00   14:30    11      Y  4:52  14:32  5:00 13:30         9.00  5  01.5436             2088.17
SAT  12/03/05         TRANS    11      A  6:00  12:00  6:00 12:00  PPR    6.00  5  01.5436             2094.17
MON  12/05/05  5:00   14:48    11         4:52  14:53  5:00 13:30         9.30  5  01.5436             2103.47
TUE  12/06/05  5:00   14:30    11         4:52  14:33  5:00 13:30         9.00  5  01.5436             2112.47
WED  12/07/05  5:00   17:24    11         4:51  17:27  5:00 13:30        11.90  5  01.5436             2124.37
THU  12/08/05         TRANS    11         0:00   0:00  0:00  0:00  AB     8.00  5  01.5436             2132.37
FRI  12/09/05  5:00   14:48    11      A  4:45  14:48  5:00 13:30         9.30  5  01.5436             2141.67
MON  12/12/05  5:00   14:00    11      A  4:48  14:03  5:00 13:30         8.50  5  01.5436             2150.17
TUE  12/13/05  5:00   14:54    11      A  4:46  14:54  5:00 13:30         9.40  5  01.5436             2159.57
WED  12/14/05         TRANS    11         0:00   0:00  0:00  0:00  PT     2.00  5  01.5436             2161.57
WED  12/14/05  5:00   12:30    11      A  4:53  12:30  5:00 12:30         7.00  5  01.5436             2168.57
THU  12/15/05         TRANS    11         5:00  15:31  5:00 13:30 *HULT  10.00  5  01.5436             2178.57
FRI  12/16/05  5:00   TRANS    11         0:00   0:00  0:00  0:00   L1    1.00  5  01.5436             2179.57
FRI  12/16/05         12:30    11      A  4:52  12:30  5:00 13:30         7.00  5  01.5436             2186.57
MON  12/19/05  5:00   TRANS    11     E    0:00   0:00  0:00  0:00  FM    5.10  5  01.5436             2191.67
MON  12/19/05         7:54    11      C  4:54   7:57  5:00  7:54          2.90  5  01.5436             2194.57
FMLA EXCEUSS
TUE  12/20/05         TRANS    11         0:00   0:00  0:00  0:00  FH     8.00  5  01.5436             2202.57
WED  12/21/05         TRANS    11         0:00   0:00  0:00  0:00  FH     8.00  5  01.5436             2210.57
THU  12/22/05         TRANS    11         0:00   0:00  0:00  0:00  FH     8.00  5  01.5436             2218.57
FRI  12/23/05         TRANS    11         0:00   0:00  0:00  0:00  HONP   8.00  5  01.5436             2226.57
MON  12/26/05         TRANS    11         0:00   0:00  0:00  0:00  HONP   8.00  5  02.5436             2234.57
TUE  12/27/05         TRANS    11         0:00   0:00  0:00  0:00  FH     8.00  5  01.5436             2242.57
WED  12/28/05         TRANS    11         0:00   0:00  0:00  0:00  FH     8.00  5  01.5436             2250.57
THU  12/29/05         TRANS    11         0:00   0:00  0:00  0:00  FH     8.00  5  01.5436             2258.57
FRI  12/30/05         TRANS    11         0:00   0:00  0:00  0:00  HONP   8.00  5  01.5436             2266.57
MON  1/02/06          TRANS    11         0:00   0:00  0:00  0:00  HONP   8.00  5  01.5436             2274.57
TUE  1/03/06   5:00   13:30    11      A  4:53  13:34  5:00 13:30         8.00  5  01.5436             2282.57
WED  1/04/06          TRANS    11         0:00   0:00  0:00  0:00   L2    7.90  5  01.5436             2290.47
WED  1/04/06   5:00   7:06     11         4:56   7:10  5:00 13:30         2.10  5  01.5436             2292.57
THU  1/05/06         TRANS     11      E  0:00   0:00  0:00  0:00  AB    10.00  5  01.5436             2302.57
FRI  1/06/06         TRANS     11         0:00   0:00  0:00  0:00  AB    10.00  5  01.5436             2312.57

TOT HRS:    2312.57  WORKED   2165.94 NON-WORKED   300.80  PAID   1982.67  OT0.5          NON-PAID                 $.00 ADJUST
HOURS BY PAY CODE       HOLIDAY PAY    40.00  REGULAR         EXCUSED DOCTOR       .30 HOLIDAY NO PAY       180.80 VACATION  80.00
HOURS BY PAY CODE       EARLY LEAVE    11.00  EXCUSED DOCTOR  PHYSICAL INVEN     21.20 TARDY <= 2HRS       154.07 TARDY       .10
HOURS BY PAY CODE       ABSENT         43.10  PHYSICAL INVEN  TRAINING            2.00 PLT PROD RATIO       48.00 PLANT SHUTDOWN 8.00
HOURS BY PAY CODE       PERSONAL TIME   8.00  TRAINING        EARLY LEAVE >2      7.90                      .30  EARLY LEAVE <= 1.00
HOURS BY PAY CODE       FAMILY MEDICAL 53.10  EARLY LEAVE >2                                               6.00

** FINAL TOTALS
TOT HRS:    2312.57  WORKED   2165.94 NON-WORKED   300.80  PAID   1982.67  OT0.5          NON-PAID                 $.00 ADJUST
HOURS BY PAY CODE       HOLIDAY PAY    40.00  REGULAR         EXCUSED DOCTOR       .30 HOLIDAY NO PAY       180.80 VACATION  80.00
HOURS BY PAY CODE       EARLY LEAVE    11.00  EXCUSED DOCTOR  PHYSICAL INVEN     21.20 TARDY <= 2HRS       154.07 TARDY
HOURS BY PAY CODE       ABSENT         43.10  PHYSICAL INVEN  TRAINING            2.00 PLT PROD RATIO       48.00 PLANT SHUTDOWN 8.00
HOURS BY PAY CODE       PERSONAL TIME   8.00  TRAINING        EARLY LEAVE >2      7.90                      .30  EARLY LEAVE <= 1.00
HOURS BY PAY CODE       FAMILY MEDICAL 53.10  EARLY LEAVE >2                                               6.00
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RONNIE GILES,

    PLAINTIFF,

V.                      CIVIL ACTION NO: 3:06-cv-00528-WKW-WC

MASTERBRAND CABINETS, INC.,

DEFENDANT.

## PLAINTIFF'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff submits the following evidentiary submissions in support of his response to Defendant's Motion for Summary Judgment:

| Number | Description |
| --- | --- |
| 1 | Defendant's Response to Plaintiff's First Request for Admissions |
| 2 | Defendant's Answers to Plaintiff's First Set of Interrogatories |
| 3 | MasterBrand Attendance Policy |
| 4 | Time records – January 1, 2005 through June 1, 2006 |

Respectfully submitted,

/s/ Allen D. Arnold
_____
Allen D. Arnold

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on April 20, 2007:

    Mark J. Romaniuk
    Kelley Bertoux Creveling

                             /s/ Allen D. Arnold
                             _____
                             Of Counsel