UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

In accordance with the Uniform Scheduling Order, the parties have conducted settlement discussions and the case has not settled. At this time the parties do not believe that mediation will assist them in resolving the case short of trial. The parties agree to report to the Court in the event they wish to mediate the case at a date in the future.

Respectfully submitted

| | |
|---|---|
| Arendall & Associates | BAKER & DANIELS LLP |
| | |
| By: s/Allen D. Arnold | By: s/Kelley Bertoux Creveling |
| David R. Arendall | Mark J. Romaniuk, 15255-49 |
| Allen D. Arnold | Kelley Bertoux Creveling, 19309-49 |
| 2018 Morris Avenue, Suite 300 | 300 North Meridian Street, Suite 2700 |
| Birmingham, Alabama  35203 | Indianapolis, Indiana  46204 |
| Phone:  (205) 252-1550 | Phone:  (317) 237-0300 |
| Facsimile:  (205) 252-1556 | Facsimile:  (317) 237-1000 |
| E-mail:  dra@arendalllaw.com | E-mail:  mark.romaniuk@bakerd.com |
| E-mail:  ada@arendalllaw.com | E-mail:  kelley.creveling@bakerd.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |