UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.  3:06 CV 528-WKW |
| ) | |
| MASTERBRAND CABINETS, INC. ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S SUPPLEMENTAL DESIGNATION OF EVIDENCE

In support of Defendant's Motion for Summary Judgment, Defendant, MasterBrand Cabinets, Inc., by counsel submits the following supplemental evidence:

9. P. Ezell Affidavit with supplemental paragraph nos. 39 and 40.

Respectfully submitted

BAKER & DANIELS LLP

By: s/Kelley Bertoux Creveling
    Mark J. Romaniuk, 15255-49
    Kelley Bertoux Creveling, 19309-49
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204
    Phone:  (317) 237-0300
    Facsimile:  (317) 237-1000
    E-mail:  mark.romaniuk@bakerd.com
    E-mail:  kelley.creveling@bakerd.com

Attorneys for Defendant

BDDB01 4757445v1

## CERTIFICATE OF SERVICE

I certify that on May 9, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203

                                                          s/Kelley Bertoux Creveling