IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RONNIE GILES,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-528-WKW |
| | ) |
| **MASTERBRAND CABINETS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Plaintiff's Motion to Strike Defendant's Evidentiary Submissions Attached to its Reply Brief in Support of Motion for Summary Judgment (Doc. # 34) filed on May 15, 2007, it is hereby ordered that the motion is DENIED.

DONE this 29th day of May, 2007.

           /s/   W. Keith Watkins
    UNITED STATES DISTRICT JUDGE