**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RONNIE GILES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:06-cv-528-WKW** |
| | ) | |
| **MASTERBRAND CABINETS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff's unopposed Motion to Extend Discovery (Doc. # 36) is GRANTED as to the

one deposition identified in the motion.  The deadline is extended to July 31, 2007.

DONE this 3rd day of July, 2007.

                    /s/   W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE