UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT MASTERBRAND CABINETS INC.'S
FINAL WITNESS LIST**

Comes now Defendant, MasterBrand Cabinets, Inc., respectfully submits

the following list of witnesses who may be called at trial, exclusive of unknown and

unanticipated witnesses it may call solely for purposes of rebuttal.

1.    Ronnie Giles, Plaintiff

2.    Perry Ezell, Human Resources Manager
MasterBrand Cabinets, Inc.
300 Webster Road
Auburn, Alabama  36832
(334) 887-5600

3.    Kim Couch, Human Resources Analyst
MasterBrand Cabinets, Inc.
300 Webster Road
Auburn, Alabama  36832
(334) 887-5600

4.    Kirsten Ray, Human Resources Assistant
MasterBrand Cabinets, Inc.
300 Webster Road
Auburn, Alabama  36832
(334) 887-5600

5.    Jon Oleinick, Former Team Leader, current Materials Manager
      MasterBrand Cabinets, Inc.
      300 Webster Road
      Auburn, Alabama  36832
      (334) 887-5600

6.    Iris Hendrix
      Area Realty LLC
      1313 S. Moss Flat Road
      Notasulga, Alabama  36866
      (334) 501-1455

7.    Representative of Weidman Plastics Technology North America, Inc.
      P.O. Box 3987
      Auburn, Alabama  36831
      (334) 826-4044

8.    All witnesses necessary for rebuttal purposes.

9.    All witnesses necessary to authenticate documents.

10.   All witnesses listed by Plaintiff.


                        Respectfully submitted

                        BAKER & DANIELS LLP

                        By: s/Kelley Bertoux Creveling
                            Mark J. Romaniuk, 15255-49
                            Kelley Bertoux Creveling, 19309-49
                            300 North Meridian Street, Suite 2700
                            Indianapolis, Indiana  46204
                            Phone:  (317) 237-0300
                            Facsimile:  (317) 237-1000
                            E-mail:  mark.romaniuk@bakerd.com
                            E-mail:  kelley.creveling@bakerd.com

                        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on July 11, 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203

s/Kelley Bertoux Creveling

BDDB01 4805753v1