UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  3:06 CV 528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIM FOR EMOTIONAL DISTRESS DAMAGES

This matter is before the Court on Defendant's Motion to Dismiss Plaintiff's Claim for Emotional Distress Damages.  The Court, after reviewing the evidence and being duly advised, finds that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Claim for Emotional Distress Damages is hereby dismissed.

Dated:_____

_____
Judge, U.S. District Court, Middle District of Alabama, Eastern Division

BDDB01 4818188v1

COPIES TO:

Mark J. Romaniuk
Kelley Bertoux Creveling
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama  35203