## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

**RONNIE GILES,**

      **PLAINTIFF,**

**V.**                          **CIVIL ACTION NO: 3:06-cv-00528-WKW-WC**

**MASTERBRAND CABINETS, INC.,**

**DEFENDANT.**

### PLAINTIFF'S WITNESS AND EXHIBIT LIST

      Plaintiff submits the following as her list for witnesses and exhibits as required by this Court's Order of September 20, 2006:

<u>Witnesses</u>

1.      Ronnie Giles
        c/o Arendall & Associates

2.      Lucretia Giles
        c/o Arendall & Associates

3.      Tracy Moncus
        Address Unknown

4.      Kristy Evans
        Address Unknown

5.      Linda Thomas
        Address Unknown

6.      Gloria Durham
        Address Unknown

7.    Perry Ezell
      c/o Defendant

8.    Joe Olenick
      c/o Defendant

9.    Kim Couch
      c/o Defendant

10.   Kirsten Ray
      c/o Defendant

11.   Any witness necessary for rebuttal

12.   Any witnesses necessary to authenticate documents

13.   Any witness on Defendant's Exhibit List

Exhibits

1.    Masterbrand's Attendance Policy Effective 1/9/2006

2.    Masterbrand's Vacation Policy effective 1/9/2006

3.    Plaintiff's Attendance Records

4.    Plaintiff's Termination Letter

5.    Defendant's Attendance Records for January 4-6, 2006.

6.    Plaintiff's Income Records: including W-2's, Tax returns, and 1099's.

7.    Defendant's Employee Handbook

8.    Documents provided by Defendant who were terminated and/or
      received written warnings/discipline under Defendant's attendance
      policy.

9.    Any charts, diagrams, graphs, and tables prepared for use as

illustrative or demonstrative exhibits

10.   Defendant's Responses to Plaintiff's Request for Admissions, Interrogatories, Requests for Production

11.   All documents related to Plaintiff's FMLA leave

12.   Deposition of Defendant's 30(b)(6) deponent

13.   Any document produced by Defendant during the course of discovery

14.   Any document necessary for impeachment

15.   Any Exhibit on Defendant's Exhibit List

Respectfully submitted,

/s/ Allen D. Arnold

_____
Allen D. Arnold

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on July 11, 2007:

    Mark J. Romaniuk
    Kelley Bertoux Creveling


                          /s/ Allen D. Arnold

                        _____
                        Of Counsel