IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-528-WKW |
| ) | (WO) |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 11, 2007, the defendant in this case filed a Motion to Dismiss Plaintiff's Claim for Emotional Distress Damages (Doc. # 41) because "such damages are plainly not available under the FMLA." The plaintiff responds by voluntarily dismissing his claim for damages based on emotional distress. (Doc. # 43.) It is hereby ORDERED that the Motion is GRANTED. The plaintiff's claim for emotional distress is DISMISSED WITH PREJUDICE.

DONE this 25th day of July, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE