U.S. District Court
Alabama Middle District
Calendar Events Set For **8/20/2007**
Judge William Keith Watkins, Presiding

**OPELIKA, ALABAMA**

**JURY SELECTION - JURY TRIAL**

**GILES VS. MASTERBRAND CABINETS - 3:06cv528-WKW**

---

10:00 AM                                                                                   ETT 2 days

Allen Durham Arnold and David Randall Arendall representing Ronnie Giles (Plaintiff)

Kelley Bertoux Creveling and Mark J Romaniuk representing Masterbrand Cabinets, Inc. (Defendant)