**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

August 3, 2007

# NOTICE OF CORRECTION

**From:**             **Clerk's Office**

**Case Style:**       **Ronnie Giles vs. Masterbrand Cabinets, Inc.**

**Case Number:**      **3:06cv528-WKW**

**Referenced Pleading: Notice of Jury List and Jurors' Profiles**
                      **Document #47**

This Notice of Correction has been filed in this case to notice parties
that the above referenced pleading contains an incorrect date.  Parties
were instructed to pick up juror questionnaires on August 3, 2007.  The
correct date is August 17, 2007 for the August 20 trial term.