UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MASTERBRAND CABINETS, INC. )<br>)<br>Defendant. ) | CAUSE NO.  3:06 CV 528-WKW |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S WITNESS LIST**

Defendant, MasterBrand Cabinets, Inc. ("MBCI"), hereby files its Objection to Plaintiff's Witness List and in support of its Motion states as follows:

1. On his Final Witness List Giles lists his wife as a potential witness to testify at trial of this matter.

2. Giles' wife can have no personal knowledge about the termination of Giles' employment or the applicable Company policies.

3. Moreover, Plaintiff's claim for emotional distress damages was dismissed.

4. Accordingly, Defendant can envision no circumstances under which Giles' wife would have personal knowledge of any of the events and matters at issue in this case.

2

WHEREFORE, Defendant, MasterBrand Cabinets, Inc., respectfully enters its objection to Plaintiff's wife as a witness as listed on Plaintiff's Final Witness List.

Respectfully submitted,

s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:  (317) 237-1000
mark.romaniuk@bakerd.com
kelley.creveling@bakerd.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on August 16, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama 35203

*Attorney for Plaintiff*

s/Kelley Bertoux Creveling

2

BDDB01 4842008v1