UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MASTERBRAND CABINETS, INC. )<br>)<br>    Defendant. ) | CAUSE NO. 3:06 CV 528-WKW |

## PROPOSED VERDICT FORM

Defendant, MasterBrand Cabinets, Inc. ("MBCI"), by counsel, respectfully submits the following proposed verdict form. MBCI requests that it be permitted to supplement or modify this Proposed Verdict Form as may be necessary or appropriate after submission of all evidence or during conference with the Court.

Respectfully submitted,

s/Kelley Bertoux Creveling
Mark J. Romaniuk (#15255-49)
Kelley Bertoux Creveling (#19309-49)
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
mark.romaniuk@bakerd.com
kelley.creveling@bakerd.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MASTERBRAND CABINETS, INC. )<br>)<br>Defendant. ) | CAUSE NO.  3:06 CV 528-WKW |

**PROPOSED VERDICT FORM**

Ladies and Gentlemen of the Jury:

    1.    Do you find that Mr. Giles established by a preponderance of the evidence that MBCI unlawfully retaliated against him by terminating his employment on January 9, 2006 because he had previously taken leave under the Family and Medical Leave Act?

    _____ Yes      _____ No

**IF YOUR ANSWER IS "NO," STOP HERE.  SIGN/DATE THIS FORM BELOW AND GIVE IT TO THE BAILIFF.**

**IF YOUR ANSWER IS "YES," ANSWER QUESTIONS 2 and 3.**

    2.    If you find that MBCI's decision to terminate Mr. Giles' employment was unlawful, do you find that MBCI acted in good faith in making that decision?

    _____ Yes      _____ No

      3.      Please calculate the amount of lost compensation that Mr. Giles would have earned at MBCI had he not been discharged in retaliation for any protected leave he took under the Family and Medical Leave Act. Lost compensation should be awarded to Mr. Giles based on the following:

      A.      Calculate past wages and benefits you find Mr. Giles would have earned at MBCI had he remained employed through the date of trial: _____

      B.      Calculate wages and benefits you find that Mr. Giles earned through other employment through the date of trial: _____

      C.      Calculate wages and benefits you find that Mr. Giles could have earned through exercise of reasonable diligence in securing other employment through the date of trial: _____

      TOTAL: Calculate total lost compensation by subtracting B & C from A:

_____

**IF YOU ANSWERED "YES" TO QUESTION 2, ANSWER QUESTIONS 4 AND 5. IF YOU ANSWERED "NO" TO QUESTION 2, STOP HERE. SIGN/DATE THIS FORM BELOW AND GIVE IT TO THE BAILIFF.**

      4.      Do you find that Mr. Giles is entitled to additional liquidated damages?

      _____ Yes     _____ No

     5.     If you and answered "yes" to question 4, how much do you find Mr. Giles should be awarded as liquidated damages?

$\$$_____

(amount may not exceed the "total" in response to question 3 above)

SO SAY WE ALL

_____
Foreperson

_____
Date

## CERTIFICATE OF SERVICE

  I certify that on August 7, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama 35203

            s/Kelley Bertoux Creveling