UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,                          )
                                      )
            Plaintiff,                )          CAUSE NO. 3:06-cv-449-MHT
                                      )
      v.                              )
                                      )
MASTERBRAND CABINETS, INC.,           )
                                      )
            Defendant.                )

*and*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RONNIE GILES,                         )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )          CAUSE NO.  3:06 CV 528-WKW
                                      )
MASTERBRAND CABINETS, INC.            )
                                      )
            Defendant.                )


**PARTIES' JOINT NOTICE OF SCHEDULING CONFLICT**

Plaintiff Kim Foreman ("Foreman") and Defendant MasterBrand Cabinets, Inc.

("MBCI") in Cause No. 3:06-cv-449-MHT, and Plaintiff Ronnie Giles ("Giles") and Defendant

MBCI in Cause No. 3:06-cv-528-WKW, by and through their respective counsel, jointly and

respectfully provide notice to the Courts in the above-captioned cases of a scheduling conflict for

lead counsel in both cases.

        David Arendall is lead trial counsel for both Plaintiff Giles and Plaintiff Foreman

in the two matters captioned above.  Both Plaintiffs are also represented by Allen Arnold.  Mark

Romaniuk is lead trial counsel for MBCI in both cases. MBCI is also represented by Christopher Murray in the *Foreman* case and by Kelley Creveling in the *Giles* case.

In the *Foreman* case, there is a pretrial conference scheduled for August 21, 2007, at 9 a.m. In the *Giles* case, trial is scheduled to commence August 20, 2007 and to continue for several days, including through August 21. Accordingly, because of this scheduling conflict, the parties' lead trial counsel respectfully wished to notify the Courts that it may be necessary for them to be absent from a portion of the proceedings in one of these cases. However, the other counsel who have appeared in these cases on the parties' behalf will be present in lead trial counsels' place.

Respectfully submitted,
BAKER & DANIELS LLP

By: _____s/Mark J. Romaniuk_____
 Mark J. Romaniuk (IN Bar #15255-49)
  (admitted *pro hac vice* in Causes No. 3:06-cv-449-MHT and  3:06-cv-528-WKW)
 Kelley B. Creveling (IN Bar #19309-49)
  (admitted *pro hac vice* in Cause No. 3:06-cv-528-WKW)
 Christopher C. Murray (IN Bar #26221-49)
  (admitted *pro hac vice* in Cause No. 3:06-cv-449-MHT )

300 North Meridian Street, Suite 2700  Attorneys for MasterBrand Cabinets, Inc.
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

> David R. Arendall
> Allen D. Arnold
> ARENDALL & ASSOCIATES
> 2018 Morris Avenue
> Birmingham, Alabama  35203

                                    _____s/ Mark J. Romaniuk_____
                                    Mark J. Romaniuk

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com