# Exhibit A

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 1

```
1        IN THE UNITED STATES DISTRICT COURT

2            MIDDLE DISTRICT OF ALABAMA

3                 EASTERN DIVISION

4

5   CASE NUMBER:      3:06-CV-528-WKW

6

7   RONNIE GILES,

8              Plaintiff,

9   VS.

10

11  MASTERBRAND CABINETS, INC.,

12             Defendants.

13             * * * * * * * *

14

15             S T I P U L A T I O N

16

17        IT IS STIPULATED AND AGREED by and

18  between the parties, through their respective

19  counsel, that the deposition of RONNIE GILES

20  may be taken before Kelly Gray, CSR., at the law

21  offices of Laney & Foster, P.C., Two Perimeter

22  Park South, Suite 404 East, Birmingham, Alabama

23  35243, on the 5th day of April, 2007.
```

COPY

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 10

```
 1   Q      How long have you worked for them?
 2   A      One year and just under two months.
 3   Yeah, two months.
 4   Q      So let's see, if you were terminated from
 5   MasterBrand in January of 2006, you began with
 6   Weidmann pretty quickly after that?
 7   A      In February.
 8          BY MR. ARNOLD:  Object to form.
 9   Q      (continued by Ms. Creveling)  I'm sorry.
10   You can go ahead and answer.
11   A      In February.
12   Q      How long between when you were terminated
13   from MasterBrand and started --
14   A      One month.
15   Q      Did you collect unemployment in that one
16   month?
17   A      No.
18   Q      Did you work anywhere else in that one
19   month?
20   A      I worked at Area Realty.
21   Q      Okay.  Any other employers at all,
22   besides Area Realty and Weidmann Plastics, after
23   leaving MasterBrand Cabinets?
```

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 12

1  Q      Who then went over to Weidmann Plastics?
2  A      Yes.
3  Q      Okay. And did they -- do they like Mr. Allen? I mean, was that a favorable thing or is that an unfavorable recommendation?
6  A      Favorable.
7  Q      Okay. And is Mr. Allen still at Weidmann Plastics?
9  A      Yes.
10 Q      What shift do you work there?
11 A      Third shift.
12 Q      Is that your preferred shift?
13 A      Yes.
14 Q      How much do you make there per hour?
15 A      $12.50.
16 Q      Is there a shift differential?
17 A      Yes.
18 Q      What do you get for the shift differential?
20 A      Fifty cents.
21 Q      Per hour; is that right?
22 A      Yes.
23 Q      Okay. What benefits do you have?

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 16

```
 1    A       Not to my knowledge.
 2    Q       Any other benefits we haven't discussed
 3    that are available to you at Weidmann?
 4    A       Not that I know of.
 5    Q       Okay.  Presumably you have vacation time
 6    through them?
 7    A       Through Weidmann?
 8    Q       Through Weidmann.
 9    A       Yes.
10    Q       How much do you get per year?
11    A       Two weeks.
12    Q       Is that paid?
13    A       Yes.
14    Q       Okay.  Let's talk a little bit about
15    Area Realty.  How long have you been working for
16    Area Realty?
17    A       Approximately, three years and eleven
18    months.
19    Q       Have you worked with any other real
20    estate companies, other than Area Realty?
21    A       Yes.
22    Q       Tell me who else you've worked for.
23    A       Century 21.
```

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 19

1     $10,000.00, it goes up five percent each.

2     Q     Is that your current agreement with Area

3     Realty?

4     A     Yes.

5     Q     Has it changed over the years?

6     A     No.

7     Q     No?

8     A     No.

9     Q     Okay. Do you work full-time at Weidmann?

10    A     Yes.

11    Q     How many hours?

12    A     Forty.

13    Q     Do you get overtime?

14    A     No.

15    Q     How many hours per week would you say you

16    work in the real estate business?

17    A     I'd say approximately twenty-five.

18    Q     And that's twenty-five hours per week

19    currently for real estate-related items?

20    A     Yes.

21    Q     Let's go back to 2005 when you were still

22    at MasterBrand. Roughly, how many hours per

23    week then would you say you were working in real

1   estate?

2   A    About twenty-five.

3   Q    Okay. What shift did you work at MBCI?

4   A    First.

5   Q    Do you have any benefits at all available
6   through Area Realty?

7   A    No.

8   Q    Do you have any agreements as to how many
9   hours per week you will work for Area Realty?

10  A    No.

11  Q    That twenty-five hours that you work per
12  week in real estate, can you describe for me
13  when you fit those hours in?

14  A    You're talking about right now,
15  currently?

16  Q    Yes.

17  A    Usually on weekends, I work -- usually I
18  wake up about -- well, it varies. It's hard to
19  sleep in the daytime. I wake up sometimes at
20  10:30, 11:00. Then I start returning phone
21  calls and making showings.

22  Q    Okay. Do you do any during the week?

23  A    Yes.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 21

1   Q      Okay.
2   A      That's not waking up on the weekends.  I
3   don't work weekends at Weidmann.
4   Q      Okay.
5   A      That was during the week.
6   Q      All right.
7   A      I wake up about 11:00, 10:30 or 11:00,
8   and begin doing real estate through the week.
9   Q      I got you.  Okay.  So your forty hours
10  that you work at Weidmann, what days of the week
11  is that?
12  A      Well, they consider it Monday through
13  Friday even though you start work Sunday night
14  at 11:00.
15  Q      Okay.  So you do some real estate work
16  during the week, as you've described for me.  Do
17  you do any on the weekends, as well?
18  A      Yes.
19  Q      Okay.  Are you responsible for generating
20  your own listings?
21  A      Yes.
22  Q      If I wanted to see what listings you had,
23  would that be in a newspaper somewhere in

1933 Richard Arrington Jr. Blvd. S * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 23

```
 1    Q       What does she do for Wal-Mart?
 2    A       She works as a customer service manager.
 3    Q       Let's go back to the time when you were
 4    employed at MBCI, and tell me how you fit your
 5    real estate activities into the week.
 6    A       Well, the normal work hours were 5:00 to
 7    1:30.
 8    Q       Is that 5:00 a.m. or 5:00 p.m.?
 9    A       5:00 a.m.
10    Q       5:00 a.m. to 1:30 p.m. was your regular
11    shift?
12    A       Yes.
13    Q       Okay.  Is that considered first shift?
14    A       Yes.
15    Q       Did you work overtime?
16    A       Sometimes.
17    Q       What was your job title there?
18    A       Material handler.
19    Q       So you worked 5:00 to 1:30 at
20    MasterBrand, and then tell me when you would fit
21    in your real estate activities.
22    A       I would start as soon as I got home from
23    work.
```

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 31

1  A     I'm not -- I'm really not sure on those
2  years, but the other owner was supposed to buy
3  it, and I've been waiting and waiting.
4  Q     Anything that you have that would allow
5  you to pinpoint more precisely when that
6  occurred?
7  A     Anything that I have?
8  Q     Yeah.
9  A     No.
10 Q     When you say you had to clean it up, was
11 there any type of action by the City or any
12 formal action?
13 A     Yes, the City notified me that it needed
14 to be cleaned up.
15 Q     Is there a particular office or agency
16 from the City that notified you?
17 A     I don't know what the name of it was.
18 Q     Let's talk a little bit about your work
19 at MBCI. I think you told me you were a
20 material handler at the time you were
21 terminated; is that right?
22 A     Yes.
23 Q     And you were on first shift?