# Exhibit B

| ☐ VOID ☐ CORRECTED | | |
|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Iris T. Hendrix<br>Area Realty, LLC<br>478 Opelika Road<br>Auburn, AL 36830<br><br>(334) 501-1455 | 1 Rents $<br>2 Royalties $<br>3 Other income $ | OMB No. 1545-0115<br><br>2005<br>Form 1099-MISC<br><br>4 Federal income tax withheld $ | Miscellaneous Income<br><br>Copy C<br>For Payer<br>or State Copy<br>or Copy 2 |
| PAYER'S Federal identification number REDACTED | RECIPIENT'S identification number REDACTED | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address, and ZIP code<br><br>Ronnie Giles<br>3006 Pheasant Ave.<br>Opelika,, AL 36801 | 7 Nonemployee compensation $ 37706.89 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC    ♻ Printed on Recycled Paper                         Department of the Treasury - Internal Revenue Service

COPY OF Form 1099 for 2006

Iris Hendrix
1313 S. Moss Flat Road
Notasulga, AL 36866-4223

(334) 501-1455

REDACTED   REDACTED

Ronnie Giles
3006 Pheasant Ave.
Opelika, AL ~~36801-0300~~ 36801                48220.15