IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **RONNIE GILES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 3:06-cv-528-WKW** |
| | ) | |
| **MASTERBRAND CABINETS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff's Motion for Judgment as a Matter of Law, filed in open court on August 21, 2007, is DENIED. Defendant's oral motion for judgment as a matter of law, made in open court on August 21, 2007, is DENIED.

DONE this 22nd day of August, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE