IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the parties shall, on or before September 25, 2007,  brief the issue of

whether the court should award liquidated damages under Title 29, Section 2617 of the United

States Code under The Family and Medical Leave Act.[1]

DONE this 22nd day of August, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1]  Title 29, section 2617 of the United States Code provides that damages awarded to a prevailing plaintiff include liquidated damages if the court determines that the act or omission of the defendant was not made in good faith and that the employer "had reasonable grounds for believing that the act or omission was not a violation of [FMLA]."  29 U.S.C. § 2617 (a)(1)(A)(iii).