IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-528-WKW |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

Ladies and Gentlemen of the Jury:

1. Do you find that Mr. Giles established by a preponderance of the evidence that his use of leave under the Family and Medical Leave Act was a substantial motivating cause for the termination of his employment by Masterbrand Cabinets, Incorporated?

    ___✓___ YES        _____ NO

**IF YOUR ANSWER IS "NO," STOP HERE. SIGN AND DATE THIS FORM BELOW AND GIVE IT TO THE BALIFF.**

2. Please calculate the amount of lost wages suffered by Mr. Giles as a result of the retaliatory termination of his employment.

    Amount: $ _14,698.23_

SO SAY WE ALL

_Lisa J. Boyd_
FOREPERSON

_8-21-07_
DATE