# EXHIBIT C

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES



# BELLSOUTH

## The Real Yellow Pages

Auburn-Opelika

visit us online at RealPages.com

Do Not Discard Before January 2006

Includes customer listings for all
local telecommunications companies.

©2005 BellSouth Advertising & Publishing Corp.

100% Recyclable
Printed on Recycled Paper

Case 3:06-cv-00921-WKW-WC    Document 33-3    Filed 11/30/2007    Page 3 of 23

## Associations

Alabama Association Of Habitat Affiliates
3801 Market St Opelika ............... 741-8077
Alabama Crop Improvement Association Inc
5 Donahue Dr Auburn ............... 821-7400
Alabama Nurserymen's Association The
100 S College St Auburn ............... 821-5148
Alabama Turfgrass Association
593 Merimont Blvd Auburn ............... 821-3000
Auburn Arts Association
434 E Magnolia Av Auburn ............... 887-2832
Chamber Of Commerce Of Auburn
714 E Glenn Av Auburn ............... 887-7011
Gulf Coast Golf Course Superintendant Assoc
593 Merimont Blvd Auburn ............... 821-0965
Gulf States Horticultural Expo Inc The
100 S College St Auburn ............... 502-7777
League Of Women Voters Of Auburn Alabama
............... 821-8539
Lee County Home Builders Association ... 749-6200
Presbyterian Community Ministry
1143 E Thach St ............... 887-3777
Sickle Cell Association-Southeast Alabama
300 N Donahue Dr Auburn ............... 826-1168

## Attorney Referral Service

(See Attorneys-Referral Service)

## Attorney Service Bureaus

(See Attorneys-Support Services)

## Attorneys

ADAMS PHILLIP E JR
205 S 9th St Opelika ............... 745-6466

ADAMS UMBACH DAVIDSON & WHITE LLP
Phillip E. Adams Jr.
Arnold W. Umbach Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine Bryan Dean
▫ General Legal Services
▫ Real Estate
▫ Personal Injury
▫ Wrongful Death
▫ Auto Accidents
▫ DUI's
▫ Wills / Trusts / Estates
▫ Domestic / Family Law

No Representation Is Made That The Quality
Of The Legal Service To Be Performed
Is Greater Than The Quality Of Legal
Services Performed By Other Lawyers
205 S 9th St Opelika ............... 745-6466
132 Tichenor Ave Auburn ............... 501-2965

---

AKRIDGE & BALCH PC

## AKRIDGE & BALCH

- General Civil Practice
- Business & Corporate Law
- Real Property
- Commercial Collection
- Estate Planning
- Family & Probate Law

www.akridgebalch.com

No Representation Is Made That The Quality
Of The Legal Services To Be Performed Is
Greater Than The Quality Of Legal Services
Performed By Other Lawyers
730 N Dean Rd Auburn ............... 887-0884

ALABAMA ATTORNEYS PC

### Braxton Blake Lowe
Attorney At Law

256 234-0724

1009 Cherokee Rd Alexander
City ............... 256 234-0724

ALABAMA INJURY LAWYERS PC

### ALABAMA INJURY LAWYERS
- WORKERS COMP
- CAR WRECKS
- SOCIAL SECURITY

No Representation Is Made That The Quality
Of The Legal Services To Be Performed Is
Greater Than The Quality Of Legal Services
Performed By Other Lawyers
Charles J. Lorant
Toll Free-Dial '1' & Then ............... 800 678-9048

AMASON BILLY B
114 N 8th St Opelika ............... 741-4077

ARAGUEL PATRICK & ASSOCIATES

### PERSONAL INJURY & WRONGFUL DEATH
No Fee For Initial Consultation
"No Representation Is Made As To
The Quality Of Legal Services To Be
Performed Or The Expertise Of The
Lawyer To Perform Such Services"

706 324-3445

5300 Veterans Parkway
Columbus Ga ............... 706 324-3445

*Anytime you find yourself in an unusual
situation and need a special product or
service, don't panic. Get help fast in
The Real Yellow Pages®.*

---

### EMPLOYMENT LAW
Over 28 Years Experience

■ OVERTIME/WAGE CLAIMS
■ SEXUAL HARASSMENT
■ DISCRIMINATION
■ WORKER'S COMPENSATION
   ● AGE
   ● RACE
   ● SEX & EQUAL PAY
   ● DISABILITY

■ FAMILY MEDICAL LEAVE
■ TERMINATION
■ RETALIATION
   "No Representation Is Made That The
   Quality Of Legal Service Performed Is
   Greater Than The Quality Of Legal
   Services Performed By Other Lawyers"
2018 Morris Ave Birmingham
Toll Free-Dial '1' & Then ... 888 450-1550

Bailey Joe S ............... 821-9345
Balch Russell C 730 N Dean Rd Auburn ... 887-0884
Barrett J Tutt 1710 Ogletree Rd ... 502-0027

BEN C HAND JR

### Hand Fellows & Associates LLC
### Attorneys At Law
Ben C Hand Jr
Michael C Fellows
Billy B Amason

● Seriously Injured
Auto, Motorcycle, Alcohol Related, etc.

● Wrongfully Accused
Criminal & Civil

● Denied Social Security

● Construction Law

Serving Alabama & Georgia

Alabama Bar requires the following: "No
representation is made that the quality of the
legal services to be performed is greater than
the quality of legal services performed by
other lawyers"

114 N 8th St Opelika ............... 741-4077

BLACK J GARY
937 Opelika Rd Auburn ............... 887-5632
( Please See Our Display Ad Page 35 )

Thousands of people use
The Real Yellow Pages®
as a Buyer's Guide.
Every department of
your business should
be completely
represented here.

---

BLAKE GEORGE H III

### GEORGE H. BLAKE III
### ATTORNEY AT LAW

REAL ESTATE CLOSINGS
(RESIDENTIAL / COMMERCIAL)

WILLS & ESTATES

PROBATE OF WILLS

ESTATE ADMINISTRATION

DIVORCE & FAMILY LAW

GUARDIANSHIP
& CONSERVATORSHIP

POWERS OF ATTORNEY

BUSINESS LAW

GENERAL LEGAL SERVICES

Located Corner East Glenn Ave & Cook St.

887-3866

203 Cook St Auburn ............... 887-3866

Bond Botes Shinn & Donaldson PC ... 887-7666
( Please See Our Display Ads Pages 20, 33 )

BOND BOTES SHINN & DONALDSON PC

### BOND, BOTES, SHINN
### & DONALDSON, P.C.

Attorneys Providing Financial Solutions

DEBT CONSOLIDATION
BANKRUPTCY

www.bondbotes.com

TOLL FREE 24 HOUR RECORDED INFO LINE .
1 877 ONE-DEBT
(663-3328)

887-7666

............... 887-7666

BOOKER R MICHAEL

### SOCIAL SECURITY DISABILITY
### &
### RAILROAD DISABILITY

R. MICHAEL BOOKER
Attorney At Law

"No Representation Is Made That The
Quality Of The Legal Services To Be
Performed Is Greater Than The Quality
Of Legal Services
Performed By Other Lawyers"

120 W 2nd Street Sylacauga
Toll Free-Dial '1' & Then ... 800 794-9892

BOONE LISA E ATTORNEY
............... 821-0600

Booth Legal Services 249 W Main St ... 365-3959
( Please See Our Display Ad Page 35 )
( Classification Continued Next Page )

Get Your Share of the Action.™

---



No Games, No Gimmicks!
CARL GREGORY
www.carlgregoryflm.com
FORD MERCURY LINCOLN

---



More information on-line



www.realpages.com

Attorneys

The Real Yellow Pages
Visit us online at realpages.com

# Brock, Stout & Clark

## ATTORNEYS AT LAW

# DEBT CONSOLIDATION
# BANKRUPTCY



- **Garnishment of Wages**
- **Repossession of Cars**
- **Foreclosure of Homes**
- **Harassing Phone Calls**
- **Lawsuits**

# FOR A FREE APPOINTMENT CALL
# 749-3800

## OPELIKA    1608 2nd Avenue

## TOLL FREE  1-866-717-4357

Alabama State Bar Regulations require the following on all attorney's ads: "No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

Get an idea online: ctrs.cbrogan.com                    Attorneys etc.
Case 2:07-cv-00508-WKW-SRW    Document 30-3    Filed 11/30/2007    Page 5 of 23

# ACCIDENT & INJURY CASES

**Auto Accidents**
**Wrongful Death Cases**
**Slip & Fall**

**Nursing Home Abuse**
**Defective Products & Medicines**
**Insurance Claims**

# SOCIAL SECURITY



## Disability & SSI Claims
Let us help you get the benefits you deserve.



# NO RECOVERY - NO FEE CHARGED



## FOR A FREE APPOINTMENT CALL

# 749-3800

**TOLL FREE**
# 1-866-717-4357

Opelika    1608 2nd Avenue

# Brock, Stout & Clark

## ATTORNEYS AT LAW

Alabama State Bar Regulations require the following on all attorney's ads: "No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."



# BOND, BOTES, SHINN & DONALDSON, P.C.

# LET US HELP YOU!!

## Money Problems?
## We Want To Help!!!



Gail Donaldson
Attorney At Law

## WANT TO KEEP YOUR FINANCIAL PROBLEMS FROM
## BEING DISCUSSED LOCALLY
## COME TO MONTGOMERY AND LET US HELP YOU!!

## Social Security Disability And SSI

### Call For A FREE Appointment:

# 334-887-7666



### The Bailey Building
### 400 South Union Street, Suite 230 • Free Parking

Need Information Fast?
Call our Toll Free 24 Hour Information Line 1-877-ONE-DEBT (663-3328)
or Visit our Web Site www.bondnbotes.com

Montgomery, AL - Mobile, AL - Birmingham, AL - Huntsville, AL - Decatur, Al - Florence, AL - Gulfport, MS - Pascagoula, MS
Jackson, MS - Tupelo, MS - Oxford, MS - Pensacola, FL - Knoxville, TN - Loudon, TN - Orlando, FL

No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed by other lawyers.

**The Real Yellow Pages**
Visit us online at realpages.com

# WALTER M. NORTHCUTT

## Attorney At Law

★ **Real Estate**
★ **Divorce & Family Law**
★ **Business Law**
★ **Wills & Estates**
★ **General Legal Services**
★ **Criminal Defense**
★ **DUI Defense**

### No Recovery...

## NO ATTORNEY'S FEE ON:



➤ *Personal Injury*

➤ *Auto Accidents*

➤ *Wrongful Death*

# 826-0944

### 323 E. Thach Ave., Auburn

"No Representation Is Made That The Quality Of The Legal Services To Be
Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers"



# PERSONAL INJURY - AUTO ACCIDENTS
# DIVORCE - DUI - CRIMINAL DEFENSE

# FREE INITIAL CONSULTATION

- Wrongful Death
- Slip/Fall Accidents
- Medical Malpractice
- Custody
- Wills & Probate
- Nursing Home Injuries
- Mediation

- Drug Offenses
- Juvenile Defense
- Insurance Fraud
- Consumer Fraud
- Trials/Appeals
- Equal Employment Opportunity Cases
- Discrimination/Civil Rights



# T. Robin McIntyre
# Attorney At Law
# 745-3223

2101 Executive Pk Drive
Auburn, AL 36830

VISA

"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

24  Attorneys

The Real Yellow Pages
Visit us online at realpages.com

# PERSONAL INJURY

# CRIMINAL DEFENSE

# CONSTRUCTION LAW

# SOCIAL SECURITY



*See our ad on the inside back cover for more details.*



# HAND, FELLOWS & ASSOCIATES, LLC

## ATTORNEYS AT LAW

# 741-4077

*Staff fluent in Spanish and Chinese*



114 NORTH 8TH STREET
OPELIKA, ALABAMA

No representation is made that the quality of legal services to be performed is greater than the quality of legal services provided by other lawyers.

@BELLSOUTH
Get an iPhone at bellpages.com

# HAYGOOD, CLEVELAND, PIERCE, MATTSON AND THOMPSON, LLP

JAMES K. HAYGOOD, JR.

WILLIAM A. CLEVELAND

ROGER W. PIERCE

GERALD A. MATTSON, JR.

PHILIP A. THOMPSON

THOMAS S. MELTON

ROBERT M. HARPER

PHILIP O. TYLER

MARY B. ROBERSON

## (334) 821-3892

611 East Glenn Avenue, Auburn

- Auto Accidents
- Workers Compensation
- Criminal Defense
- Social Security Disability
- Estate Planning & Probate
- Personal Injury
- DUIs
- Divorce & Family Law
- Bankruptcy
- General Legal Services

## DEAN & BARRETT
457 S 10th St Opelika ———— 749-2222
( Please See Our Display Ad Page 33 )

### DEAN & BARRETT

**DEAN & BARRETT**
*GENERAL PRACTICE*
*CIVIL & CRIMINAL LAW*

- Personal Injury
- DUI & Drugs
- Auto Accidents
- Wrongful Death
- Fraud
- Condemnation

*No Representation Is Made That The
Quality Of Legal Services To Be Performed Is
Greater Than The Quality Of Legal Services
Performed By Other Lawyers*

**749-2222**

457 S 10th St ————————— 749-2222

**DEAN CHRISTINE B**
205 S 9th St Opelika ——————— 745-6466
Dean Joseph L Jr 457 S 10th St Opelika —749-2222
Dean Theresa 2108-B Gateway Dr Opika —745-4340
Denison & Denison PC
   1621 Deer Track Rd Opelika ————742-0725
Donaldson Ray E Atty
   132 N Gay St Auburn ——————— 501-7604

**DONOHOE CATHY B**
*Attorneys At Law*
**Donohoe And Stapleton, LLC**
*Auto Accidents • Personal Injury
Wrongful Death • Medical Malpractice
Workers' Compensation • Social Security
Bankruptcy • Tax Problems*
1 Dexter Av Montgomery ———— 269-5556

**DOUGLAS JAMES B JR ATTORNEY AT
LAW PC**
1718 Catherine Ct. Auburn ————— 821-1596
**EDDINS DON**
337 E Magnolia Av Auburn ————— 821-8981
   ( Please See Our Display Ad Page 33 )
Exco Paul D
   547 S Lawrence St Montgomery ——832-4529
   ( Please See Our Display Ad Page 34 )
**FELLOWS MICHAEL C**
114 N 9th St Opelika ——————— 741-4077
Foote Cody Wayne 401 2nd Av Opelika —— 745-7040

**GOLDBERG & ASSOCIATES PC**

**CALL
GOLDBERG**

- Auto Accidents
- Personal Injury
- Wrongful Death
- Defective Products
- Nursing Home Abuse
- Social Security Disability
- Fraud & Insurance Claims

No Recovery. . .No Attorney's Fee

No representation is made that the quality of the
legal services to be performed is greater than
the quality of legal services performed by other
lawyers. Goldberg & Associates, PC Birmingham
All Over Alabama

**CALL
GOLDBERG
800 600-6014**

Toll Free-Dial 1★ & Then ——— 800 600-6014
( Classification Continued Next Page )

1162   © BellSouth Advertising & Publishing Corporation 2006

# Personal Injury.

## Personal Attention.

INSURANCE CLAIMS  ° AUTOMOBILE ACCIDENTS
WRONGFUL DEATH  ° SERIOUS BODILY INJURIES
DRUNK DRIVER INJURIES  ° TRAUMATIC BRAIN INJURIES
CHILD INJURIES  ° BACK & NECK INJURIES
MOTORCYCLE INJURIES



"Private & Confidential".
FREE *Initial Consultation*
   NO FEE *Unless We Collect for you*
We Settle Most *Without* a Lawsuit.

| CALL TOLL FREE | Help Is Just a Phone call Away. |
| --- | --- |
| | 1-86-MORGAN-86 |

Morgan  Associates L.L.C.
*INJURY  LAWYERS*

2108 EXECUTIVE PARK DRIVE / OPELIKA, ALABAMA
email: morganassociates@lawyer.com

334-749-5570

ALABAMA BAR REQUIRES: "NO REPRESENTATION IS MADE THAT THE QUALITY OF THE LEGAL SERVICES
TO BE PERFORMED IS GREATER THAN THE LEGAL SERVICES PERFORMED BY OTHER LAWYERS."

**28** Attorneys

*The Real Yellow Pages*
Visit us online at realpages.com

Visit us online at:
www.alaelderlaw.com
Email us:
davisneal2@earthlink.net
Offices in
Montgomery, Dothan &
Mobile

# DAVIS & NEAL
## ATTORNEYS AT LAW

207 N. 4TH STREET
OPELIKA, ALABAMA 36801

# 745-2779

Member
National Academy
of Elder Law Attorneys





ELDER LAW, MEDICAID PLANNING, INCOME TRUSTS,
ADVANCE DIRECTIVES, WILLS
NURSING HOME, ASSISTED LIVING INJURIES AND DEATH
PROBATE OF WILLS, ESTATE ADMINISTRATION
WORKERS' COMPENSATION
SOCIAL SECURITY DISABILITY
GUARDIANSHIP & CONSERVATORSHIP
DIVORCE, GENERAL FAMILY LAW

# Walton Law Firm, P.C.

*Trip Walton And Michael Slocumb*

## ATTORNEYS AT LAW
# PERSONAL INJURY
**Wrongful Death • Tractor Trailer Accidents
Slip/Fall Accidents • Auto Accidents
Train Accidents • DUI & Criminal
Workers' Compensation**
## www.waltonlaw.net
2515 East Glenn Avenue • Suite 304 • Auburn, AL - 36830



# 334-321-3000

No representation is made that the quality of the legal services to be performed is greater than the
quality of legal services performed by other attorneys.



# INJURED
## Guy Willis & Steven Floyd
### Attorneys At Law

**FREE CONSULTATION**

- Automobile Accidents
- 18 Wheelers
- Personal Injury
- Slip and Fall
- Workers Compensation
- Wrongful Death

- Defective Products
- Medical Malpractice
- Insurance Claims
- Fraud/Bad Faith
- Probate/DUI
- Divorce

You Need An
**INJURY LAWYER**
Whose Job Is To Get You The Fair Compensation YOU DESERVE!!

**No Fee Until You Collect**

# 888-285-2856
334-270-9810

No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

# Deborah Hardwick Grossman
## R.N., B.S.N., J.D., Esq.
### Attorney & Counselor at Law
Certified Mediator

- Criminal Defense
- DUI/Drug Offenses
- Personal Injury
- Automobile Accidents
- Divorce & Family Law

Deborah Hardwick Grossman

# (334) 756-3LAW
## (3529)
# (800) 858-6580
4501 20th Ave, Valley, AL

**80** Attorneys

**The Real Yellow Pages**
Visit us online at realpages.com



# Larry G. Cooper, Jr.

### Attorney At Law

## BANKRUPTCY
• Ch 7 • Ch 13

## DUI DEFENSE

## DIVORCE
• Contested • Uncontested

## PERSONAL INJURY • AUTO ACCIDENTS

# 502-0022

VISA   MasterCard

**OFFICE ADDRESS:**
Auburn Bank Center
132 N. Gay St., Suite 214 • Auburn, AL 36830

"No Representation Is Made That The Quality Of The Legal Services To Be Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers"

---



**SWECKER & SPARKS, LLC**

# For Estate Planning, Business and Tax Law

With the complexity of personal tax planning and business law today, your advisors should possess not just expertise in subtle questions of tax law, but the moral commitment to achieving the best possible solution for you, your heirs and your stakeholders.

Contact Swecker & Sparks, LLC for:

• *Wealth & Estate Planning*
• *Tax Planning, Audits & Controversy Law*
• *Business & Real Estate Law*
• *1031 Exchanges*
• *Wills, Trusts, Powers of Attorney*
• *IRS & State Tax Controversies, Audits*
• *Partnership and Shareholder Agreements*
• *Civil Litigation*
• *Business & Commercial Disputes*
• *Probate*

# SWECKER & SPARKS
COLLIER H. SWECKER • C. RYAN SPARKS
Attorneys at Law

ESTATE PLANNING • TAX LAW
BUSINESS/REAL ESTATE • CIVIL LITIGATION

2006 Executive Park Drive, Suite B,
Opelika, Al 36801

# 745-6315

www.auburnlawoffice.com

"No representation is made that the quality of legal services to be performed is greater than the quality of legal services to be performed by other lawyers."

---

### Attorneys (Cont'd.)

GROSSMAN DEBORAH HARDWICK
4501 20th Avenue Vly ———756-3529
( Please See Our Display Ad Previous Page )

Gullage James T 700 Avenue D Opelika ——749-5115

**GULLAGE TICKAL LAUDERDALE AND LAUDERDALE ATTORNEYS**

James T. Gullage
Jeffrey T. Tickal
Kent M. Lauderdale
Lauryn A. Lauderdale
Attorneys At Law

• **Automobile Accidents**
• **Divorce & Child Custody**
• **Personal Injury**
• **Wrongful Death**
• **Insurance Claims**
• **Defective Products**
• **Criminal Law & DUI**
• **Worker's Compensation**
• **Social Security Disability**
*Representation In All Courts*

"No Representation Is Made That The Quality
Of The Legal Services To Be Performed
Is Greater Than The Quality Of
Legal Services Performed By Other Lawyers"

# 749-5115

700 Avenue D Opelika ———749-5115

Hand Ben C Jr 114 N 8th St Opelika ——741-4077

# HAND FELLOWS & ASSOCIATES LLC

114 N 8th St Opelika ——**741-4077**
( Please See Our Display Ad Page 24 )
( Please See our Ad on Inside Back Cover )

HARPER ROBERT M
611 E Glenn Av Auburn ————821-3692
Heuser Jerry W Atty At Law
1021 Eagle Dr ————————821-7606
Haygood Cleveland Pierce Mattson &
Thompson LLP 611 E Glenn Auburn —821-3692
( Please See Our Display Ad Page 25 )
Haygood James K Jr
611 E Glenn Av Auburn ————821-3692

HILYER JEFFERY A CPA

JEFFERY A. HILYER
*Attorney At Law*
&
*Certified Public Accountant*

608 Avenue A Opelika ————745-2564

HITCHCOCK JOHN F ATTORNEY AT LAW
1059 Lee Rd 246 ————————214-4600

Hanley W F 709 Avenue A ———745-3504
Hughes Christopher J
709 Avenue A Opelika ————745-3504
Ingram Charles M 300 Geneva St Opelika — 745-4648
Ingram Charles M Jr Attorney At Law
139 S 8th St Opelika ————745-3333
( Please See Our Display Ad Page 32 )

# JACKSON & BOONE PC

660 N College St Aubn — **821-0600**
( Please See Our Display Ad Next Page )
( Classification Continued Next Page )

Advertising In
*The Real Yellow Pages*
is a simple, economical way
to attract more business.
List your name and the
things you sell where prospective
customers will see them first.

## Attorneys (Cont'd)

**JACKSON & BOONE PC**

Raymond L. Jackson, Jr.
Lisa E. Boone

Civil Trial Practice
Business & Contract Law
Divorce & Family Law
Intellectual Property Dispute
Probate Of Estates & Wills
Real Estate Closings & Disputes
Trademarks & Copyrights
Workplace Injuries

No Representation Is Made That The Quality Of Legal Services To Be Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers

660 N College St Auburn ———— 821-0600

Jackson Joshua 709 Avenue A Opelika ——— 745-3504
JACKSON PAIGE R
3120 Frederick Rd Opelika ———— 501-1540
JACKSON RAYMOND L ATTORNEY
———— 821-0600
Johnson Caldwell & McCoy
2101 Executive Park Dr Opelika ———— 742-9110
JONES TOM
1438 Opelika Rd ———— 826-6707
Kelley Christopher Robin
730 N Dean Rd Auburn ———— 887-0884
KING GLEN DAVID JD PC
703 E Glenn Ave Auburn ———— 502-0307
Klos Katherine M 730 N Dean Rd Auburn —— 887-0884
Lauderdale Kent M
700 Avenue D Opelika ———— 749-5115
Lauderdale Lauryn A
700 Avenue D Opelika ———— 749-5115
Law Office Of Collier Swecker ———— 821-4464

**LEGAL SERVICES ALABAMA**
Legal Aid – Low Income Persons
*( Non Criminal Matters Only )*
*www.alabamalegalservices.org*
403 2nd Av Oplka ———— 749-5011

Little T D 337 E Magnolia Av Aubn ———— 887-3472

**LIZ MCADORY BORG**

Liz McAdory Borg
*Attorney At Law*
*Former Lee County District Judge*
"Please See Our Display Ad Page 33"
121 Mitcham Av Auburn ———— 502-4529

MARTIN STANLEY A ATTORNEY AT LAW
400 2nd Av Opelika ———— 749-4142
Mattson Gerald Jr
611 E Glenn Av Auburn ———— 821-3892
Mayfield Margaret 221 S 9th St Oplka ——— 749-9955

**MAYFIELD MARGARET ANN**

MARGARET MAYFIELD

- ADOPTION
- AUTOMOBILE ACCIDENTS
- DIVORCE & CHILD CUSTODY
- BUSINESS LAW
- GUARDIANSHIPS
- CONSERVATORSHIP
- PERSONAL INJURY
- WILLS & ESTATES
- WRONGFUL DEATH
- INSURANCE CLAIMS
- FRAUD CLAIMS
- DEFECTIVE PRODUCTS

"No Representation Is Made That The Quality Of The Legal Services To Be Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers"

745-0333

221 S 9th St Opelika ———— 745-0333
221 S 9th Opelika ———— 749-9955

MCINTYRE T ROBIN
2101 Executive Park Dr Opelika ———— 745-3223
( Please See Our Display Ad Page 23 )
McKeever Dan 1846 Hayden Av Auburn ——— 887-7520
MCLAUGHLIN JAMES D
324 E Magnolia Av Auburn ———— 821-1908
( Classification Continued Next Page )

# JACKSON & BOONE PC

**Raymond L. Jackson, Jr. • Lisa E. Boone**

www.AuburnAttorney.com

Civil Trial Practice • Business & Contract Law
Divorce & Family Law • Trademarks & Copyrights
Probate of Estates & Wills • Real Estate Closings & Disputes
• Workplace Injuries • Wrongful Death • Personal Injury

660 N College St Auburn

# 821-0600

No Representation Is Made That The Quality Of Legal Services To Be Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers

# SAMFORD & DENSON, LLP

## ATTORNEYS AT LAW

| | | |
|---|---|---|
| General Legal Services | Real Estate | Trials In All Courts |
| Corporate & Business | Mediation Services | Workers' Compensation |
| Wills/Trusts/Estates | Taxation | Wrongful Death |
| Probate | Insurance | Commercial Litigation |
| Banking | Auto Accidents | DUIs |

Yetta G. Samford, Jr. — James E. Bridges, III
W. F. Horsley — Christopher J. Hughes
Robert H. Pettey — Joshua J. Jackson

**Established 1912**

# 745-3504

709 Avenue A
Opelika, Alabama

*No Representation Is Made That The Quality Of The Legal Services To Be Performed Is Greater Than The Quality Of The Legal Services Performed By Other Lawyers.*

**32** Attorneys

*The Real Yellow Pages®*
Visit us online at realpages.com

# SPEAKMAN & SPEAKMAN

### Michael S. Speakman • Steven T. Speakman

Auto Accidents • Personal Injury • Municipal Court Case
DUI's • Criminal Defense • Domestic / Family Matters • Wills & Probate
Social Security / Disability • General Practice
REAL ESTATE

## 821-0091

108 North Dean Road
Auburn, AL 36830

No Representation Is Made That The Quality Of The Legal Services To Be Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers

# Charles M. Ingrum, Jr.

## ATTORNEY AT LAW

### Free Initial Appointment

**BANKRUPTCY**, Starting at $300

**DIVORCE**, Starting at $250

**PERSONAL INJURY / AUTO ACCIDENTS**

**SOCIAL SECURITY / DISABILITY**

## (334) 745-3333

119 S. 8th Street Opelika, AL 36801

No Representation Is Made That The Quality Of The Legal Services To Be Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers

## Attorneys (Cont'd)

MCNEAL & DOUGLAS ATTORNEYS AT LAW LLC

*"When Experience Counts"*

**Over 33 Years Combined Experience**

*"Please See Our Display Ad Page 26"*

1710 Catherine Ct Auburn ———————— 821-1596

MCNEAL MARRELL J ATTORNEY AT LAW PC
  1710 Catherine Ct Auburn ———————— 821-1596

MEACHAM EARLEY & FOWLER PC
  1321 Broad St Phenix City —————————— 448-6217
  ( Please See Our Display Ad Next Page )

MEADOWS ROBERT T III
  3120 Frederick Rd Opelika ———————— 501-1540

MELTON GUNTER & MELTON

**GUY F GUNTER III**
221-C S 9th St. Opelika

**CRAWFORD S MELTON**
228 S 9th St. Opelika

Office Hours 8:00 AM – 5:00 PM
Monday – Friday
  ———————————————— 745-6244

Melton Thomas S
  611 E Glenn Av Auburn ———————— 821-3892
Morgan Associates LLC
  2108 Executive Park Dr Opelika ———— 749-5570
  ( Please See Our Display Ad Page 27 )

MORRIS HAROLD W
  400 2nd Avenue Opelika ———————— 749-4142

Northcutt Walter Attorney At Law
  323 E Thach Av Auburn ——————— 826-0944
  ( Please See Our Display Ad Page 22 )

OLIVER BLAKE L
  205 S 9th St Opelika ———————— 745-6466

Oliver Treadwell
  129 W Columbus St Dadeville — 256 825-9296
  ( Please See Our Display Ad Page 34 )

PARKER PHYLLIS F
  703 E Glenn Av Auburn ———————— 821-0500

Pettey Robert H Jr 709 Avenue A ———— 745-3504
Pierce Roger W 611 E Glenn Av Auburn — 821-3892
Poole Bobby 600 Avenue A ——————— 745-7766
Rainer J Kenyon IND JD PC
  472 N Dean Rd Auburn ———————— 821-0435
Rainer & Rainer LLP
  472 N Dean Rd Auburn ———————— 821-0437

RAY & TIPTON

**W. Larry Ray**
**Cecil M. Tipton, Jr**
**Attorneys At Law**

606 Avenue A Opelika ———————— 742-9400

Ray W Larry 606 Avenue A Opelika ——— 742-9400
Roberson Mary Bishop
  611 E Glenn Av Auburn ———————— 821-3892

SAMFORD & DENSON LLP

**YETTA G. SAMFORD**
**W. F. HORSLEY**
**ROBERT H. PETTEY**
**JAMES E. BRIDGES; III**
**CHRISTOPHER J. HUGHES**
**JOSHUA J. JACKSON**
*"Please See Our Display Ad Previous Page"*
709 Avenue A ——————————————— 745-3504

Samford Yetta G Jr 709 Avenue A ——— 745-3504
Searcy Lum Duke
  931 S Railroad Av Opelika ———————— 745-6581
  ( Classification Continued Next Page )

Advertising in
The Real Yellow Pages®
is an economical way of reaching
more prospective customers.
Let them go to work for you.
Contact your representative from
The Real Yellow Pages®.


© BELLSOUTH
Get an... Attorneys 33

# Meacham, Earley & Fowler, P.C.

*Attorneys at Law*

- CHRISTOPHER L. MEACHAM
- KAREN M. EARLEY
- DAVID A. FOWLER
- MICHAEL P. ANDRESS (AL)

- Adoption
- Business Law
- Child Support
- Collections
- Corporate Law
- Creditors Rights
- Divorce
- Employment Law
- Labor Law
- Probate
- Real Estate
- Trial Practice
- Estate Planning
- Wills

**576-4064**
5704 Veterans Parkway
Columbus, Georgia 31904

**628-4734**
128 Barnes Mill Road
Hamilton, GA 31811

**706-884-2186**
200 Main Street, Suite 1-B
LaGrange, GA 30240

**448-6217**
1321 Broad Street
Phenix City, AL 36867

P.O. Box 9031 Columbus GA 31908
www.meflaw.net     FAX: 596-0621
Alabama Bar requires: No representation is made that the quality of legal services to be performed is greater than the legal services performed by other lawyers.



No Attorney Fee Unless We Collect (For)
- Personal Injury
- Wrongful Death
- Defective Products
- Dangerous Drugs

Also See Judge Borg For
- Contract Disputes
- Will, Trust & Estates
- Mediation

# Liz McAdory Borg

*Attorney At Law*

## Former Lee County District Judge

## 502-4LAW
(4529)

McAdory Borg Law Firm PC
www.judgeborg.com

Their Card Accepted

No Representation Is Made That The Quality Of The Legal Services To Be Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers.

# W. Don Eddins
## Attorney at Law

### CRIMINAL DEFENSE
Youthful Offender, DUI & Felony

### DIVORCE
Uncontested & Contested

### REAL ESTATE
Residential & Commercial Closings

### WRONGFUL DEATH
Auto Accidents & Injuries

### SEXUAL HARASSMENT



**(334) 821-9981**
337 E. Magnolia * Auburn
www.doneddins.com

No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed by other lawyers.

# DEAN & BARRETT
## ATTORNEYS

- DUI • Public Intoxication
- Minor in Possession
- Drug Offenses
- Auto/Truck Accidents
- Personal Injury
- Defective Products
- Wrongful Death

**Joseph L. Dean, Jr.**
**J. Tutt Barrett**

**GENERAL PRACTICE**
Criminal & Civil Law

FREE CONSULTATION

457 S. 10th Street, Opelika

**Protect Your Record. Know Your Legal Rights.**
Representing
College Students Facing DUI, Drug, and Other Criminal Charges in Auburn Municipal Court And the Circuit Court of Lee County.



## 749-2222

Website: www.deanandbarrett.com     E-Mail: dblaw1@bellsouth.net
No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed by other lawyers.

**The Real Yellow Pages**
Visit us online at realpages.com

 Attorneys

# OLIVER · TREADWELL, P.C. LAW FIRM

John P. Oliver • Mark Allen Treadwell, III

- Car Wrecks • Truck Wrecks
- On-The-Job Injuries
- Insurance Disputes
- Divorce • Custody • DUI
- Drugs / Criminal Defense

**Free Initial Consultation**

## 256-825-9296

129 W. Columbus St, Dadeville

No representation is made about the quality of legal services to be performed or the expertise of the lawyer performing such services

---

## INJURED?

- AUTO ACCIDENTS
- 18 WHEELER ACCIDENTS
- NURSING HOME ABUSE
- WRONGFUL DEATH

# CRIMINAL DEFENSE

### Esco & Benson, LLC

## 334-832-4529

"No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed by other lawyers."

---

## CRIMINAL DEFENSE - AUTO ACCIDENTS

### Aimee C. Smith

ATTORNEYS AT LAW

- Criminal Appeals • Workers Compensation
- Divorce/Custody • Personal Injury & Wrongful Death

## 334 264-6466

640 SOUTH McDONOUGH STREET, MONTGOMERY 36104

No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

---

**Attorneys (Cont'd)**

SEARS MITZI

### General Practice
Family Law
Custody-Divorce
Criminal Law
DUI
### YOUTHFUL OFFENDER

"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers"

2204 Gateway Dr Opelika ——— 741-0809

SHORT MICHAEL E
205 S 9th St Opelika ————————— 745-6466
SLOCUMB MICHAEL W
2515 E Glenn Av Auburn ————— 321-3000
Smith Aimee 640 S McDonough St ——— 264-6466
( Please See Our Display Ad This Page )
Smith Frank H 166 N Gay St Auburn ——— 821-4600
SPEAKMAN & SPEAKMAN
108 N Dean Rd Auburn ————— 821-0091
( Please See Our Display Ad Page 32 )
SPRAYBERRY JAMES B
225 N Gay Auburn ————————— 821-7100
( Please See Our Display Ad Next Page )

The Real Yellow Pages®
offers a simple and simple way
to find all the products
and services you need.
Most ads list the business hours
and the products that are
carried for your convenience.

---

STILLER MICKI BETH

## MICKI BETH STILLER
- Social Security Disability Claims
- SSI Claims

### 745-3100

2106 Gateway Rd Opelika ——— 745-3100
225 S Decatur St Matgmy
Toll Free-Dial '1' & Then ——— 800 843-5542

SWECKER & SPARKS LLC

### SWECKER & SPARKS, LLC
"Honesty, Integrity & Commitment To Excellence"

"Please See Our Display Ad Page 30"
2006 Executive Park Dr Opelika —— 742-0809

TEAGUE DEWEY W

### DEWEY W. TEAGUE
- DIVORCE
- FAMILY LAW
- DUI DEFENSE

### 887-5809

166 N Gay St Auburn ————— 887-5809

THE SURVEILLANCE CO
Specializing In:
- Divorce • Child Custody • Cohabitation
- Civil & Criminal Backgrounds
- Internal Theft Detection
All Video Documentation Equipped With
NIGHTVISION & Still Shot Technology
EXPERIENCE AND CONFIDENTIALITY
COUNTS.
OVER 20 YEARS EXPERIENCE
————————————— 744-8320

Thompson Philip A
611 E Glenn Av Auburn ————— 821-3892
Thrash James R Attorney At Law
2304 Gateway Dr Opelika ——— 745-0999
Tickal Jeff 700 Avenue D Opelika ——— 749-5115
Tiplen Cecil M Jr 608 Avenue A Opelika —— 742-9400
Trimble Charlotte
121 Mitcham Av Auburn ————— 887-5100
( Please See Our Display Ad Next Page )
TYLER PHILIP D
611 E Glenn Av Auburn ————— 821-3892
UMBACH ARNOLD W JR
122 Tichenor Ave Aubn ————— 501-2985
Van Dyke Judith 577 Sherwood Dr ——— 826-1612
WALTON LAW FIRM PC
2515 E Glenn Av Auburn ————— 321-3000
( Please See Our Display Ad Page 28 )
WALTON TRIP
2515 E Glenn Ave Aubn ————— 321-3000
Webster Henry & Lyons PC
132 N Gay St Auburn ————— 887-0111
Weissinger Ira Jr 730 N Dean Rd Auburn — 887-0884
WHITE MATHEW W
205 S 9th St Opelika ————— 745-6466
Whiteleisy C S 600 Avenue A ——— 745-7766
Whiteleisy Davis B 600 Avenue A ——— 745-7766
Whiteleisy Whitteisey & Poole PC
600 Avenue A ————————— 745-7766
( Please See Our Display Ad Next Page )
( Classification Continued Next Page )

---



## HELP

Complete listings of
emergency numbers on inside
front cover of The
Real Yellow Pages®.

© BELLSOUTH
Get it done online at realpages.com

Attorneys 35

## Attorneys (Cont'd)

WILKES H KENNETH
### H. KENNETH WILKES
*Attorney At Law*
**745-7462**
907 Avenue Opelika ———— 745-7462

WILLIAMS MIKE
2400 Frederick Rd Opelika ———— 705-0200

Wills Guy & Associates ———— 270-9910
( Please See Our Display Ad Page 29 )

WHO BUYS? Sells? Rents? Repairs?
The Real Yellow Pages®
gives the answers.

---

# JAMES B. SPRAYBERRY

- **DUI'S**
- **DIVORCE**
- **PERSONAL INJURY**
- **WRONGFUL DEATH**

- **AUTO ACCIDENTS**
- **CRIMINAL LAW**
- **CONDEMNATION**
- **ENVIRONMENTAL LAW**

LOCATED IN THE HISTORIC
LANDMARK BUILDING
**225 N. GAY ST., AUBURN**

# 821-7100

"No Representation Is Made That The Quality Of Legal Services To Be Performed Is Greater Than The Quality Of Legal Services Performed By Other Lawyers."

---

## RONALD W. COOPER
### ATTORNEY AT LAW

- REAL ESTATE
- WILLS & ESTATES
- FAMILY LAW
- BUSINESS LAW

**(334) 887-5632 OFFICE**
(334) 821-0637 FAX • (334) 444-7839 CELL
ronnlecooper2003@aol.com Email
937 Opelika Road • Auburn, AL 36830

No Representation Is Made That The Quality Of The Legal Services To Be Performed
Is Greater Than The Quality Of Legal Services Performed By Other Lawyers.

---

# Whittelsey, Whittelsey & Poole, P.C.
## Attorneys At Law

C.S. "WHIT" WHITTELSEY • DAVIS B. WHITTELSEY
ROBERT G. POOLE • W. TODD CRUTCHFIELD

Personal Injury • Insurance Fraud
Divorce & Family Law • Criminal Defense
Real Estate • Wills • Estates • Probate

# 745-7766

WHITTELSEY BUILDING · 800 AVENUE A · OPELIKA, ALABAMA

"No representation is made that the quality of the legal service to be performed is greater
than the quality of the legal services performed by other lawyers."

---



# BUCHANAN & LAND, L.L.P.

**Jerry A. Buchanan     Benjamin A. Land**

- Personal Injury
- Wrongful Death
- Insurance Claims
- Automobile Accident
- Nursing Home Negligence
- Auto Claims
- Business Litigation
- Commercial Litigation

www.buchananland.com

# 821-3833

No representation is made that the quality of legal services to be performed
is greater than the quality of legal services performed by other lawyers.

---

## Booth Legal Services

LAW OFFICE
**1-800-DIVORCE**
(1-800-348-6723)
**BANKRUPTCY**

Joseph T. Booth, IV

Phone (334) 366-8669   •   Fax (205) 366-1413

Office Hours: 24/7 Days

Family Law/Bankruptcy/Criminal Law/DUI
Uncontested Divorce From $199.00 Plus Cost
Motor Vehicle Accidents

No representation is made that the quality of legal services to be performed
is greater than the quality of legal services performed by other lawyers.

---

## Charlotte Y. Trimble

Attorney At Law

- Family Law
- Criminal Defense
- Personal Injury
- General Legal Services

**887-5100**
1210 Milchum Avenue • Auburn, Alabama 36831

---

"BellSouth: We Are the Right Company
In the Right Place,
at the Right Time®.
Telecommunications,
Information Systems,
Mobile Communications,
Advertising Services."

The Real Yellow
Pages® offers a
simple solution for those
hard to find items. Use
the buying guide often;
it is your complete
source of information.

---



# J. GARY BLACK
## ATTORNEY AT LAW

Former Police Officer, Accident Investigator
Breathalizer Operator & Narcotics Officer
Auburn Alumnus
**DUI • APPEAL
ALCOHOL/DRUG OFFENSES**

# (334) 887-5632 TEL

(334) 821-0637 FAX • (334) 332-5489 CELL
937 Opelika Road • Auburn, AL 36830

No Representation Is Made That The Quality Of The Legal Services To Be Performed
Is Greater Than The Quality Of Legal Services Performed By Other Lawyers.

The Real Yellow Pages
Visit us online at realpages.com

**30** Attorneys

**Attorneys Appellate Practice**

*...listing under this category:*
*"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."*

Inch Frances Crouser ————————— 821-6054

**EAKMAN & SPEAKMAN**
Civil and Criminal Appeals In all
State and Federal Courts
108 N Dean Rd Auburn ————————— 821-0091

**Attorneys Bankruptcy**

*...listing under this category:*
*"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."*

**BOND BOTES SHINN & DONALDSON PC**

**BOND, BOTES, SHINN & DONALDSON, P.C.**
Attorneys Providing Financial Solutions

**DEBT CONSOLIDATION**

**BANKRUPTCY**
www.bondnbotes.com
TOLL FREE 24 HOUR RECORDED INFO LINE
1 877 ONE-DEBT
(663-3328)

**887-7666**
———————————————— 887-7666

**BROCK STOUT & CLARK LLC**
Attorneys Providing Financial Solutions

● *Debt*
*Consolidation*
● *Bankruptcy*
*See Our Display Ad At Attorneys*
*FOR FREE CONSULTATION CALL*

*749-3800*
1608 2nd Av Opelika ————————— 749-3800

INGRUM CHARLES M JR ATTORNEY AT LAW

**Chapter 7**
**Chapter 13**
**334 745-3333**
119 S 6th St Opelika ————————— 745-3333

MCNEAL & DOUGLAS ATTORNEYS AT LAW LLC
*"When Experience Counts"*
● Chapter 7
● Chapter 13
Suite B
171 n Catherine Ct Auburn ————————— 821-1536

The More You Tell...The More You Sell!

---

SMITH FRANK M ————————————— 821-4800
166 N Gay St Auburn

**Attorneys Corporation & Business Law**

*By listing under this category:*
*"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."*

Akridge & Balch PC ————————— 887-0864
730 N Dean Rd Auburn

BLAKE GEORGE H III ————————— 887-3866
203 Cook St Auburn

DAVIS & MCLAUGHLIN ATTORNEYS AT LAW
324 E Magnolia Av Auburn ————————— 821-1908

HAND FELLOWS & ASSOCIATES LLC
**Construction & Business Disputes**
See Our Full Page Ad Under Attorneys
114 N 8th St Opelika ————————— 741-4077

Jackson & Boone PC
660 N College St Auburn ————————— 821-0500

SAMFORD & DENSON LLP
**ATTORNEYS AT LAW**
*Please Refer To Our Display Ad*
*At The Heading Of Attorneys*
709 Avenue A ————————— 745-3504

**Attorneys Criminal Law**

*By listing under this category:*
*"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."*

BLAKE GEORGE H III
Wills & Estates, Probate Of Wills
Estate Administration, Divorce, Guardianship
Conservatorship And Powers Of Attorney
203 Cook St Auburn ————————— 887-3866

BOOTH LEGAL SERVICES
**Uncontested Divorce $199.00**
Plus Cost
**Family Law ● Personal Injury**
**Criminal Law DUI**
149 W Main St ————————— 365-3969

BROWN MARGARET Y ————————— 821-6944
214 N College St Auburn

COLLEY JERE ATTY AT LAW ————————— 887-1050
225 N Gay St Auburn

COLLINS L JOEL
**DUI Defense**
**Criminal Law**
**Licensed In Ga & Al**
**All Felonies**
**Misdemeanors**

*I Will Protect Your Rights*
1323 Broad St Phenix City ————————— 297-2926

COOPER LARRY JR ATTORNEY AT LAW
**CRIMINAL & DUI DEFENSE**
132 N Gay St Auburn ————————— 502-0022

DEAN & GARRETT
● DUI ● MINOR IN POSSESSION
● DRUG OFFENSES ● PUBLIC INTOXICATION
*"Please See Our Display Ad"*
457 S 10th St Opelika ————————— 749-2222

GROSSMAN DEBORAH HARDWICK
**Deborah Hardwick Grossman**
*Attorney & Counselor At Law*
Criminal Defense ● DUI/Drug Offenses
Personal Injury ● Auto Accidents
Divorce ● Family Law
4503 20th Avenue Valley ————————— 756-3529
Toll Free-Dial '1' & Then ———— 800 858-6580

---

HAND FELLOWS & ASSOCIATES LLC ————— 741-4077
114 N 8th St Opelika

MCINTYRE T ROBIN ————————— 745-3223
2101 Executive Park Dr Opelika

MCLAUGHLIN JAMES D ————————— 821-1908
324 E Magnolia Av Auburn

NORTHCUTT WALTER ATTORNEY AT LAW
323 E Thach Av Auburn ————————— 826-0944

Sears Mitzi 2204 Gateway Dr Opelika —— 741-0809

SPEAKMAN & SPEAKMAN
**Criminal Trial Lawyers**
Felony, Misdemeanor, DUI
All Municipal, State and Federal Courts
108 N Dean Rd Auburn ————————— 821-0091

Sutter Micki Beth
Office 2105 Gateway Rd Opelika —— 745-3100

SWECKER & SPARKS LLC
**SWECKER & SPARKS, LLC**
Felony, Misdemeanor & DUI
**DEFENSE**
*Call Now For A Free Consultation*
www.auburndui.com
2006 Executive Dr Opelika ————————— 742-0809

**Attorneys Divorce, Adoption & Family Law**

*By listing under this category:*
*"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."*

BLAKE GEORGE H III
Wills & Estates, Probate Of Wills
Estate Administration, Divorce, Guardianship
Conservatorship And Powers Of Attorney
203 Cook St Auburn ————————— 887-3866

BOOTH LEGAL SERVICES
**Uncontested Divorce $199.00**
Plus Cost
**Family Law ● Personal Injury**
**Criminal Law DUI**
149 W Main St ————————— 365-3969

BROWN MARGARET Y ————————— 821-6944
214 N College St Auburn

COLLEY JERE ATTY AT LAW ————————— 887-1050
225 N Gay St Auburn

COLLINS L JOEL
**DIVORCE**
**ADOPTIONS**
**CUSTODY**
**MODIFICATIONS**
**CHILD SUPPORT**
**Licensed In Ga & Al**

*I Will Protect Your Rights*
1323 Broad St Phenix City ————————— 297-2926

COOPER LARRY JR ATTORNEY AT LAW
**DIVORCE ● FAMILY LAW**
CONTESTED ● UNCONTESTED
CHILD CUSTODY ● ADOPTION
132 N Gay St Auburn ————————— 502-0022

Cooper Ronald W Atty
937 Opelika Rd Auburn ————————— 887-5632

Use The Real Yellow Pages®.

---

GROSSMAN DEBORAH HARDWICK
**Deborah Hardwick Grossman**
*Attorney & Counselor At Law*
Criminal Defense ● DUI/Drug Offenses
Personal Injury ● Auto Accidents
Divorce ● Family Law
4503 20th Avenue Valley ————————— 756-3529
Toll Free-Dial '1' & Then ———— 800 858-6580

INGRUM CHARLES M JR ATTORNEY AT LAW

**Uncontested Divorce**
**Free Initial Consultation**
**334 745-3333**
119 S 6th St Opelika ————————— 745-3333

Johndrow Stephanie Attorney
2006 Executive Park Dr Opelika —— 704-0637
King Glen David JD PC
703 E Glenn Av Auburn ————————— 502-0307

MAYFIELD MARGARET ANN ———————— 745-0333
221 S 9th St

MCINTYRE T ROBIN ————————— 745-3223
2101 Executive Park Dr Opelika

PARKER PHYLLIS F
*Office Hours 8 AM -.5 PM*
*Saturday By Appointment*
*Phyllis F. Parker.*
———————————————— 821-0500
703 E Glenn Av Auburn ————————— 821-0500

SEARS MITZI
2104 Gateway Dr Opelika ————————— 741-0809

SPEAKMAN & SPEAKMAN
**Divorce, Custody, Child Support**
Alimony, Juvenile And Family Law
108 N Dean Rd Auburn ————————— 821-0091

Sprayberry James D 225 N Gay Auburn 821-7100

**Attorneys Elder Law**

*By listing under this category:*
*"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."*

DAVIS & NEAL ATTORNEYS AT LAW
207 N 6th St Opelika ————————— 745-2779

Swecker & Sparks LLC
2006 Executive Park Dr Opelika —— 742-0809

**Attorneys Employment Discrimination**

*By listing under this category:*
*"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."*

ARENDALL & ASSOCIATES
2018 Morris Ave
Toll Free-Dial '1' & Then ———— 800 450-1550

*Advertising in*
*The Real Yellow Pages®*
*is an economical way of reaching*
*more prospective customers.*
*Let them go to work for you.*
*Contact your representative from*
*The Real Yellow Pages®.*

## Attorneys-Environmental Law

By listing under this category:
No representation is made that the quality of
the legal services to be performed is greater
than the quality of legal services performed
by other lawyers.

Sprayberry James B  225 N Gay Auburn ———— 821-7100

## Attorneys-Estate Planning

By listing under this category:
No representation is made that the quality of
the legal services to be performed is greater
than the quality of legal services performed
by other lawyers.

Davis & Mclaughlin Attorneys At Law
324 E Magnolia Av Auburn ———————— 821-1908
Davis & Neal Attorneys At Law
207 N 4th St Opelika ————————————— 745-2779
SAMFORD & DENSON LLP
**ATTORNEYS AT LAW**
*Please Refer To Our Display Ad*
*At The Heading Of Attorneys*
709 Avenue A —————————————————— 745-3504
SWECKER & SPARKS, LLC
### SWECKER & SPARKS, LLC
Wills • Trusts • Estates
Federal & State Tax Planning
*Colber H. Swecker, J.D., LL.M. (Tax)*
*C. Ryan Sparks, J.D., M.B.A., LL.M. (Tax)*
2006 Executive Dr Opelika ——— 742-0809

## Attorneys-Immigration & Naturalization

By listing under this category:
No representation is made that the quality of
the legal services to be performed is greater
than the quality of legal services performed
by other lawyers.

Immigration Law Center LLC
Boyd F Campbell (Montgomery)
Toll Free-Dial '1' & Then —————————— 800 689-3602
MCNEAL & DOUGLAS ATTORNEYS AT LAW
LLC
" When Experience Counts "
Immigration & Naturalization
Suite B
1710 Catherine Ct Auburn ——————— 821-1596

## Attorneys-Personal Injury & Wrongful Death

By listing under this category:
No representation is made that the quality of
the legal services to be performed is greater
than the quality of legal services performed
by other lawyers.

Adams Umbach Davidson & White LLP
205 S 9th St Opelika —————————————— 745-6466

The Real Yellow Pages®
Is instantly available to thousands
of shoppers who are ready to buy.

---

BEN C HAND JR
*Hand Fellows & Associates LLC*
*Attorneys At Law*
Ben C Hand Jr
Michael C Fellows
Billy B Amason

⊙ **Seriously Injured**
Auto, Motorcycle, Alcohol Related, etc.

⊙ **Wrongfully Accused**
Criminal & Civil

⊙ **Denied Social Security**

⊙ **Construction Law**

*Serving Alabama & Georgia*

Alabama Bar requires the following: "No
representation is made that the quality of the
legal services to be performed is greater than
the quality of legal services performed by
other lawyers."

134 N 8th St Opelika ———————————— 741-4077

BROCK·STOUT & CLARK LLC
### ATTORNEYS REPRESENTING
### VICTIMS INVOLVED IN:
■ **Auto Accidents**
■ **Wrongful Deaths**
■ **Injuries**
■ **Nursing Home Abuse**

*No Fee Unless We Win Your Case!*

### 749-3800

1608 2nd Av Opelika ————————————— 749-3800
Toll Free-Dial '1' & Then ————— 866 717-4357

BROWN MARGARET Y
214 N College St Auburn ——————————— 821-6944
Buchanan & Land LLP ——————————— 821-3833
Cooper Larry Jr Attorney At Law
132 N Gay St Auburn ——————————— 502-0022
Cox James E 1347-E Opelika Rd ————— 821-5675

DEAN & BARRETT
## DEAN & BARRETT
*GENERAL PRACTICE*
*CIVIL & CRIMINAL LAW*

• **Personal Injury**
• **DUI & Drugs**
• **Auto Accidents**
• **Wrongful Death**
• **Fraud**
• **Condemnation**

*No Representation Is Made That The*
*Quality Of Legal Services To Be Performed Is*
*Greater Than The Quality Of Legal Services*
*Performed By Other Lawyers*

### 749-2222

457 S 10th St Opelika ————————————— 749-2222

GROSSMAN DEBORAH HARDWICK
*Deborah Hardwick Grossman*
*Attorney & Counselor At Law*
Criminal Defense · DUI/Drug Offenses
Personal Injury · Auto Accidents
Divorce & Family Law
4501 20th Avenue Valley ——————————— 756-3529
Toll Free-Dial '1' & Then ————— 800 860-6580
Jones Tom 1430 Opelika Rd —————————— 826-6707
*The Whole Town at Your Fingertips.™*

---

LIZ MCADORY BORG
## Liz McAdory Borg
*Attorney at Law*
*Former Lee County District Judge*
121 Mitcham Av Auburn ——————————— 502-4529

MCINTYRE T ROBIN
2101 Executive Park Dr Opelika ——————— 745-3223
MCNEAL & DOUGLAS ATTORNEYS AT LAW
LLC
" When Experience Counts "
• Personal Injury
• Auto Accidents
• Death Claims
Suite B
1710 Catherine Ct Auburn ——————— 821-1596

MORGAN ASSOCIATES LLC
## Gregory K. Morgan
*Attorney At Law*

Please See Our Display Ad At The Attorneys
Heading

2108 Executive Park Dr Opelika ——— 749-5570

NORTHCUTT WALTER ATTORNEY AT LAW
★ Real Estate
★ Divorce & Family
★ Business Law
★ Wills & Estates
★ General Legal Services
★ Criminal Defense
★ DUI Defense
No Recovery No Attorney's Fee On:
• Personal Injury
• Auto Accidents
• Wrongful Death
"No representation is made that the quality
of legal services performed is greater than
the quality of legal services performed by
other lawyers."
323 E Thach Av Auburn ——————————— 826-0944

SAMFORD & DENSON LLP
**ATTORNEYS AT LAW**
*Please Refer To Our Display Ad*
*At The Heading Of Attorneys*
709 Avenue A —————————————————— 745-3504

SPEAKMAN & SPEAKMAN
Truck / Auto Accidents, Wrongful Death,
Slip And Fall, All Bodily Injury Claims
108 N Dean Rd Auburn ——————————— 821-0091
Sprayberry James B 225 N Gay Auburn —— 821-7100
SWECKER & SPARKS, LLC
### SWECKER & SPARKS, LLC
"Honesty, Integrity &
Commitment To Excellence"
742-0809
2006 Executive Dr Opelika ——— 742-0809
Walton Law Firm PC
2515 E Glenn Av Auburn ——————————— 321-3000
Williams Mike 2400 Frederick Rd Opelika — 705-0200

Increase your turnover
of nationally advertised goods
by listing the
brand names in
The Real Yellow Pages®
and identifying
yourself as a dealer.

---

## Attorneys-Real Estate Law

By listing under this category:
No representation is made that the quality of
the legal services to be performed is greater
than the quality of legal services performed
by other lawyers.

BLAKE GEORGE H III
### GEORGE H. BLAKE III
*ATTORNEY AT LAW*
**REAL ESTATE CLOSINGS**
(RESIDENTIAL / COMMERCIAL)
*Located Corner East Glenn Ave & Cook St.*
887-3066
203 Cook St Auburn —————————————— 887-3066
BOONE LISA E ATTORNEY —————————— 821-0600
DAVIS & MCLAUGHLIN ATTORNEYS AT
LAW
324 E Magnolia Av Auburn ——————————— 821-1908
Law Office Of J. Bredon Rice P C —————— 749-6999
MCNEAL & DOUGLAS ATTORNEYS AT LAW
LLC
"When Experience Counts"
Over 33 Years Of Combined
Experience
Commercial & Residential
Closings
1710 Catherine Ct Auburn ——————— 821-1596
SAMFORD & DENSON LLP
**ATTORNEYS AT LAW:**
*Please Refer To Our Display Ad*
*At The Heading Of Attorneys*
709 Avenue A —————————————————— 745-3504
SWECKER & SPARKS, LLC
### SWECKER & SPARKS, LLC
Commercial & Residential
Closings
www.auburnlawoffice.com
2006 Executive Dr Opelika ——— 742-0809
WILKES H KENNETH
907 Avenue B Opelika ——————————— 745-7462

## Attorneys-Social Security & Disability Law

By listing under this category:
No representation is made that the quality of
the legal services to be performed is greater
than the quality of legal services performed
by other lawyers.

BOOKER R MICHAEL
*See Our Ad At Attorneys*
120 W 2nd Street Sylacauga Toll
Free-Dial '1' & Then —————————— 800 794-9892
Brock Stout & Clark LLC
1608 2nd Av Opelika ———————————— 749-3800
DAVIS & NEAL ATTORNEYS AT LAW
207 N 4th St Opelika ————————————— 745-2779
MCNEAL & DOUGLAS ATTORNEYS AT LAW
LLC
" When Experience Counts "
Social Security Disability
SSI Claims
Suite B
1710 Catherine Ct Auburn ——————— 821-1596
SMITH FRANK M —————————————————— 821-4800
( Classification Continued Next Page )

**The Real Yellow Pages**
Visit us online at realpages.com

## Attorneys-Attorneys

### Page, Scrantom, Sprouse, Tucker & Ford, P.C.
TRIAL LAWYERS
(Attorneys licensed in Alabama and Georgia)

**FREE CONSULTATION**

PERSONAL INJURY
WRONGFUL DEATH
PRODUCT INJURIES

James C. Clark, Jr.          (706) 324-0251
James A. Ball                1111 Bay Ave.
*Licensed in Georgia         Columbus, Georgia 31901
*Licensed in Alabama

**706-324-0251**
No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

**"No Games, No Gimmicks"**

CARL GREGORY
FORD
MERCURY
LINCOLN

www.carlgregoryfm.com

Plug In...

Your Yellow Pages
www.RealPages.com

BellSouth® RealPages.com

Thousands of people use
The Real Yellow Pages®
as a Buyer's Guide.
Every department of
your business should
be completely
represented here.

Many firms do their purchasing
through The Real Yellow Pages®.
Be easy to find.

---

### Attorneys-Trial Practice Business-Commercial

By listing under this category:
"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

**HAND FELLOWS & ASSOCIATES LLC**
114 N 8th St Opelika ———————— 741-4077
Page Scrantom Tucker Sprouse Ford PC
1111 Bay Ave Columbus Ga ————— 706 324-0251
( Please See Our Display Ad This Page )

**SAMFORD & DENISON LLP**
ATTORNEYS AT LAW
Please Refer To Our Display Ad
At The Heading Of Attorneys
709 Avenue A ————————————— 745-3504

### Attorneys-Trial Practice Personal Injury & Wrongful Death

By listing under this category:
"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

**HAND FELLOWS & ASSOCIATES LLC**
114 N 8th St Opelika ———————— 741-4077
**MCHEAL & DOUGLAS ATTORNEYS AT LAW LLC**

" When Experience Counts "
● Personal Injury
● Auto Accidents
● Death Claims

Suite B
1716 Catherine Ct Auburn ———————— 821-1596
**PARKER PHYLLIS F**
703 E Glenn Av Auburn ———————— 821-0500
**SAMFORD & DENISON LLP**
ATTORNEYS AT LAW
Please Refer To Our Display Ad
At The Heading Of Attorneys
709 Avenue A ————————————— 745-3504

### Attorneys-Wills, Trusts & Estates

By listing under this category:
"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

**BLAKE GEORGE H III**
Wills & Estates, Probate Of Wills
Estate Administration
203 Cook St Auburn ———————— 887-3066
**DAVIS & MCLAUGHLIN ATTORNEYS AT LAW**
324 E Magnolia Av Auburn ———————— 821-1908
**DAVIS & NEAL ATTORNEYS AT LAW**
207 N 4th St Opelika ———————— 745-2779
**JACKSON & BOONE PC**
660 N College St Aubn ———————— 821-0500

---

### Attorneys-Social Security & Disability Law (Cont'd)

**SPEAKMAN & SPEAKMAN**
Social Security Disability, SSI Claims
Disability Retirement and
Other Administrative Hearings
166 N Dean Rd Auburn ———————— 821-0091
**STILLER MICKI BETH**
OFFICE
2106 Gateway Rd Opelika ———————— 745-3100
Toll Free-Dial '1' Then ———————— 800 843-5542

### Attorneys-Tax Law

By listing under this category:
"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

**SAMFORD & DENISON LLP**
ATTORNEYS AT LAW
Please Refer To Our Display Ad
At The Heading Of Attorneys
709 Avenue A ————————————— 745-3504
**SWECKER & SPARKS LLC**

SWECKER & SPARKS, LLC
Federal & State Taxation
Tax Audits & Controversies
www.auburnlawoffice.com

2006 Executive Park Dr Opelika — 742-0809

### Attorneys-Trademark

By listing under this category:
"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

**JACKSON RAYMOND L ATTORNEY**
———————— 821-0800

---

**LIZ MCADORY BORG**

### Liz McAdory Borg
Attorney At Law
Former Lee County District Judge

121 Mitcham Av Auburn ————————— 502-4629

Mayfield Margaret Ann 221 S 9th St ———— 745-0333
Northcutt Walter Attorney At Law
525 E Thach Av Auburn ——————— 826-0944
Parker Phyllis F 703 E Glenn Av Auburn — 821-0500

**SAMFORD & DENISON LLP**
ATTORNEYS AT LAW
Please Refer To Our Display Ad
At The Heading Of Attorneys
709 Avenue A ————————————— 745-3504

**SWECKER & SPARKS LLC**

SWECKER & SPARKS, LLC
Wills ● Trusts ● Estates
Federal & State Tax Planning
Probate
Collier H. Swecker, J.D., LL.M. (Tax)
C. Ryan Sparks, J.D., M.B.A., LL.M (Tax)
2006 Executive Park Dr Opelika —— 742-0809

**WILKES H KENNETH**
907 Avenue B Opelika ———————— 745-7462

### Attorneys-Workers Compensation

By listing under this category:
"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

**DAVIS & NEAL ATTORNEYS AT LAW**
207 N 4th St Opelika ———————— 745-2779

### Attorneys-Referral Service

**LAWYER REFERRAL SERVICE**

IF YOU NEED A LAWYER
AND DO NOT HAVE ONE
"Call Lawyer Referral Service"
You Will Be Referred To A Licensed
Attorney Who Will Charge A Small
Fee For An Initial Interview
Sponsored By The
ALABAMA STATE BAR
Now Obtain Referrals Online at: www.alabar.org
Open Monday Thru Friday
Hours 8:30 AM - 12 Noon & 1 PM - 5 PM

Toll Free-Dial '1' & Then ———— 800 392-5660

### Attorneys-Support Services

By listing under this category:
"No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers."

**American Medleg Medical Legal Consulting**
3308 Oakdale Dr ———————— 737-1037

The Real Yellow Pages®
offers a quick and simple way
to find all the products
and services you need.
Most ads list the business hours
and the products that are
carried for your convenience.