# EXHIBIT D

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 9:51:34 AM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 1/18/2006 | David | Giles, Ron Client conference | Masterbrand | Consultation | General | 350.00 | 1.00 Hours |
| 6/6/2006 | David | Giles, Ron Draft of complaint; Letter to client | Masterbrand | complaint preparati | Pleadings | 420.00 | 1.20 Hours |
| 6/8/2006 | David | Giles, Ron | Masterbrand | Expenses | Expenses | 0.00 | 0.00 Hours |
| 6/20/2006 | David | Giles, Ron 22 copies | Masterbrand | Expenses | Expenses | 5.50 | 0.00 Hours |
| 6/20/2006 | David | Giles, Ron 2 copies | Masterbrand | Expenses | Expenses | 0.50 | 0.00 Hours |
| 6/20/2006 | David | Giles, Ron Letter to client | Masterbrand | Letter to Clients | Correspondence | 35.00 | 0.10 Hours |
| 6/28/2006 | David | Giles, Ron Receipt and review of letter and enclosures from opposing counsel | Masterbrand | review of document | Correspondence | 70.00 | 0.20 Hours |
| 7/24/2006 | David | Giles, Ron Filing Fee | Masterbrand | Expenses | Expenses | 357.00 | 0.00 Hours |
| 8/9/2006 | David | Giles, Ron Defendant's Motion; Letter to client | Masterbrand | Letter to Clients | Correspondence | 140.00 | 0.40 Hours |
| 8/14/2006 | David | Giles, Ron Receipt and review of email from client | Masterbrand | review of document | Correspondence | 35.00 | 0.10 Hours |
| 8/16/2006 | David | Giles, Ron Response to Defendant's Motion to Dismiss | Masterbrand | Preparation of Plea | Pleadings | 105.00 | 0.30 Hours |
| 8/28/2006 | David | Giles, Ron Rule 26 meeting; Preparation | Masterbrand | RPPM | Pleadings | 70.00 | 0.20 Hours |

Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 1/18/2006 | 1 | 1.00 Hours | 350.00 | 0.00 | 350.00 |
| 6/6/2006 | 1 | 1.20 Hours | 420.00 | 0.00 | 420.00 |
| 6/8/2006 | 1 | 0.00 Hours | 0.00 | 5.50 | 5.50 |
| 6/20/2006 | 2 | 0.10 Hours | 35.00 | 0.50 | 35.50 |
| 6/28/2006 | 1 | 0.20 Hours | 70.00 | 0.00 | 70.00 |
| 7/24/2006 | 1 | 0.00 Hours | 0.00 | 357.00 | 357.00 |
| 8/9/2006 | 1 | 0.40 Hours | 140.00 | 0.00 | 140.00 |
| 8/14/2006 | 1 | 0.10 Hours | 35.00 | 0.00 | 35.00 |
| 8/16/2006 | 1 | 0.30 Hours | 105.00 | 0.00 | 105.00 |
| 8/28/2006 | 1 | 0.20 Hours | 70.00 | 0.00 | 70.00 |

# Arendall & Associates Time Report for Ronnie Giles

## Summary Information

| | |
|---|---|
| Number of Records: | 11 |
| Total Duration: | 3.50 Hours |
| Total Time Fee: | $1,225.00 |
| Total Expense: | $363.00 |
| Total Fee: | $1,588.00 |
| Hours Breakdown: | 3.50 Hours at $350.00/Hour |