# EXHIBIT E

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 9:54:55 AM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 9/7/2006 | David | Giles, Ron | Masterbrand | Preparation of Plea | Discovery | 525.00 | 1.50 Hours |
| | | Initial; Interrogatories and Request for Production | | | | | |
| 9/9/2006 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 70.00 | 0.20 Hours |
| | | Receipt and review of letter with enclosure from opposing counsel | | | | | |
| 10/11/2006 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 175.00 | 0.50 Hours |
| | | Receipt and review of letter with enclosure from opposing counsel | | | | | |
| 10/16/2006 | David | Giles, Ron | Masterbrand | review of document | Discovery | 630.00 | 1.80 Hours |
| | | Defendant's responses to discovery; Second Interrogatories and Requests for Production; Rule 37 letter | | | | | |
| 10/17/2006 | David | Giles, Ron | Masterbrand | Expenses | Expenses | 3.75 | 0.00 Hours |
| | | 15 copies | | | | | |
| 11/8/2006 | David | Giles, Ron | Masterbrand | Letter to Defense At | Correspondence | 70.00 | 0.20 Hours |
| | | Letter to Defendant | | | | | |
| 11/19/2006 | David | Giles, Ron | Masterbrand | Expenses | Expenses | 5.00 | 0.00 Hours |
| | | 20 copies | | | | | |
| 11/22/2006 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 350.00 | 1.00 Hours |
| | | Letter from Defendant; Second Interrogatories and Requests for Production of Documents | | | | | |
| 11/28/2006 | David | Giles, Ron | Masterbrand | Letter to Defense At | Correspondence | 35.00 | 0.10 Hours |
| | | Letter to opposing counsel | | | | | |
| 12/5/2006 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 35.00 | 0.10 Hours |
| | | Receipt and review of letter from opposing counsel | | | | | |
| 12/19/2006 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 35.00 | 0.10 Hours |
| | | Receipt and review of letter from opposing counsel | | | | | |
| 12/27/2006 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 70.00 | 0.20 Hours |
| | | Letter to Defendant | | | | | |
| 12/28/2006 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 35.00 | 0.10 Hours |
| | | Receipt and review of letter from opposing counsel | | | | | |
| 1/13/2007 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 40.00 | 0.10 Hours |
| | | Receipt and review of letter from opposing counsel | | | | | |
| 1/29/2007 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 40.00 | 0.10 Hours |
| | | Receipt and review of e-mail from Allison Fetter-Harrott | | | | | |
| 2/3/2007 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 40.00 | 0.10 Hours |
| | | Receipt and review of letter from opposing counsel | | | | | |
| 2/5/2007 | David | Giles, Ron | Masterbrand | review of document | Discovery | 120.00 | 0.30 Hours |
| | | Defendant's response to Second Request for Production; Letter to Defendant | | | | | |
| 2/21/2007 | David | Giles, Ron | Masterbrand | Research | Correspondence | 40.00 | 0.10 Hours |
| | | Receipt and review of letter from opposing counsel | | | | | |
| 3/24/2007 | David | Giles, Ron | Masterbrand | review of document | Correspondence | 40.00 | 0.10 Hours |
| | | Receipt and review of letter from opposing counsel | | | | | |
| 4/11/2007 | David | Giles, Ron | Masterbrand | review of document | MSJ | 200.00 | 0.50 Hours |
| | | Review of response to MSJ | | | | | |
| 4/20/2007 | David | Giles, Ron | Masterbrand | Expenses | Expenses | 5.50 | 0.00 Hours |
| | | 22 copies | | | | | |

Page 1

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 9:54:55 AM

Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 9/7/2006 | 1 | 1.50 Hours | 525.00 | 0.00 | 525.00 |
| 9/9/2006 | 1 | 0.20 Hours | 70.00 | 0.00 | 70.00 |
| 10/11/2006 | 1 | 0.50 Hours | 175.00 | 0.00 | 175.00 |
| 10/16/2006 | 1 | 1.80 Hours | 630.00 | 0.00 | 630.00 |
| 10/17/2006 | 1 | 0.00 Hours | 0.00 | 3.75 | 3.75 |
| 11/8/2006 | 1 | 0.20 Hours | 70.00 | 0.00 | 70.00 |
| 11/19/2006 | 1 | 0.00 Hours | 0.00 | 5.00 | 5.00 |
| 11/22/2006 | 1 | 1.00 Hours | 350.00 | 0.00 | 350.00 |
| 11/28/2006 | 1 | 0.10 Hours | 35.00 | 0.00 | 35.00 |
| 12/5/2006 | 1 | 0.10 Hours | 35.00 | 0.00 | 35.00 |
| 12/19/2006 | 1 | 0.10 Hours | 35.00 | 0.00 | 35.00 |
| 12/27/2006 | 1 | 0.20 Hours | 70.00 | 0.00 | 70.00 |
| 12/28/2006 | 1 | 0.10 Hours | 35.00 | 0.00 | 35.00 |
| 1/13/2007 | 1 | 0.10 Hours | 40.00 | 0.00 | 40.00 |
| 1/29/2007 | 1 | 0.10 Hours | 40.00 | 0.00 | 40.00 |
| 2/3/2007 | 1 | 0.10 Hours | 40.00 | 0.00 | 40.00 |
| 2/5/2007 | 1 | 0.30 Hours | 120.00 | 0.00 | 120.00 |
| 2/21/2007 | 1 | 0.10 Hours | 40.00 | 0.00 | 40.00 |
| 3/24/2007 | 1 | 0.10 Hours | 40.00 | 0.00 | 40.00 |
| 4/11/2007 | 1 | 0.50 Hours | 200.00 | 0.00 | 200.00 |
| 4/20/2007 | 1 | 0.00 Hours | 0.00 | 5.50 | 5.50 |

Summary Information

Number of Records: 21
Total Duration: 7.10 Hours
Total Time Fee: $2,550.00
Total Expense: $14.25
Total Fee: $2,564.25
Hours Breakdown: 5.80 Hours at $350.00/Hour
1.30 Hours at $400.00/Hour