# EXHIBIT F

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:01:42 AM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 11/8/2006 | Allen | Giles, Ron INT & RFP | Masterbrand | Ans. to INT, RFP, R Discovery | | 400.00 | 2.00 Hours |
| 11/8/2006 | Allen | Giles, Ron disc | Masterbrand | Letter to Defense At Correspondence | | 40.00 | 0.20 Hours |
| 11/8/2006 | Allen | Giles, Ron re; DISCOVERY RESPONSES | Masterbrand | Phone with Client | Telephone | 40.00 | 0.20 Hours |
| 11/8/2006 | Allen | Giles, Ron RFA | Masterbrand | Ans. to INT, RFP, R Discovery | | 200.00 | 1.00 Hours |
| 11/9/2006 | Allen | Giles, Ron Letter to client | Masterbrand | Letter to Clients | Correspondence | 40.00 | 0.20 Hours |
| 11/10/2006 | Allen | Giles, Ron Letter to client enclosing discovery responses | Masterbrand | Letter to Clients | Correspondence | 40.00 | 0.20 Hours |
| 11/13/2006 | Allen | Giles, Ron returned call, both numbers | Masterbrand | Phone with Client | Telephone | 40.00 | 0.20 Hours |
| 12/5/2006 | Allen | Giles, Ron RE: RFA and RFP | Masterbrand | Rule 37 Response t Correspondence | | 160.00 | 0.80 Hours |
| 12/5/2006 | Allen | Giles, Ron Receipt and response to email from opposing cousel | Masterbrand | Letter to Clients | Correspondence | 40.00 | 0.20 Hours |
| 12/13/2006 | Allen | Giles, Ron backpay calculations; phone call to client; dictated settlement letter; settlement authority letter. | Masterbrand | review of document | Discovery | 320.00 | 1.60 Hours |
| 1/29/2007 | Allen | Giles, Ron call to Kelley Creveling, left message | Masterbrand | phone | Telephone | 47.00 | 0.20 Hours |
| 2/21/2007 | Allen | Giles, Ron Set up deposition date with DEF. | Masterbrand | phone | Telephone | 47.00 | 0.20 Hours |
| 2/21/2007 | Allen | Giles, Ron RE; Depo | Masterbrand | Letter to Clients | Correspondence | 47.00 | 0.20 Hours |
| 2/22/2007 | Allen | Giles, Ron re: SJ deadline | Masterbrand | Email Defense Attor Correspondence | | 47.00 | 0.20 Hours |
| 3/2/2007 | Allen | Giles, Ron file review | Masterbrand | review of document | General | 188.00 | 0.80 Hours |
| 3/2/2007 | Allen | Giles, Ron DEFZ set of INT | Masterbrand | review of document | Discovery | 235.00 | 1.00 Hours |
| 3/2/2007 | Allen | Giles, Ron discussion with DRA about case | Masterbrand | General/Miscellane | Discovery | 141.00 | 0.60 Hours |
| 3/2/2007 | Allen | Giles, Ron letter | Masterbrand | Rule 37 Response t Correspondence | | 235.00 | 1.00 Hours |
| 3/8/2007 | Allen | Giles, Ron about witness possibiloity | Masterbrand | phone | Telephone | 47.00 | 0.20 Hours |
| 3/14/2007 | Allen | Giles, Ron with DRA | Masterbrand | Consultation | General | 117.50 | 0.50 Hours |
| 3/15/2007 | Allen | Giles, Ron regarding medical record | Masterbrand | Letter to Clients | Correspondence | 47.00 | 0.20 Hours |
| 3/15/2007 | Allen | Giles, Ron Motion to Compel | Masterbrand | Preparation of Plea | Pleadings | 258.50 | 1.10 Hours |

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:01:43 AM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 3/15/2007 | Allen | Giles, Ron | Masterbrand Motion to Compel; phone call with Ronnie; settlement letter | Preparation of Plea | Pleadings | 305.50 | 1.30 Hours |
| 3/20/2007 | Allen | Giles, Ron | Masterbrand to/from regarding settlement | Email Defense Attor | Correspondence | 47.00 | 0.20 Hours |
| 3/23/2007 | Allen | Giles, Ron | Masterbrand creveling | phone | Telephone | 47.00 | 0.20 Hours |
| 4/2/2007 | Allen | Giles, Ron | Masterbrand Kelley Creveling | phone | Telephone | 47.00 | 0.20 Hours |
| 4/3/2007 | Allen | Giles, Ron | Masterbrand settlement offer | Email Defense Attor | Correspondence | 47.00 | 0.20 Hours |
| 4/3/2007 | Allen | Giles, Ron | Masterbrand Call to Client; DEF Atty, review memo | phone | Telephone | 70.50 | 0.30 Hours |
| 4/3/2007 | Allen | Giles, Ron | Masterbrand Email: regarding settlement | Email Defense Attor | Correspondence | 47.00 | 0.20 Hours |
| 4/4/2007 | Allen | Giles, Ron | Masterbrand Giles; look up of client | Deposition Preparat | Discovery | 540.50 | 2.30 Hours |
| 4/5/2007 | Allen | Giles, Ron | Masterbrand and Prep | Deposition | Discovery | 1,104.50 | 4.70 Hours |
| 4/10/2007 | Allen | Giles, Ron | Masterbrand Argument section | Brief Drafting | MSJ | 940.00 | 4.00 Hours |
| 4/10/2007 | Allen | Giles, Ron | Masterbrand Finished Argument, Conclusion, Standard | Brief Drafting | MSJ | 352.50 | 1.50 Hours |
| 4/10/2007 | Allen | Giles, Ron | Masterbrand withdrawing offer | Email Defense Attor | Correspondence | 47.00 | 0.20 Hours |
| 4/11/2007 | Allen | Giles, Ron | Masterbrand Facts/Rework Attendance Policy Argument/direct evidence/review of Middle District Standing Orders and Local Rules | Brief Drafting | MSJ | 705.00 | 3.00 Hours |
| 4/20/2007 | Allen | Giles, Ron | Masterbrand reviewed DEFZ brief, inserting Depo text, exhibits, addressed arguments in brief | Brief Drafting | MSJ | 846.00 | 3.60 Hours |
| 4/20/2007 | Allen | Giles, Ron | Masterbrand review draft | Brief Drafting | MSJ | 47.00 | 0.20 Hours |
| 4/20/2007 | Allen | Giles, Ron | Masterbrand Final portion of it | Brief Drafting | MSJ | 352.50 | 1.50 Hours |
| 4/23/2007 | Allen | Giles, Ron | Masterbrand approving Notice of Settlement Conference | Email Defense Attor | Correspondence | 47.00 | 0.20 Hours |
| 5/15/2007 | Allen | Giles, Ron | Masterbrand Motion to Strike; Review Reply Brief and Evidentiary Submissions | Preparation of Plea | MSJ | 540.50 | 2.30 Hours |
| 5/15/2007 | Allen | Giles, Ron | Masterbrand Motion to Strike Final Draft per mark DRA | Preparation of Plea | MSJ | 70.50 | 0.30 Hours |
| 6/20/2007 | Allen | Giles, Ron | Masterbrand Creveling regarding deposition dates | Correspondence | Correspondence | 47.00 | 0.20 Hours |
| 6/25/2007 | Allen | Giles, Ron | Masterbrand regarding deposition dates | Letter to Defense At | Correspondence | 70.50 | 0.30 Hours |
| 6/29/2007 | Allen | Giles, Ron | Masterbrand Motion to Extend Discovery Deadline; phone call; letter, to Creveling. | Motion Drafting | Pleadings | 141.00 | 0.60 Hours |

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:01:45 AM  Page 3

## Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 11/8/2006 | 4 | 3.40 Hours | 680.00 | 0.00 | 680.00 |
| 11/9/2006 | 1 | 0.20 Hours | 40.00 | 0.00 | 40.00 |
| 11/10/2006 | 1 | 0.20 Hours | 40.00 | 0.00 | 40.00 |
| 11/13/2006 | 1 | 0.20 Hours | 40.00 | 0.00 | 40.00 |
| 12/5/2006 | 2 | 1.00 Hours | 200.00 | 0.00 | 200.00 |
| 12/13/2006 | 1 | 1.60 Hours | 320.00 | 0.00 | 320.00 |
| 1/29/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 2/21/2007 | 2 | 0.40 Hours | 94.00 | 0.00 | 94.00 |
| 2/22/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 3/2/2007 | 4 | 3.40 Hours | 799.00 | 0.00 | 799.00 |
| 3/8/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 3/14/2007 | 1 | 0.50 Hours | 117.50 | 0.00 | 117.50 |
| 3/15/2007 | 3 | 2.60 Hours | 611.00 | 0.00 | 611.00 |
| 3/20/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 3/23/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 4/2/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 4/3/2007 | 3 | 0.70 Hours | 164.50 | 0.00 | 164.50 |
| 4/4/2007 | 1 | 2.30 Hours | 540.50 | 0.00 | 540.50 |
| 4/5/2007 | 1 | 4.70 Hours | 1,104.50 | 0.00 | 1,104.50 |
| 4/10/2007 | 3 | 5.70 Hours | 1,339.50 | 0.00 | 1,339.50 |
| 4/11/2007 | 1 | 3.00 Hours | 705.00 | 0.00 | 705.00 |
| 4/20/2007 | 3 | 5.30 Hours | 1,245.50 | 0.00 | 1,245.50 |
| 4/23/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 5/15/2007 | 2 | 2.60 Hours | 611.00 | 0.00 | 611.00 |
| 6/20/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 6/25/2007 | 1 | 0.30 Hours | 70.50 | 0.00 | 70.50 |
| 6/29/2007 | 1 | 0.60 Hours | 141.00 | 0.00 | 141.00 |

## Summary Information

| | |
|---|---|
| Number of Records: | 44 |
| Total Duration: | 40.30 Hours |
| Total Time Fee: | $9,239.50 |
| Total Expense: | $0.00 |
| Total Fee: | $9,239.50 |
| Hours Breakdown: | 6.60 Hours at $200.00/Hour |
| | 33.70 Hours at $235.00/Hour |