# EXHIBIT G

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:06:17 AM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 7/11/2007 | David | Giles, Ron | Masterbrand | Deposition | Discovery | 80.00 | 0.20 Hours |
| | | Depo notice to Defendant | | | | | |
| 7/12/2007 | David | Giles, Ron | Masterbrand | PreTrial Order | Pleadings | 160.00 | 0.40 Hours |
| | | Review of proposed Pretrial Order | | | | | |
| 7/18/2007 | David | Giles, Ron | Masterbrand | Pre-Trial Hearing | Court Appearance | 2,800.00 | 7.00 Hours |
| | | Travel to Opelika; Pretrial; Depo | | | | | |
| 7/20/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 600.00 | 1.50 Hours |
| | | Trial preparation | | | | | |
| 7/23/2007 | David | Giles, Ron | Masterbrand | phone | Telephone | 80.00 | 0.20 Hours |
| | | Phone with Court | | | | | |
| 7/27/2007 | David | Giles, Ron | Masterbrand | Witness Preparatio | Trial Preparation | 920.00 | 2.30 Hours |
| | | Phone with client; Trial preparation | | | | | |
| 7/31/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 1,000.00 | 2.50 Hours |
| | | Letter to client; Depo outline; Trial preparation | | | | | |
| 7/31/2007 | David | Giles, Ron | Masterbrand | Expenses | Expenses | 9.25 | 0.00 Hours |
| | | 37 copies | | | | | |
| 8/1/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 480.00 | 1.20 Hours |
| | | Trial preparation | | | | | |
| 8/2/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 600.00 | 1.50 Hours |
| | | Letter to client; Depo outline; Trial preparation | | | | | |
| 8/3/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Telephone | 2,000.00 | 5.00 Hours |
| | | Trial preparation; Voir Dire; Phone with client; Record review; Motion in Limine | | | | | |
| 8/4/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 1,200.00 | 3.00 Hours |
| | | Trial preparation; Motion | | | | | |
| 8/6/2007 | David | Giles, Ron | Masterbrand | Expenses | Expenses | 200.25 | 0.00 Hours |
| | | 801 copies x .25 for trial preparation | | | | | |
| 8/6/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 1,600.00 | 4.00 Hours |
| | | Trial preparation; Response to Defendant's Motion in Limine | | | | | |
| 8/6/2007 | David | Giles, Ron | Masterbrand | Expenses | Expenses | 118.25 | 0.00 Hours |
| | | (473 copies @ .25) Copies of letters, pleadings, discovery to client, Responses to discovery, copies of depositions, research, etc. | | | | | |
| 8/6/2007 | David | Giles, Ron | Masterbrand | Expenses | Expenses | 50.00 | 0.00 Hours |
| | | copies of drafts (200 x .25) | | | | | |
| 8/6/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Correspondence | 80.00 | 0.20 Hours |
| | | Letter to client | | | | | |
| 8/7/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 840.00 | 2.10 Hours |
| | | Trial preparation | | | | | |
| 8/8/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 920.00 | 2.30 Hours |
| | | Trial preparation; Phone with Court, to Defendant | | | | | |
| 8/9/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 2,480.00 | 6.20 Hours |
| | | Trial preparation | | | | | |
| 8/12/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Telephone | 1,600.00 | 4.00 Hours |
| | | Trial preparation | | | | | |
| 8/13/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 480.00 | 1.20 Hours |
| | | Trial preparation | | | | | |

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:06:18 AM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/14/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 2,000.00 | 5.00 Hours |
| | | Trial preparation; Phone with Defendant | | | | | |
| 8/15/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 2,600.00 | 6.50 Hours |
| | | Trial preparation | | | | | |
| 8/16/2007 | David | Giles, Ron | Masterbrand | Witness Preparatio | Trial Preparation | 3,600.00 | 9.00 Hours |
| | | Trial preparation; Client conference | | | | | |
| 8/17/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 3,920.00 | 9.80 Hours |
| | | Trial preparation | | | | | |
| 8/18/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 5,400.00 | 13.50 Hours |
| | | Trial preparation | | | | | |
| 8/19/2007 | David | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 5,600.00 | 14.00 Hours |
| | | Travel; Client conference; Trial preparation | | | | | |

### Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 7/11/2007 | 1 | 0.20 Hours | 80.00 | 0.00 | 80.00 |
| 7/12/2007 | 1 | 0.40 Hours | 160.00 | 0.00 | 160.00 |
| 7/18/2007 | 1 | 7.00 Hours | 2,800.00 | 0.00 | 2,800.00 |
| 7/20/2007 | 1 | 1.50 Hours | 600.00 | 0.00 | 600.00 |
| 7/23/2007 | 1 | 0.20 Hours | 80.00 | 0.00 | 80.00 |
| 7/27/2007 | 1 | 2.30 Hours | 920.00 | 0.00 | 920.00 |
| 7/31/2007 | 2 | 2.50 Hours | 1,000.00 | 9.25 | 1,009.25 |
| 8/1/2007 | 1 | 1.20 Hours | 480.00 | 0.00 | 480.00 |
| 8/2/2007 | 1 | 1.50 Hours | 600.00 | 0.00 | 600.00 |
| 8/3/2007 | 1 | 5.00 Hours | 2,000.00 | 0.00 | 2,000.00 |
| 8/4/2007 | 1 | 3.00 Hours | 1,200.00 | 0.00 | 1,200.00 |
| 8/6/2007 | 5 | 4.20 Hours | 1,680.00 | 368.50 | 2,048.50 |
| 8/7/2007 | 1 | 2.10 Hours | 840.00 | 0.00 | 840.00 |
| 8/8/2007 | 1 | 2.30 Hours | 920.00 | 0.00 | 920.00 |
| 8/9/2007 | 1 | 6.20 Hours | 2,480.00 | 0.00 | 2,480.00 |
| 8/12/2007 | 1 | 4.00 Hours | 1,600.00 | 0.00 | 1,600.00 |
| 8/13/2007 | 1 | 1.20 Hours | 480.00 | 0.00 | 480.00 |
| 8/14/2007 | 1 | 5.00 Hours | 2,000.00 | 0.00 | 2,000.00 |
| 8/15/2007 | 1 | 6.50 Hours | 2,600.00 | 0.00 | 2,600.00 |
| 8/16/2007 | 1 | 9.00 Hours | 3,600.00 | 0.00 | 3,600.00 |
| 8/17/2007 | 1 | 9.80 Hours | 3,920.00 | 0.00 | 3,920.00 |
| 8/18/2007 | 1 | 13.50 Hours | 5,400.00 | 0.00 | 5,400.00 |
| 8/19/2007 | 1 | 14.00 Hours | 5,600.00 | 0.00 | 5,600.00 |

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:06:19 AM

## Summary Information

| | |
|---|---|
| Number of Records: | 28 |
| Total Duration: | 102.60 Hours |
| Total Time Fee: | $41,040.00 |
| Total Expense: | $377.75 |
| Total Fee: | $41,417.75 |
| Hours Breakdown: | 102.60 Hours at $400.00/Hour |