# EXHIBIT H

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:13:04 AM

Time Record Details

Page 1

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 7/11/2007 | Allen | Giles, Ron | Masterbrand | Correspondence | Correspondence | 70.50 | 0.30 Hours |
| | | Email Pre-Trial Contentions and Deposition Notice | | | | | |
| 7/11/2007 | Allen | Giles, Ron | Masterbrand | Trial Preparation | Trial Preparation | 329.00 | 1.40 Hours |
| | | W&E List; efiling | | | | | |
| 7/11/2007 | Allen | Giles, Ron | Masterbrand | PreTrial Order | Pleadings | 141.00 | 0.60 Hours |
| | | Contentions & Depo Notice | | | | | |
| 7/12/2007 | Allen | Giles, Ron | Masterbrand | PreTrial Order | Trial Preparation | 94.00 | 0.40 Hours |
| | | email changes to DEF counsel | | | | | |
| 7/13/2007 | Allen | Giles, Ron | Masterbrand | Motion Drafting | Pleadings | 47.00 | 0.20 Hours |
| | | Motion to dismiis | | | | | |
| 7/13/2007 | Allen | Giles, Ron | Masterbrand | Letter to Defense Att | Correspondence | 399.50 | 1.70 Hours |
| | | letter from/letter to Creveling | | | | | |
| 7/16/2007 | Allen | Giles, Ron | Masterbrand | PreTrial Order | Pleadings | 94.00 | 0.40 Hours |
| | | reviewed with Kelley Creveling | | | | | |
| 7/17/2007 | Allen | Giles, Ron | Masterbrand | General/Miscellane | General | 188.00 | 0.80 Hours |
| | | prepare for pretrial | | | | | |
| 7/18/2007 | Allen | Giles, Ron | Masterbrand | Pre-Trial Hearing | Court Appearance | 1,786.00 | 7.60 Hours |
| | | and 30(b)(6) deposition in Opelika Alabama | | | | | |
| 7/19/2007 | Allen | Giles, Ron | Masterbrand | General/Miscellane | Expenses | 117.50 | 0.50 Hours |
| | | call to Client about trial; damages memo; calendared objectives | | | | | |
| 7/20/2007 | Allen | Giles, Ron | Masterbrand | review of document | Discovery | 47.00 | 0.20 Hours |
| | | doc review of discovery | | | | | |
| 7/20/2007 | Allen | Giles, Ron | Masterbrand | Correspondence | Correspondence | 94.00 | 0.40 Hours |
| | | letter from Ronnie; letter to Creveling | | | | | |
| 7/25/2007 | Allen | Giles, Ron | Masterbrand | Email Defense Attor | Correspondence | 141.00 | 0.60 Hours |
| | | damages calculation | | | | | |
| 7/26/2007 | Allen | Giles, Ron | Masterbrand | review of document | Trial Preparation | 47.00 | 0.20 Hours |
| | | damages | | | | | |
| 7/27/2007 | Allen | Giles, Ron | Masterbrand | Meeting | Trial Preparation | 47.00 | 0.20 Hours |
| | | with DRA regarding preop | | | | | |
| 8/1/2007 | Allen | Giles, Ron | Masterbrand | Research | Telephone | 705.00 | 3.00 Hours |
| | | Objections; Motion In Limine. | | | | | |
| 8/1/2007 | Allen | Giles, Ron | Masterbrand | Research | Trial Preparation | 775.50 | 3.30 Hours |
| | | Objections, Jury Instructions, Motion In limine, discussion with DRA about blow ups | | | | | |
| 8/2/2007 | Allen | Giles, Ron | Masterbrand | Preparation of Plea | Trial Preparation | 822.50 | 3.50 Hours |
| | | Motion In limine | | | | | |
| 8/2/2007 | Allen | Giles, Ron | Masterbrand | Research | Trial Preparation | 94.00 | 0.40 Hours |
| | | Motion In Limine Research | | | | | |
| 8/2/2007 | Allen | Giles, Ron | Masterbrand | Jury Instructions | Trial Preparation | 94.00 | 0.40 Hours |
| | | Jury Instruction Edits | | | | | |
| 8/2/2007 | Allen | Giles, Ron | Masterbrand | Jury Instructions | Trial Preparation | 376.00 | 1.60 Hours |
| | | Finished Jury Instructions | | | | | |
| 8/6/2007 | Allen | Giles, Ron | Masterbrand | brief | Trial Preparation | 305.50 | 1.30 Hours |
| | | Finish Trial Brief, Objections, Etc. | | | | | |

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:13:05 AM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/6/2007 | Allen | Giles, Ron<br>Trial Brief, Motion in Limine; Email to Romaniuk | Masterbrand | Preparation of Plea | Trial Preparation | 235.00 | 1.00 Hours |
| 8/6/2007 | Allen | Giles, Ron<br>Time Line First Draft | Masterbrand | Exhibit Creations | Trial Preparation | 399.50 | 1.70 Hours |
| 8/7/2007 | Allen | Giles, Ron<br>Timeline Exhibit | Masterbrand | Trial Preparation | Trial Preparation | 47.00 | 0.20 Hours |
| 8/7/2007 | Allen | Giles, Ron<br>Objections to Jury Instructions | Masterbrand | Preparation of Plea | Trial Preparation | 141.00 | 0.60 Hours |
| 8/7/2007 | Allen | Giles, Ron<br>research for jury objections | Masterbrand | Trial Preparation | Trial Preparation | 141.00 | 0.60 Hours |
| 8/7/2007 | Allen | Giles, Ron<br>Objections to Jury Instructions | Masterbrand | Preparation of Plea | Trial Preparation | 188.00 | 0.80 Hours |
| 8/8/2007 | Allen | Giles, Ron<br>reviewed DRA's response to Motion in Limine | Masterbrand | Preparation of Plea | Trial Preparation | 70.50 | 0.30 Hours |
| 8/8/2007 | Allen | Giles, Ron<br>Motion to Quash | Masterbrand | Preparation of Plea | Trial Preparation | 211.50 | 0.90 Hours |
| 8/8/2007 | Allen | Giles, Ron<br>Research and Objections to Jury Instructions and Verdict Form for Defendant | Masterbrand | Preparation of Plea | Trial Preparation | 470.00 | 2.00 Hours |
| 8/9/2007 | Allen | Giles, Ron<br>regarding DEF impeachment evidence | Masterbrand | Phone with Client | Telephone | 23.50 | 0.10 Hours |
| 8/13/2007 | Allen | Giles, Ron<br>backpay | Masterbrand | Exhibit Creations | Trial Preparation | 70.50 | 0.30 Hours |
| 8/13/2007 | Allen | Giles, Ron<br>Additional Instruction; LEXIS Research | Masterbrand | Jury Instructions | Trial Preparation | 164.50 | 0.70 Hours |
| 8/13/2007 | Allen | Giles, Ron<br>Exhibits | Masterbrand | Trial Preparation | Trial Preparation | 305.50 | 1.30 Hours |
| 8/13/2007 | Allen | Giles, Ron<br>David's Timeline | Masterbrand | Exhibit Creations | Trial Preparation | 70.50 | 0.30 Hours |
| 8/13/2007 | Allen | Giles, Ron<br>Finished Points Chart | Masterbrand | Exhibit Creations | Trial Preparation | 141.00 | 0.60 Hours |
| 8/13/2007 | Allen | Giles, Ron<br>preparation | Masterbrand | Meeting | Trial Preparation | 117.50 | 0.50 Hours |
| 8/14/2007 | Allen | Giles, Ron<br>Timeline | Masterbrand | Exhibit Creations | Trial Preparation | 47.00 | 0.20 Hours |
| 8/14/2007 | Allen | Giles, Ron<br>Rule 50 Motion | Masterbrand | Preparation of Plea | Trial Preparation | 235.00 | 1.00 Hours |
| 8/14/2007 | Allen | Giles, Ron<br>email to Creveling3 | Masterbrand | Correspondence | Trial Preparation | 23.50 | 0.10 Hours |
| 8/15/2007 | Allen | Giles, Ron<br>Rule 50 Motion | Masterbrand | Preparation of Plea | Trial Preparation | 47.00 | 0.20 Hours |
| 8/15/2007 | Allen | Giles, Ron<br>Point Chart Edits | Masterbrand | Exhibit Creations | Trial Preparation | 70.50 | 0.30 Hours |
| 8/15/2007 | Allen | Giles, Ron<br>damages | Masterbrand | Exhibit Creations | Trial Preparation | 94.00 | 0.40 Hours |

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:13:07 AM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/15/2007 | Allen | Giles, Ron – Voir Dire Research | Masterbrand | Research | General | 117.50 | 0.50 Hours |
| 8/16/2007 | Allen | Giles, Ron – regarding courtroom procedures | Masterbrand | phone | Telephone | 47.00 | 0.20 Hours |
| 8/17/2007 | Allen | Giles, Ron – Reply to Jury INstruction Objections; Reply to Motion in Limine | Masterbrand | Preparation of Plea | Trial Preparation | 987.00 | 4.20 Hours |
| 8/17/2007 | Allen | Giles, Ron – Finanlize Responses | Masterbrand | Preparation of Plea | Trial Preparation | 282.00 | 1.20 Hours |
| 8/18/2007 | Allen | Giles, Ron – Jury Pool Review | Masterbrand | Meeting | Trial Preparation | 775.50 | 3.30 Hours |

## Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 7/11/2007 | 3 | 2.30 Hours | 540.50 | 0.00 | 540.50 |
| 7/12/2007 | 1 | 0.40 Hours | 94.00 | 0.00 | 94.00 |
| 7/13/2007 | 2 | 1.90 Hours | 446.50 | 0.00 | 446.50 |
| 7/16/2007 | 1 | 0.40 Hours | 94.00 | 0.00 | 94.00 |
| 7/17/2007 | 1 | 0.80 Hours | 188.00 | 0.00 | 188.00 |
| 7/18/2007 | 1 | 7.60 Hours | 1,786.00 | 0.00 | 1,786.00 |
| 7/19/2007 | 1 | 0.50 Hours | 117.50 | 0.00 | 117.50 |
| 7/20/2007 | 2 | 0.60 Hours | 141.00 | 0.00 | 141.00 |
| 7/25/2007 | 1 | 0.60 Hours | 141.00 | 0.00 | 141.00 |
| 7/26/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 7/27/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 8/1/2007 | 2 | 6.30 Hours | 1,480.50 | 0.00 | 1,480.50 |
| 8/2/2007 | 4 | 5.90 Hours | 1,386.50 | 0.00 | 1,386.50 |
| 8/6/2007 | 3 | 4.00 Hours | 940.00 | 0.00 | 940.00 |
| 8/7/2007 | 4 | 2.20 Hours | 517.00 | 0.00 | 517.00 |
| 8/8/2007 | 3 | 3.20 Hours | 752.00 | 0.00 | 752.00 |
| 8/9/2007 | 1 | 0.10 Hours | 23.50 | 0.00 | 23.50 |
| 8/13/2007 | 6 | 3.70 Hours | 869.50 | 0.00 | 869.50 |
| 8/14/2007 | 3 | 1.30 Hours | 305.50 | 0.00 | 305.50 |
| 8/15/2007 | 4 | 1.40 Hours | 329.00 | 0.00 | 329.00 |
| 8/16/2007 | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| 8/17/2007 | 2 | 5.40 Hours | 1,269.00 | 0.00 | 1,269.00 |
| 8/18/2007 | 1 | 3.30 Hours | 775.50 | 0.00 | 775.50 |

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:13:07 AM

Page 4

## Summary Information

| | |
|---|---|
| Number of Records: | 49 |
| Total Duration: | 52.50 Hours |
| Total Time Fee: | $12,337.50 |
| Total Expense: | $0.00 |
| Total Fee: | $12,337.50 |
| Hours Breakdown: | 52.50 Hours at $235.00/Hour |