# EXHIBIT I

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:16:49 AM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/20/2007 | David | Giles, Ron — Trial; Preparation | Masterbrand | Trial | Trial Preparation | 5,800.00 | 14.50 Hours |
| 8/20/2007 | David | Giles, Ron — Runner | Masterbrand | Expenses | Expenses | 100.00 | 0.00 Hours |
| 8/20/2007 | David | Giles, Ron — Blow-ups ($207.10 and $28.31) | Masterbrand | Expenses | Expenses | 235.41 | 0.00 Hours |
| 8/20/2007 | David | Giles, Ron — Meals | Masterbrand | Expenses | Expenses | 83.44 | 0.00 Hours |
| 8/20/2007 | David | Giles, Ron — Motel | Masterbrand | Expenses | Expenses | 154.56 | 0.00 Hours |
| 8/20/2007 | David | Giles, Ron — Trial notebook and copies | Masterbrand | Expenses | Expenses | 52.71 | 0.00 Hours |
| 8/20/2007 | David | Giles, Ron — Deposition | Masterbrand | Expenses | Expenses | 188.85 | 0.00 Hours |
| 8/20/2007 | David | Giles, Ron — Mileage (260 miles) (250 miles—pretrial) (265 miles — trial) (TOTAL MILEAGE OF 775 @ 48.5) | Masterbrand | Expenses | Expenses | 375.88 | 0.00 Hours |
| 8/21/2007 | David | Giles, Ron — Trial; Preparation | Masterbrand | Trial | Trial Preparation | 4,800.00 | 12.00 Hours |

### Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 8/20/2007 | 8 | 14.50 Hours | 5,800.00 | 1,190.85 | 6,990.85 |
| 8/21/2007 | 1 | 12.00 Hours | 4,800.00 | 0.00 | 4,800.00 |

### Summary Information

Number of Records: 9
Total Duration: 26.50 Hours
Total Time Fee: $10,600.00
Total Expense: $1,190.85
Total Fee: $11,790.85
Hours Breakdown: 26.50 Hours at $400.00/Hour