# EXHIBIT J

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:20:04 AM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 9/10/2007 | David | Giles, Ron | Masterbrand Preparation of Liquidated Damages Brief | Preparation of Plea | Pleadings | 400.00 | 1.00 Hours |
| 9/12/2007 | David | Giles, Ron | Masterbrand Letter to Defendant | Letter to Defense At | Correspondence | 80.00 | 0.20 Hours |
| 9/12/2007 | David | Giles, Ron | Masterbrand Motion for Liquidated Damages | Preparation of Plea | Post Trial | 360.00 | 0.90 Hours |
| 9/17/2007 | David | Giles, Ron | Masterbrand Motion -- Fees | Preparation of Plea | Post Trial | 160.00 | 0.40 Hours |
| 9/18/2007 | David | Giles, Ron | Masterbrand Preparation of Declaration | Preparation of Plea | Post Trial | 320.00 | 0.80 Hours |
| 9/19/2007 | David | Giles, Ron | Masterbrand Brief on Liquidated Damages; Declaration | Preparation of Plea | Post Trial | 320.00 | 0.80 Hours |

## Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 9/10/2007 | 1 | 1.00 Hours | 400.00 | 0.00 | 400.00 |
| 9/12/2007 | 2 | 1.10 Hours | 440.00 | 0.00 | 440.00 |
| 9/17/2007 | 1 | 0.40 Hours | 160.00 | 0.00 | 160.00 |
| 9/18/2007 | 1 | 0.80 Hours | 320.00 | 0.00 | 320.00 |
| 9/19/2007 | 1 | 0.80 Hours | 320.00 | 0.00 | 320.00 |

## Summary Information

Number of Records: 6
Total Duration: 4.10 Hours
Total Time Fee: $1,640.00
Total Expense: $0.00
Total Fee: $1,640.00
Hours Breakdown: 4.10 Hours at $400.00/Hour

Page 1