# EXHIBIT K

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:26:08 AM

Time Record Details

Page 1

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/30/2007 | Allen | Giles, Ron Attorney Fee Research | Masterbrand | Research | Post Trial | 117.50 | 0.50 Hours |
| 8/30/2007 | Allen | Giles, Ron Liquidated Damages Brief; Initial Draft and Research | Masterbrand | Preparation of Plea | Post Trial | 164.50 | 0.70 Hours |
| 9/11/2007 | Allen | Giles, Ron Liquidated Damages Brief | Masterbrand | Preparation of Plea | Post Trial | 70.50 | 0.30 Hours |
| 9/14/2007 | Allen | Giles, Ron Fee Petition; Affidavits | Masterbrand | Preparation of Plea | Post Trial | 352.50 | 1.50 Hours |
| 9/17/2007 | Allen | Giles, Ron fee petition | Masterbrand | Preparation of Plea | Post Trial | 188.00 | 0.80 Hours |
| 9/17/2007 | Allen | Giles, Ron Email to Mike Quinn - affidavit; Alicia Hayens | Masterbrand | Correspondence | Post Trial | 70.50 | 0.30 Hours |
| 9/18/2007 | Allen | Giles, Ron Affidavits for Fee Petition | Masterbrand | Preparation of Plea | Post Trial | 235.00 | 1.00 Hours |
| 9/18/2007 | Allen | Giles, Ron prejudgment interest calcuations | Masterbrand | Preparation of Plea | Post Trial | 47.00 | 0.20 Hours |
| 9/19/2007 | Allen | Giles, Ron Prejudgment Interest FMLA research; no case law because black letter is explicit | Masterbrand | brief | Post Trial | 164.50 | 0.70 Hours |
| 9/20/2007 | Allen | Giles, Ron Alicia Haynes Affidavit | Masterbrand | review of document | Post Trial | 23.50 | 0.10 Hours |
| 9/20/2007 | Allen | Giles, Ron Final edit of Liquidated Damages Brief; | Masterbrand | Preparation of Plea | Post Trial | 47.00 | 0.20 Hours |
| 9/20/2007 | Allen | Giles, Ron Saxon Affidavit | Masterbrand | Preparation of Plea | Post Trial | 23.50 | 0.10 Hours |
| 9/26/2007 | Allen | Giles, Ron read through DEFZ liquidated damages brief | Masterbrand | review of document | Post Trial | 70.50 | 0.30 Hours |
| 11/26/2007 | Allen | Giles, Ron Fee Petition Brief | Masterbrand | Preparation of Plea | Post Trial | 470.00 | 2.00 Hours |
| 11/27/2007 | Allen | Giles, Ron Exhibits for Fee Petition | Masterbrand | Preparation of Plea | Pleadings | 423.00 | 1.80 Hours |
| 11/27/2007 | Allen | Giles, Ron Fee Petition Summary Section | Masterbrand | Preparation of Plea | Post Trial | 705.00 | 3.00 Hours |
| 11/28/2007 | Allen | Giles, Ron fee petition | Masterbrand | Preparation of Plea | Post Trial | 376.00 | 1.60 Hours |
| 11/28/2007 | Allen | Giles, Ron fee petition | Masterbrand | Preparation of Plea | Post Trial | 587.50 | 2.50 Hours |
| 11/29/2007 | Allen | Giles, Ron Fee Petition Final Edit | Masterbrand | Preparation of Plea | Post Trial | 188.00 | 0.80 Hours |
| 11/29/2007 | Allen | Giles, Ron attorneys fees on Pacer | Masterbrand | Research | Post Trial | 47.00 | 0.20 Hours |

Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 8/30/2007 | 2 | 1.20 Hours | 282.00 | 0.00 | 282.00 |

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/30/2007 10:26:09 AM

## Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 9/11/2007 | 1 | 0.30 Hours | 70.50 | 0.00 | 70.50 |
| 9/14/2007 | 1 | 1.50 Hours | 352.50 | 0.00 | 352.50 |
| 9/17/2007 | 2 | 1.10 Hours | 258.50 | 0.00 | 258.50 |
| 9/18/2007 | 2 | 1.20 Hours | 282.00 | 0.00 | 282.00 |
| 9/19/2007 | 1 | 0.70 Hours | 164.50 | 0.00 | 164.50 |
| 9/20/2007 | 3 | 0.40 Hours | 94.00 | 0.00 | 94.00 |
| 9/26/2007 | 1 | 0.30 Hours | 70.50 | 0.00 | 70.50 |
| 11/26/2007 | 1 | 2.00 Hours | 470.00 | 0.00 | 470.00 |
| 11/27/2007 | 2 | 4.80 Hours | 1,128.00 | 0.00 | 1,128.00 |
| 11/28/2007 | 2 | 4.10 Hours | 963.50 | 0.00 | 963.50 |
| 11/29/2007 | 2 | 1.00 Hours | 235.00 | 0.00 | 235.00 |

## Summary Information

Number of Records: 20
Total Duration: 18.60 Hours
Total Time Fee: $4,371.00
Total Expense: $0.00
Total Fee: $4,371.00
Hours Breakdown: 18.60 Hours at $235.00/Hour

Page 2