# EXHIBIT N

# TO

# PLAINTIFF'S PETITION

# FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Ronnie Giles

Printed on 11/28/2007 3:09:03 PM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 6/8/2006 | David 22 copies | Giles, Ron | Masterbrand | Expenses | Expenses | 5.50 | 0.00 Hours |
| 6/20/2006 | David 2 copies | Giles, Ron | Masterbrand | Expenses | Expenses | 0.50 | 0.00 Hours |
| 7/24/2006 | David Filing Fee | Giles, Ron | Masterbrand | Expenses | Expenses | 357.00 | 0.00 Hours |
| 10/17/2006 | David 15 copies | Giles, Ron | Masterbrand | Expenses | Expenses | 3.75 | 0.00 Hours |
| 11/19/2006 | David 20 copies | Giles, Ron | Masterbrand | Expenses | Expenses | 5.00 | 0.00 Hours |
| 4/20/2007 | David 22 copies | Giles, Ron | Masterbrand | Expenses | Expenses | 5.50 | 0.00 Hours |
| 7/31/2007 | David 37 copies | Giles, Ron | Masterbrand | Expenses | Expenses | 9.25 | 0.00 Hours |
| 8/6/2007 | David 801 copies x .25 for trial preparation | Giles, Ron | Masterbrand | Expenses | Expenses | 200.25 | 0.00 Hours |
| 8/6/2007 | David copies of drafts (200 x .25) | Giles, Ron | Masterbrand | Expenses | Expenses | 50.00 | 0.00 Hours |
| 8/6/2007 | David Blow-ups ($207.10 and $28.31) | Giles, Ron | Masterbrand | Expenses | Expenses | 235.41 | 0.00 Hours |
| 8/6/2007 | David (473 copies @ .25) Copies of letters, pleadings, discovery to client, Responses to discovery, copies of depositions, research, etc. | Giles, Ron | Masterbrand | Expenses | Expenses | 118.25 | 0.00 Hours |
| 8/20/2007 | David Mileage  (260 miles) (250 miles—pretrial) (265 miles – trial) (TOTAL MILEAGE OF 775 @ 48.5) | Giles, Ron | Masterbrand | Expenses | Expenses | 375.88 | 0.00 Hours |
| 8/20/2007 | David Deposition | Giles, Ron | Masterbrand | Expenses | Expenses | 188.85 | 0.00 Hours |
| 8/20/2007 | David Trial notebook and copies | Giles, Ron | Masterbrand | Expenses | Expenses | 52.71 | 0.00 Hours |
| 8/20/2007 | David Meals | Giles, Ron | Masterbrand | Expenses | Expenses | 83.44 | 0.00 Hours |
| 8/20/2007 | David Runner | Giles, Ron | Masterbrand | Expenses | Expenses | 100.00 | 0.00 Hours |
| 8/20/2007 | David Motel | Giles, Ron | Masterbrand | Expenses | Expenses | 154.56 | 0.00 Hours |

Subtotals

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 6/8/2006 | 1 | 0.00 Hours | 0.00 | 5.50 | 5.50 |
| 6/20/2006 | 1 | 0.00 Hours | 0.00 | 0.50 | 0.50 |
| 7/24/2006 | 1 | 0.00 Hours | 0.00 | 357.00 | 357.00 |
| 10/17/2006 | 1 | 0.00 Hours | 0.00 | 3.75 | 3.75 |
| 11/19/2006 | 1 | 0.00 Hours | 0.00 | 5.00 | 5.00 |
| 4/20/2007 | 1 | 0.00 Hours | 0.00 | 5.50 | 5.50 |
| 7/31/2007 | 1 | 0.00 Hours | 0.00 | 9.25 | 9.25 |

Page 1

# Arendall & Associates Time Report for Ronnie Giles

| Start Date | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| 8/5/2007 | 3 | 0.00 Hours | 0.00 | 368.50 | 368.50 |
| 8/20/2007 | 7 | 0.00 Hours | 0.00 | 1,190.85 | 1,190.85 |

Subtotals

## Summary Information

| | |
|---|---|
| Number of Records: | 17 |
| Total Duration: | 0.00 Hours |
| Total Time Fee: | $0.00 |
| Total Expense: | $1,945.85 |
| Total Fee: | $1,945.85 |
| Hours Breakdown: | |