# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Giles vs. Masterbrand Cabinets, Inc.**

**Case Number: 3:06-cv-00528-WKW**

**Referenced Pleading: Motion for Atty Fees - Doc. 83**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**