IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0528-WKW |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that the defendant shall file a written response to the Plaintiff's Petition for Attorneys' Fees (Doc. # 83) **on or before December 21, 2007**.

DONE this 5th day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE