UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **RONNIE GILES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:06 CV 528-WKW |
| | ) | |
| **MASTERBRAND CABINETS, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PETITION FOR ATTORNEYS' FEES

Defendant MasterBrand Cabinets, Inc. filed its Motion for a thirty-day Enlargement of Time to Respond to Plaintiff's Petition for Attorneys' Fees. The Court, having reviewed the motion and being duly advised in the premises, finds that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that MasterBrand Cabinets, Inc. has to and including January 22, 2008, in which to respond to Plaintiff's Petition for Attorneys' Fees.

Dated: _____        _____
                                    Judge, United States District Court
                                    Middle District of Alabama
                                    Eastern Division

BDDB01 5004390v1

**DISTRIBUTION**:

Mark J. Romaniuk
Kelley Bertoux Creveling
**BAKER & DANIELS LLP**
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204

David R. Arendall
Allen D. Arnold
**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Suite 300
Birmingham, Alabama 35203