IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-0528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Defendant's Motion for Extension of Time to Respond to Plaintiff's Petition for Attorneys' Fees (Doc. # 86), which is opposed by the plaintiff, it is ORDERED that the motion is GRANTED in part. The deadline for filing the defendant's response is extended from December 21, 2007, to **January 8, 2008**.

DONE this 12th day of December, 2007.

 /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE