IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:06-cv-0528-WKW |
| | ) |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Leave to File a Reply Brief (Doc. # 89), it is ORDERED that the motion is GRANTED. The plaintiff may file a reply brief **on or before January 18, 2008.** No further briefing will be permitted.

DONE this 11th day of January, 2008.

        /s/   W. Keith Watkins
        UNITED STATES DISTRICT JUDGE