IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**RONNIE GILES,**

    **PLAINTIFF,**

**V.**                                          **CIVIL ACTION NO: 3:06-cv-00528-WKW-VPM**

**MASTERBRAND CABINETS, INC.,**

**DEFENDANT.**                         **UNOPPOSED**

### MOTION TO EXTEND BRIEFING DEADLINE FOR PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES

    COMES NOW the Plaintiff and moves this Court for an Order extending the discovery deadline in this matter:

    1.    Plaintiff filed a Petition for Attorneys' Fees on November 30, 2007. (Doc. 83).

    2.    Defendant filed its opposition to Plaintiff's Petition on January 8, 2008. (Doc. 88).

    3.    Plaintiff moved this Honorable Court for permission to file a Reply Brief on January 9, 2008. (Doc. 89). The Court rendered an Order allowing a Reply Brief and directed it be filed on later than January 18, 2008. (Doc. 90).

    4.    Plaintiff's counsel has extended a settlement offer to the Defendant regarding the Petition for Attorneys' Fees. Defendant's counsel Mark Romaniuk is

in trial at this time and is unavailable for negotiations, but the undersigned has been informed that there is interest in settling the issue of the attorney's fees.

5. Plaintiff requests an extension of the Reply Brief deadline until January 25, 2007, to allow counsel to have settlement discussions.

6. Plaintiff has consulted with Defendant's counsel and this motion is unopposed.

WHEREFORE PREMISES CONSIDERED, Plaintiff moves this Court for an Order extending the Reply Brief deadline for the express and sole purpose of conducting settlement discussions.

Respectfully submitted,

/s/ Allen D. Arnold

_____
Allen D. Arnold

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 - Facsimile

## **CERTIFICATE OF SERVICE**

    I have filed the foregoing with the Clerk of the Court using the CM/ECF system on January 16, 2008, which will forward a copy to:

Mark J. Romaniuk
Kelley Bertoux Creveling


                        /s/ Allen D. Arnold
                        _____
Of Counsel