IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE GILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0528-WKW |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Extend Briefing Deadline (Doc. # 91), it is ORDERED that the motion is GRANTED. The deadline for filing the plaintiff's reply brief is extended from January 18, 2008, to **January 25, 2008**.

DONE this 18th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE