# EXHIBIT 1 TO

# PLAINTIFF'S REPLY BRIEF

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, | ) |
| | ) |
| Plaintiff, | ) CAUSE NO. 3:06-CV-449-MHT |
| | ) |
| v. | ) |
| | ) |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties having appeared before the Court on December 18, 2007, United States Magistrate Judge Wallace Capel, Jr. presiding, to discuss the issue of Plaintiff's attorney's fees and expenses and the Court being duly advised that these matters have now been resolved through negotiation and stipulation,

It is ORDERED as follows:

1.   Defendant, MasterBrand Cabinets, Inc. ("MasterBrand") shall pay $80,000 in attorney's fees and $1,789 in expenses to the order of Arendall & Associates to compensate Plaintiff, Kim Foreman, for her attorney's fees and expenses as the prevailing party in this matter.

2.   The stipulated market rate for Mr. Allen Arnold is $200 per hour for all work performed by Mr. Arnold during the time period encompassing 2005 through 2007 and the stipulated range of market rates for Mr. David Arendall is $300 to $325 per hour for 2005 and 2006 and $325 to $350 per hour for 2007.

3.   Defendant, MasterBrand, shall pay Plaintiff's attorney's fees and expenses in the total amount of $81,789 within 30 days from the date of this Order.

4. This Order resolves Plaintiff's Petition for Attorney's Fees (Doc. No. 80) and all related filings (Doc. Nos. 81, 91, 92, 93 and 96 and 97).

DONE, this ____ day of December, 2007.

_____
Myron H. Thompson
UNITED STATES DISTRICT JUDGE