IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RONNIE GILES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-528-WKW |
| ) | |
| **MASTERBRAND CABINETS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## **ORDER**

It is ORDERED that a telephonic status conference is set in this matter for February 11, 2008, at 2:00 p.m. Counsel for plaintiff is DIRECTED to take all necessary action to coordinate and commence the status conference call.

DONE this 6th day of February, 2008.

                                                  /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE