IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-0528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon representation of the parties, the issue of attorneys' fees (Docs. # 83, 88, and 93) was settled, or expected to settle, and the telephonic status conference of February 11, 2008 was cancelled. Therefore, it is ORDERED that the plaintiff shall file a status report **on or before March 7, 2008**, informing the court whether the issue of attorneys' fees has settled, thereby mooting his motion. (Doc. # 83.)

DONE this 27th day of February, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE