# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

**RONNIE GILES,**

    **PLAINTIFF,**

**V.**                                   **CIVIL ACTION NO:**
                                           **3:06-cv-00528-WKW-VPM**

**MASTERBRAND CABINETS, INC.,**

    **DEFENDANT.**

## STATUS REPORT

COMES NOW the Plaintiff, by and through undersigned counsel, and submits this status report pursuant to the Court's Order of February 27, 2008 (Doc. 95):

    1.    Plaintiff's counsel and Defendant's counsel have come to a mutual agreement regarding the Plaintiff's Petition for Attorney's Fees.

    2.    The parties drafted a joint order to resolve the matter before the Court.

    3.    Defendant's counsel, Mark Romaniuk, emailed a proposed order to the Court's email address on or before March 3, 2008.

WHEREFORE, Premises Considered, Plaintiff and Defendant, having filed a proposed order with the Court that potentially resolves the parties' disputes over

1

the Plaintiff's Motion for Attorney's Fees and Costs, request the Court enter the proposed Order at its convenience.

          Respectfully submitted,

          /s/ Allen D. Arnold
          _____
          Allen D. Arnold

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

    I have filed the foregoing with the Clerk of the Court using the CM/ECF system on March 7, 2008, which will forward a copy to:

    Mark J. Romaniuk
    Kelley Bertoux Creveling

          /s/ Allen D. Arnold
          _____
          Of Counsel