IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE GILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-0528-WKW |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon the representation made by the parties in their status report (Doc. # 96), the issue of attorneys' fees (Docs. # 83, 88, and 93) has been resolved and the parties now request the court to enter a proposed order adopting the terms of their settlement. Therefore, the proposed order is adopted and it is ORDERED that:

1. Defendant, MasterBrand Cabinets, Inc. ("MasterBrand") shall pay a total of **$69,000.00** in attorneys' fees and expenses to the order of Arendall & Associates to compensate Plaintiff, Ronnie Giles, for his attorneys' fees and expenses as the prevailing party in this matter.

2. The stipulated market rate for Mr. Allen Arnold is $200 per hour for all work performed by Mr. Arnold during the time period encompassing 2006 through 2007. The stipulated market rate for Mr. David Arendall is $350 per hour. The stipulated market rate for Mr. Arendall is agreed upon in consideration of the application of billing judgment as reflected

in previous filings with the court.

3. Defendant, MasterBrand, shall pay Plaintiff's attorneys' fees and expenses **within 30 days** from the date of this Order.

4. The Plaintiff's Petition for Attorneys' Fees (Doc. # 83) is DENIED as MOOT as a result of this settlement.

DONE this 13th day of March, 2008.

                        /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE